**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------------------------x   Case No.:

CHRISTOPHER EARL STRUNK                                   :
593 Vanderbilt Avenue PMB 281 NYC, NY 11238              :
845-901-6767 chris@strunk.ws,                             :

and H. WILLIAM VAN ALLEN                                  :
351 North Road Hurley NY 12443                           :
845-389-4366 hvanallen@hvc.rr.com                        :

                    Plaintiffs,   :

v.                                                        :

U.S. DEPARTMENT OF STATE by                               :
JOHN F. KERRY at 2201 C Street NW                         :
Washington, DC 20520 TTY:1-800-877-8339                   :

CENTRAL INTELLIGENCE AGENCY                               :
by JOHN O. BRENNAN                                        :
Washington, D.C. 20505  fax: (571) 204-3800               :

BARACK HUSSEIN OBAMA II                                   :
1600 Pennsylvania Ave. NW Washington DC 20500 :

U.S. COPYRIGHT OFFICE                                     :
101 Independence Avenue SE                                :
Washington, DC 20559-6000 (202) 707-3000                 :

and  THE NEW YORK STATE BOARD                             :
OF ELECTIONS by its agents at                             :
40 NORTH PEARL STREET, SUITE 5                            :
ALBANY, NY 12207-2729 FAX (518) 486-4068                  :

                  Defendants.   :

ERIC HOLDER, US ATTORNEY GENERAL                          :
950 Pennsylvania Ave NW Washington DC 20530              :
-------------------------------------------------------------x



Case No.:

**COMPLAINT with  PETITION**
**for WRIT OF MANDAMUS**
**and PRELIMINARY**
**INJUNCTION HEARING**
**FOR EQUITY RELIEF OF**
**28 USC §2201 and §2202**

Case: 1:14-cv-00995
Assigned To : Leon, Richard J.
Assign. Date : 6/10/2014
Description: TRO/PI

NOW COMES Christopher Earl Strunk in esse Sui juris secured beneficiary agent for

debtor trust transmitting utility ™CHRISTOPHER EARL STRUNK© Plaintiff, and Harold

William Van Allen in esse surety-indenture for debtor trust H. WILLIAM VAN ALLEN

Plaintiff, hereinafter known as the Petitioners, bring this Complaint with Petition for a writ of mandamus and preliminary injunction for hearing the facts of the complaint for equity relief under 28 USC 2201 and 2202, and it being alleged that there is a matter of malicious infringement of fundamental rights of the posterity of private citizens of the United States that inter alia under color of law is a matter of diversity by interference with a contract and judicial process that with such wrongful acts of perjury, spoliation, concealment, intimidation, forgery, use of false instruments, aiding and abetting the enemy while under a state of war or national emergency, is misprision of felony, misprision of treason and treason per se done individually and or jointly by the captioned Defendants; and hereinafter upon information, belief and or with direct knowledge Petitioners allege of Defendants individually and severally that:

## VENUE

This Complaint with Petition regarding Venue arises under:

28 U.S. Code § 1391 (b) (1) (2) for Washington District of Columbia is the district where defendants acts of omissions and or commission also apply with section (e) for actions where defendant is officer or employee of the United States;

28 USC 1402 (b) for any civil action on a tort claim against the United States under subsection (b) of section 1346 of this title may be prosecuted only in the judicial district … wherein the act or omission complained of occurred; and

28 U.S. Code § 1400 as applies for matters involving- Patents and copyrights, mask works, and designs  under subsection (b) for any civil action for patent (copyright) infringement may be brought in the judicial district where the defendant resides, or where the defendant has committed acts of infringement and has a regular and established place of business;  and

further as with 28 U.S. Code § 2401 - Time for commencing action against United States.

(a) Except as provided by chapter 71 of title 41, every civil action commenced against the United States shall be barred unless the complaint is filed within six years after the right of action first accrues. The action of any person under legal disability or beyond the seas at the time the claim accrues may be commenced within three years after the disability ceases.  (b) A tort claim against the United States shall be forever barred unless it is presented in writing to the appropriate Federal agency within two years after such claim accrues or unless action is begun within six months after the date of mailing, by certified or registered mail, of notice of final denial of the claim by the agency to which it was presented; and

That 28 U.S. Code § 2671 – Definitions. As used in this chapter and sections 1346 (b) and 2401 (b) of this title, the term "Federal agency" includes the executive departments, the judicial and legislative branches, the military departments, independent establishments of the United States, and corporations primarily acting as instrumentalities or agencies of the United States, but does not include any contractor with the United States. "Employee of the government" includes (1) officers or employees of any federal agency, members of the military or naval forces of the United States, members of the National Guard while engaged in training or duty under section 115, 316, 502, 503, 504, or 505 of title 32, and persons acting on behalf of a federal agency in an official capacity, temporarily or permanently in the service of the United States, whether with or without compensation, and (2) any officer or employee of a Federal public defender organization, except when such officer or employee performs professional services in the course of providing representation under section 3006A of title 18. "Acting within the scope of his office or employment", in the case of a member of the military or naval forces of the United States or a member of the National Guard as defined in section 101 (3) of title 32, means acting in line of duty.

## JURISDICTION

This Complaint with Petition regarding Jurisdiction arises under:

28 U.S. Code § 1331 - Federal question. The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States;

28 U.S. Code § 1332 - Diversity of citizenship; amount in controversy; costs  (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between— (1) citizens of different States; (2) citizens of a State and citizens or subjects of a foreign state, except that the district courts shall not have original jurisdiction under this subsection of an action between citizens of a State and citizens or subjects of a foreign state who are lawfully admitted for permanent residence in the United States and are domiciled in the same State; (3) citizens of different States and in which citizens or subjects of a foreign state are additional parties;

U.S. Code › Title 28 › Part IV › Chapter 85 › § 1338 - Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition subsection (a) the district courts shall have original jurisdiction of any civil action arising under any Act of Congress relating to patents, plant variety protection, copyrights and trademarks;

28 U.S. Code §1343 - Civil rights and elective franchise (a) The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person:  (1) To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in section 1985 of Title 42; (2) To recover damages from any person who

fails to prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42 which he had knowledge were about to occur and power to prevent;

28 U.S. Code § 1346 - (a) The district courts shall have original jurisdiction, concurrent with the United States Court of Federal Claims, of:   (2) Any other civil action or claim against the United States, not exceeding $10,000 in amount, founded either upon the Constitution, or any Act of Congress, or any regulation of an executive department;

28 U.S. Code § 1361 - Action to compel an officer of the United States to perform his duty. The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff;

28 U.S. Code § 1367 - Supplemental jurisdiction (a) Except as provided in subsections (b) and (c) or as expressly provided otherwise by Federal statute, in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution. Such supplemental jurisdiction shall include claims that involve the joinder or intervention of additional parties.

## PARTIES

1.  Christopher Earl Strunk in esse Sui juris a private citizen of the United States secured beneficiary agent for debtor trust transmitting utility ™CHRISTOPHER EARL STRUNK© Plaintiff (STRUNK) is registered to vote with place for service located at 593 Vanderbilt Avenue PMB 281 Brooklyn New York zipcode excepted 11238 with telephone: 845-901-6767 Email: chris@strunk.ws, and recorded with the Superior Court of Georgia for Lamar

County at BPA BOOK 30 PAGES 763 thru 800 on December 5, 2013 at 9:54AM thereafter duly registered with the United States Secretary of the Treasury accepted there on January 21, 2014 at 4:22AM.

2. That STRUNK is the duly appointed Executor public officer for the *Express Deed in Trust to the United States of America* duly recorded with the Superior Court of Georgia for Lamar County at BPA BOOK 32 PAGES 716 thru 754 on April 29, 2014 at 1:20PM.

3. That STRUNK's duty to the beneficiaries of the *Express Deed in Trust to the United States of America* with a claim of beneficial interest in and over all the public and private real, personal, tangible and intangible property within the organic UNITED STATES OF AMERICA geographic border to safeguard and secure for the posterity of WE the People of the United States of America in the nation given by GOD for securing each private Citizen's unalienable rights and beneficial interest in pursuit of life liberty and happiness in perpetuity, and with the Executor and Beneficiaries duty to this DEED in TRUST shall guarantee that all incumbents and future candidate(s) for the Office of President or Vice President of the United States (POTUS) shall be a bonafide *Natural-Born Citizen* (NBC) private citizen of the United States agent who is surety no more to the Debtor Trust Entity in compliance with the United States Constitution Article 2 Section 1 Clause 5, either under 12 USC 95 and 50 USC App. 5(b) with the Military Government authority of renewed annual National Emergency or otherwise.

4. That STRUNK is the Plaintiff in New York State Supreme Court for the County of Kings active Cases: *Strunk v Paterson et al.* Index No: 29642-2008 that is scheduled for a pre-trial conference on 13 June 2014 and *Strunk v Jefferies et al* Index No.: 21948-2012 tentatively scheduled for a non jury trial on 18 June 2014 with a motion to consolidate the trials taken on

submission on 28 March with decision pending, and that STRUNK has arranged the testimony of (2) two expert witnesses for the trial: U.S. Citizen Paul Edward Irey (document expert and publisher), and British Subject, Michael Shrimpton, Esq., a Barrister to the Queens's Bench and expert Intelligence Analyst, a Consultant to the Intelligence Community at large with the book "SPY HUNTER: The Secret History of German Intelligence" (2014).

5. That STRUNK is an Appellant in Appeal Cases 2012-05515, 2013-06335 and 2014-00297 taken from orders issued in the New York State Supreme Court for the County of Kings *Strunk v NYS Board of Elections et al.* Index no.: 6500-2011, that on 4 March 2014 the New York State Supreme Court Appellate Division for the Second Department Judicial panel sitting in review of Appellant's Amicus motion demand that it provide "*for civilian due process of law*" rather than the continued *martial due process of law* under statutory direct authority of the POTUS Commander-in-chief over the de facto Federal and New York State Unified Court System courts under statutory authority of 12 USC 95 and 50 USC App. 5(b) ORDERED to deny provision "*for civilian due process of law*" (see **Exhibit 1**).

6. That STRUNK has a FOIA case directly related to the above cited active New York State cases 29642-2008, 6500-2011 and 21948-2012, that was filed in the USDC for the District of Columbia on November 22, 2088 with Case No.: 08-cv-2234 (RJL) to obtain the Passport applications for Stanley Ann Dunham Obama Soetoro and having received such filed on 29 July 2010, it was determined that there were no applications on filed with DOS before 1965.

7. That Harold William Van Allen in esse surety-indenture for debtor trust H. WILLIAM VAN ALLEN Plaintiff (VAN ALLEN), self represented, is registered to vote with place for service located at 351 North Road Hurley NY 12443 with Telephone: 845-389-4366 email: hvanallen@hvc.rr.com.

8.  That VAN ALLEN is the Plaintiff in the Election Law case *Van Allen v NYS BOE et al.* in the NYS Supreme Court for the County of Albany with Index No.: _____ directed by order of the Court to seek relief in the case *Strunk v. Paterson et al.* Index No: 29642-2008;

9.  That VAN ALLEN is a proposed Plaintiff –intervener in the case 29642-2008 by motion taken on submission and decision pending since 28 March 2014.

10. Defendant the UNITED STATES DEPARTMENT OF STATE (DOS), by the DOS Secretary of State John Forbes Kerry as a public officer as well as the private surety-indenture for the Public U.S. Citizen Debtor Trust JOHN F. KERRY (Mr. KERRY), located at 2201 C Street NW Washington, DC 20520 TTY:1-800-877-8339, with authority over the actions of DOS agents at the U.S. Embassy in London acting under color of USC Title 8 CFR Part 214 of the Immigration and Nationality Act 1965 and related law (**INA 214(b)**);

11. That the History of Immigration and Naturalization Agencies according to FDR's Ex. Ord. No. 6166, § 14, June 10, 1933, set out as a note under section 901 of Title 5, Government Organization and Employees, consolidated the two formerly separate bureaus known as the Bureau of Immigration and the Bureau of Naturalization to form the Immigration and Naturalization Service under a Commissioner of Immigration and Naturalization, which was subsequently transferred from the Department of Labor to the Department of Justice by 1940 Reorg. Plan No. V, eff. June 14, 1940, 5 F.R. 2223, 54 Stat. 1238, set out in the Appendix to Title 5. See note set out under section 1551 of this title; and

12. Further, the US Code Title 8 CFR Part 214 falls under the authority of functions vested by law in Attorney General ERIC HOLDER, at the Department of Justice, or any other officer or any agency of that Department, with respect to inspection at regular inspection locations at ports of entry of persons, and documents of persons, entering or leaving United States; and

13. Further, functions of all other officers of Department of Justice and functions of all agencies and employees of such Department, with a few exceptions, transferred to Attorney General, with power vested in him to authorize their performance or performance of any of his functions by any of such officers, agencies, and employees, by 1950 Reorg. Plan No. 2, §§ 1, 2, eff. May 24, 1950, 15 F.R. 3173, 64 Stat. 1261, set out in the Appendix to Title 5. See sections 509 and 510 of Title 28, Judiciary and Judicial Procedure; and that the abolition of Immigration and Naturalization Service, transfer of functions, and treatment of related references, see note set out under section 1551 of title 8.

14. Defendant the United States' CENTRAL INTELLIGENCE AGENCY (CIA), the CIA Director of Intelligence John Owen Brennan as a public officer and the private surety-indenture for the Public US Citizen Debtor Trust JOHN O. BRENNAN (Mr. BRENNAN) with his place for service at Washington, D.C. 20505  fax: (571) 204-3800;

15. Defendant Barack Hussein Obama II (aka Barry Soetoro, Barack SOEBARKAH, Steven Dunham, Barry Obama, Barry Allen Owens) located at 1600 Pennsylvania Ave. NW Washington DC 2050, is the usurper posing as the POTUS Commander-in-chief while the private surety-indenture for the enemy and or ally rebel or belligerent person BARACK HUSSEIN OBAMA II (Mr. OBAMA) as defined acting under color of 12 USC 95(a) and 50 USC App. 5(b) and the Constitution for the United States of America especially Article 2 Section 1 Clause 5 as to the eligibility of a natural person to assume the office of President or Vice President of the United States (POTUS) with related law that for eighty-one years now requires provision of martial process renewal by POTUS' Executive Order under *the National Emergency Act of 1976* (NEA) and *International Economic Emergency Powers Act of 1977* (IEEPA) and related law for authority over  conquered territories, property and

persons held as collateral by the U.S. Secretary of Treasury, *Alien Property Custodian*, for repayment of the debt of the Untied States owing to its creditors;

16. Defendant the U.S. COPYRIGHT OFFICE at 101 Independence Avenue SE Washington, DC 20559-6000 (202) 707-3000 maintains the original and microfilm copies of copyrights.

17. Defendant the NEW YORK STATE BOARD OF ELECTIONS by its agents with two Chairmen and two Commissioners located at 40 North Pearl Street, Suite 5 Albany, NY 12207-2729 FAX (518) 486-4068 is a Quasi private entity with members of the Democratic and Republican party appointed by the Governor with agreement of the Leaders of the Legislature and Democratic Party and Republican Party and are responsible for the conduct of the General Election for POTUS in 2008, 2012 and 2016.

18. That Petitioners complain of Defendants with seven causes of action with the First requiring a preliminary injunction as time is of the essence with imminent irreparable harm as follows:

### AS AND FOR THE FIRST CAUSE OF ACTION DOS DEFENDANTS ARBITRARILY DENIED MICHAEL SHRIMPTON A NONIMMIGRANT VISA with INA 214(b)

19. That Petitioners as to each and every allegation contained in the foregoing introduction and paragraphs 1 through 18, repeats such with the same force and effect as though herein set forth at length, but omits such for the sake of brevity, and further alleges as and for the first cause of action, that Defendant DOS and or its agent under the authority of MR. KERRY arbitrarily denied MICHAEL SHRIMPTON a non-immigrant visa under color of US Code Title 8 CFR Part 214(b) of the Immigration and Nationality Act 1965 and related law.

20. That STRUNK contacted MICHAEL SHRIMPTON to have him testify on June 18, 2014 in the non-jury trial case *Strunk v Paterson et al.* 29642-2008 regarding his expertise in the matter of DNA tests taken by the U.S, Defense Intelligence Agency (DIA) and CIA of then US Senator BARACK HUSSEIN OBAMA II between 2007 and 2008.

21. That STRUNK on 19 April 2014 arranged for Mr. SHRIMPTON to receive the Delta Airlines ticket 00621810842483 that is good until 19 APR 2015 for round trip travel between Heathrow Airport Britain and JFK Airport New York City for 17 June 2014 and return on 21 June 2014, see **Exhibit 2**.

22. That on 27 April 2014, Mr. SHRIMPTON applied electronically to the US Embassy in London for a Non immigrant B1/B2 Visa, see **Exhibit 3**.

23. That on 1 May 2014, Mr. SHRIMPTON affirmed his affidavit for STRUNK under NYS CPLR 3101(d) to establish his expertise at trial for case *Strunk v. Paterson et al.* 29642-2008, see **Exhibit 4**; and germane herein at page 11 of the affidavit Mr. SHRIMPTON states:

> 20. To the best of my knowledge and belief the DNA test was done and Senator Obama's claim to be the son of Stanley Ann Dunham could not be supported. I cannot say to the court that either CIA or DIA came back to me and said so in terms. I would not expect them to and it would be contrary to good intelligence practice. I would however expect to be told if my advice had led to either agency wasting time or resources, not to mention the cost of a good lunch.

> 21. The outcome of the DNA test, as I understood it to be, was consistent with what I knew of then Senator Obama's background. It was my understanding then, and still is, that he was born in Mombasa in what was then the Kenyan Protectorate, on or about August 4th 1960. So far as I know that is the internal view of both MI5 and MI6. The President's claimed father was known to British intelligence in 1960 due to his connection with the Mau Mau terrorist organization. There is no evidence that Stanley Ann Dunham went to Kenya in 1960, that is to say she cannot have been the mother, assuming the intelligence about the birth in Mombasa to be correct.

24. That on 13 May 2014 STRUNK filed a Motion for Judicial Notice to all parties in interest (23 parties and or their counsels) with a motion return date of 30 May 2014 in all the cases: *Strunk v Paterson et al*, *Strunk v. Jefferies et al.* and *Strunk v NYS BOE et al.* with exhibits that included: the Affidavit of expert MICHAEL SHRIMPTON under CPLR 3101(d), the Note of Issue for the Petition 21948-2012; STRUNK Appellant's Brief for Appeal 2013-06335, and the Redacted *Express Deed In Trust To The United States Of America;*

25. That on the 30 May 2014 motion return date for *Strunk v Paterson et al.* Index no.: 29642-2008 with STRUNK / VAN ALLEN and counsels in appearance before the Hon. David I. Schmidt J.S.C. the Court signed a slip order acknowledging the Expert witness status of Mr. SHRIMPTON, see **Exhibit 5**.; and although Plaintiff contested did seek further relief states:

> ***"Plaintiff filed this motion to give notice that he has an expert. He does not seek other relief. Notice is taken."***

26. That on 2 June 2014, Mr. SHRIMPTON appeared at his interview at the US Embassy in London to obtain his non-immigrant Visa in order to travel to testify, and the DOS denied such visa under color of INA 214(b), see **Exhibit 6** in relevant part states:

> "Dear Visa Applicant:
>
> "Thank you for your interest in traveling to the United States. Unfortunately, we are unable to issue a visa to you today because you were found unqualified under Section 214(b) of the Immigration and Nationality Act. Under Section 214(b), applicants are presumed to be intending immigrants unless they credibly demonstrate, to the consular officer's satisfaction, that their economic, family, and social ties outside the United States are strong enough that they will depart a t the end of their authorized stay and that their intended activities in the United States will be consistent with the visa status.
>
> "Because you either did not show strong ties outside the United States today or did not demonstrate that your intended activities in the United States would be consistent with the visa status, you have not met the legal standard to qualify…."

27. On June 2, 2014, STRUNK applied with an Original Proceeding Index No.: 2014-05468 for an Order to Show Cause at the NYS Supreme Court Appellate Division for the Second Judicial Department to expedite preparation of the trial in 29642-2008 with decisions of two motions pending, pre-trial conference scheduled for 13 June 2014 and Hon. David I. Schmidt declined to sign subpoenas in preparation for a trial; and was also declined (see **Exhibit 7**).

28. On 6 June 2014, STRUNK applied electronically to DOS at the US Embassy in London (see **Exhibit 8**) for reconsideration of its arbitrary 2 June 2014 decision shown as Exhibit 6, and in the application for reconsideration STRUNK stated:

"I am CHRISTOPHER EARL STRUNK, a private Citizen of the United States being the sponsor for the B-1 Visa application completed 27 APR 2014 by British Subject MICHAEL SHRIMPTON who had a confirmation AA0041FB3G with the interview of 2 June 2014 having been outrageously absurd and politically biased refusal of entry with use of S.214; and as such I request reconsideration as time is of the essence, involves a matter of grave national security with irreparable harm that requires that I concurrently seek relief in Washington DC USDC Court on Tuesday 10 June 2014 for Secretary Kerry / US DOS, John Brennan of the CIA and Barack Hussein Obama the acting commander-in-chief to show cause why it should not immediately grant the Subject B1/B2 Non-immigrant Visa for the purpose of testimony at trial on or about 18 June 2014 and further ordered by the Court accordingly. A timely response to this request for reconsideration is required."

29.  That DOS at the London Embassy, in coordination with ERIC HOLDER and or his agent at the Justice Department when it reviews a non-immigrant visa application with INA Section 214(B) and immigrant intent, INA 214(b) is the number one reason for nonimmigrant visa denials. It is referred to as "failure to establish entitlement to nonimmigrant status," or more commonly, "presumption of immigrant intent" because the majority of 214(b) denials are applied to intending immigrants; and that the DOS issued 6.5 million nonimmigrant visas in 2008, but also rejected 2.1 million visa applications. Among them, almost 1.5 million (70%) were denied based on INA 214(b).

30.  The Immigration and Naturalization Act (INA) states under Section 214(b) that:

*Every alien shall be presumed to be an immigrant until he establishes to the satisfaction of the consular officer, at the time of application for admission, that he is entitled to a nonimmigrant status...*

31.  That DOS and or its consular agent at based upon the evidence made available by Mr. SHRIMPTON at the interview on 2 June 2014 represented a preponderance of proof that the consular officer must view Mr. SHRIMPTON as if every non-immigrant visa applicant was NOT intending as an immigrant as HE is planning to visit based upon giving court testimony and NOT intending to then permanently stay in the U.S. as the round trip ticket shown as Exhibit 2 thru 5 proves.

32. That despite a preponderance of evidence proving that INA 214(b) does not apply to Mr. SHRIMPTON, therefore supports the suspicion that the consular officer was under extraordinary instruction to arbitrarily reject the visa application to prevent Mr. SHRIMPTON from testifying, as a malicious arbitrary act done to benefit Defendants.

### AS AND FOR THE SECOND CAUSE OF ACTION DEFENDANTS MALICIOUSLY DENIED MICHAEL SHRIMPTON A NONIMMIGRANT VISA with INA 214(b) AS OBSTRUCTION OF JUSTICE AND INTERFERENCE WITH A WITNESS AT TRIAL

33. That Petitioners as to each and every allegation contained in the foregoing introduction and paragraphs 1 through 32, repeats such with the same force and effect as though herein set forth at length, but omits such for the sake of brevity, and further alleges as and for the Second cause of action, that Defendant DOS and or its agent under the authority of MR. KERRY, ERIC HOLDER, JOHN O. BRENNAN, and BARACK HUSSEIN OBAMA II and or their agents maliciously denied MICHAEL SHRIMPTON a non-immigrant visa under color of US Code Title 8 CFR Part 214(b) of the Immigration and Nationality Act 1965 and related law as obstruction of justice and interference with a witness to appear at trial.

34. That a subpoena issued for the internal correspondence between Federal Defendants from 27 April 2014 and 2 June 2014 between DOS its agents and the other Federal Defendants and or their agents will show malice and is disserving of discovery by order of the Court.

### AS AND FOR THE THIRD CAUSE OF ACTION DEFENDANTS MALICIOUSLY DENIED MICHAEL SHRIMPTON A NONIMMIGRANT VISA with INA 214(b) AS INTERFERENCE WITH THE CONTRACT WITH STRUNK

35. That Petitioners as to each and every allegation contained in the foregoing introduction and paragraphs 1 through 34, repeats such with the same force and effect as though herein set forth at length, but omits such for the sake of brevity, and further alleges as and for the third

cause of action, that Defendant DOS and or its agent under the authority of MR. KERRY,

ERIC HOLDER, JOHN O. BRENNAN, and BARACK HUSSEIN OBAMA II and or their

agents denied MICHAEL SHRIMPTON a non-immigrant visa under color of US Code

Title 8 CFR Part 214(b) of the Immigration and Nationality Act 1965 and related law as

interference with the Contract between STRUNK and SHRIMPTON.

36. That Mr. SHRIMPTON appointed STRUNK as his American agent to facilitate the

publishing of SPYHUNTER in the American market in hard and soft cover, and

electronically in NOOK for Barnes and Noble, and for the translation of SPYHUNTER in to

Italian and Russian accordingly; and that STRUNK invested in attendance at the BOOK

EXPO *Javits Center* in New York City from 28 May thru 31 May 2014 (see **Exhibit 9**);

37. That STRUNK arranged for meetings with publishers, translators, and media interviews for

television, radio and newspapers during the time that Mr. SHRIMPTON would be in New

York to testify at the *Strunk v Paterson et al* 29642-2008 non-jury Trial between 17 June

2014 and 21 June 2014.

**AS AND FOR THE FOURTH CAUSE OF ACTION DEFENDANTS DENIED MICHAEL
SHRIMPTON A NONIMMIGRANT VISA with INA 214(b) TO INFRINGE STRUNK'S
FIRST AMENDMENT RIGHT TO SPEECH, PUBLISH AND ASSOCIATE**

38. That Petitioners as to each and every allegation contained in the foregoing introduction and

paragraphs 1 through 37, repeats such with the same force and effect as though herein set

forth at length, but omits such for the sake of brevity, and further alleges as and for the

Fourth cause of action, that Defendant DOS and its agent under the authority of MR.

KERRY, ERIC HOLDER, JOHN O. BRENNAN, and BARACK HUSSEIN OBAMA II and

or their agents denied MICHAEL SHRIMPTON a non-immigrant visa under color of US

Code Title 8 CFR Part 214(b) of the Immigration and Nationality Act 1965 and related law

intended to infringe STRUNK's First amendment right to speech, publish and associate.

39. That Defendant DOS and or its agent under the authority of MR. KERRY, ERIC HOLDER, JOHN O. BRENNAN, and BARACK HUSSEIN OBAMA II and or their agents action under color of law to infringe STRUNK's First amendment right violates the provisions of 42 U.S. Code § 1985(1) as to conspiracy to interfere with civil rights by preventing the DOS consular officer from performing duties in that there was more than sufficient evidence that the DOS US Embassy Consular officer had to overcome INA 214(b) presumption otherwise was directed to deny Mr. SHRIMPTON his visa to be able to testify.

40. That MR. KERRY, ERIC HOLDER, JOHN O. BRENNAN, and BARACK HUSSEIN OBAMA II and or their agent(s) in Washington District of Columbia conspired to prevent the London Consular officer from approving the non-immigrant visa for Mr. SHRIMPTON, by intimidation, or threat of any person holding any office, trust, or place of confidence under the United States, from discharging any duties thereof officer required to be performed, on account of his lawful discharge of the duties of his office while engaged in the lawful discharge thereof, to molest, interrupt, hinder, or impede him in the discharge of his official duties otherwise prohibited by 42 USC 1985(1);

41. In that MR. KERRY, ERIC HOLDER, JOHN O. BRENNAN, and BARACK HUSSEIN OBAMA II and or their agent(s) in Washington District of Columbia acted to obstruct justice; intimidating party, witness, or juror prohibited under 42 USC 1985(2).

**AS AND FOR THE FIFTH CAUSE OF ACTION DEFENDANTS DENIED MICHAEL SHRIMPTON A NONIMMIGRANT VISA with INA 214(b) TO INFRINGE STRUNK'S FIFTH AMENDMENT RIGHT TO EQUAL PROTECTION UNDER LAW**

42. That Petitioners as to each and every allegation contained in the foregoing introduction and paragraphs 1 through 41, repeats such with the same force and effect as though herein set

forth at length, but omits such for the sake of brevity, and further alleges as and for the

Fourth cause of action, that Defendant DOS and or its agent under the authority of MR.

KERRY, ERIC HOLDER, JOHN O. BRENNAN, and BARACK HUSSEIN OBAMA II  and

or their agents denied MICHAEL SHRIMPTON  a non-immigrant visa under color of  US

Code Title 8 CFR Part 214(b) of the Immigration and Nationality Act 1965 and related law

intended to infringe STRUNK's FIFTH amendment right to equal protection of the law.

43. In that MR. KERRY, ERIC HOLDER, JOHN O. BRENNAN, and BARACK HUSSEIN

OBAMA II  and or their agent(s) in Washington District of Columbia conspired to prevent

the London Consular officer from approving the non-immigrant visa for Mr. SHRIMPTON

conspired to deter, by force, intimidation, or threat, any party or witness in any court of the

United States from attending such court, or from testifying to any matter pending therein,

freely, fully, and truthfully, or to injure such party or witness in his person or property on

account of his having so attended or testified, or to influence the verdict, presentment, or

indictment of any grand or petit juror in any such court, or to injure such juror in his person

or property on account of any verdict, presentment, or indictment lawfully assented to by

him, or of his being or having been such juror; or if two or more persons conspire for the

purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of

justice in any State or Territory, with intent to deny to citizen STRUNK the equal protection

of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce,

the right of any person, or class of persons, to the equal protection of the laws as a fifth

amendment infringement of STRUNK's fundamental rights under the Constitution;

44. That MR. KERRY, ERIC HOLDER, JOHN O. BRENNAN, and BARACK HUSSEIN

OBAMA II  and or their agent(s) in Washington District of Columbia acted to Deprive

STRUNK and SHRIMPTON their unalienable rights or privileges when Defendants conspire

for the purpose of depriving, either directly or indirectly, any person or class of persons of

the equal protection of the laws, or of equal privileges and immunities under the laws; or for

the purpose of preventing or hindering the constituted authorities of any State or Territory

from giving or securing to all persons within such State or Territory the equal protection of

the laws prohibited under 42 USC 1985(3).

**AS AND FOR THE SIXTH CAUSE OF ACTION DEFENDANTS WITH THE NYS BOE
TO INFRINGE PETITIONERS' FIRST FOURTH FIFTH NINTH AND TWELFTH
AMENDMENT RIGHT TO AN EFFECTIVE ONE PERSON ONE VOTE**

45. That Petitioners as to each and every allegation contained in the foregoing introduction and

paragraphs 1 through 44, repeats such with the same force and effect as though herein set

forth at length, but omits such for the sake of brevity, and further alleges as and for the

Fourth cause of action, that Defendant DOS and or its agent under the authority of MR.

KERRY, ERIC HOLDER, JOHN O. BRENNAN, and BARACK HUSSEIN OBAMA II  and

or their agents with the NYS BOE and its agents acted to infringe Petitioners' FIRST,

FOURTH, FIFTH, NINTH, TWELFTH and Section 1 Fourteenth amendment right as to

NYS BOE state action to an effective one person one vote expectation at the 2008 and 2012

General Election for POTUS by changing the eligibility qualification for any candidate

running for the office of POTUS from "natural-born Citizen" to "born a citizen" on the NYS

BOE website after the 2008 election to misconstrue the outcome of the court action in the

case *Strunk v NYS BOE et al*. Index No.: 6500-2011 and having refused to reverse its

unlawful change of eligibility for POTUS as is currently on the NYS BOE Webpage and for

the full page see **Exhibit 10**:

## Requirements to Hold Office

| OFFICE | CITIZENSHIP | AGE | RESIDENCY | STATUTE |
|---|---|---|---|---|
| President of the United States | Born a citizen | 35 years | 14 years in country | United States Constitution Art. II § 1 |

46. That Federal Defendants with the NYS BOE conspired to advocate for Barack Hussein Obama II by intimidation, involving any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is damaged in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so damaged or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators prohibited under 42 USC 1985(3).

### AS AND FOR THE SEVENTH CAUSE OF ACTION DEFENDANTS OBAMA, BRENNAN AND HOLDER ACTED TO SPOLIATE AND CONCEAL DOCUMENTS AT THE US COPYRIGHT OFFICE

47. That Petitioners as to each and every allegation contained in the foregoing introduction and paragraphs 1 through 46, repeats such with the same force and effect as though herein set forth at length, but omits such for the sake of brevity, and further alleges as and for the Fourth cause of action, that Defendant OBAMA, ERIC HOLDER, JOHN O. BRENNAN, and or their agents acted to spoliate the Copyright document filed in 1995 by the Publisher for BARACK HUSSEIN OBAMA II's autobiography "Dreams From My Father" .

48. That STRUNK has attempted since December 2013 to obtain a certified copy of the copyright document from the US Copyright Office using an established Patent, Trademark and Copyright attorney who regularly practices in Washington; and to date the agency has denied a certified copy even though it would only cost $35.

49. The subject document as filed originally said Barack Hussein Obama II was born in Kenya.

50. The Document was change during 2008 to state that Barack Hussein Obama II was born in Hawaii, and that the graphic techniques used are exactly the same used by the forger of the 2008 and 2011 supported Certificate of Live Birth presented by Barack Hussein Obama II.

51. That 42 USC 1985(3) and 1986 infringement of Petitioners' rights under the Constitution for the United States of America relates to the case 08-cv-2234 (RJL) Freedom of Information Act pursuant to 5 U.S.C. §552, wherein on 29 July 2010 a response from the DOS counsel released the Stanley Ann Dunham Soetoro the first such application of 13 August 1968 (see **Exhibit 12**) wherein the 1965 according to the 1968 document involved spoliation and concealment alleged done by the General Services Administration (GSA) but STRUNK alleges done by the DOS CIA sub-contractor, John O. Brennan, to *cauterize*, conceal and or destroy any passport applications and records for Stanley Ann  Dunham, Barack Hussein Obama II, John Sidney McCain and Hillary Rodham Clinton that proves Barack Hussein Obama II is not a citizen; and that proof of which is that the 1965 passport application was destroyed according to DOS Counsel which has a logical set of conclusions to be drawn in favor of the DOS Counsel as if He made truthful statements.

52. That based upon the pending testimony of MICHAEL SHRIMPTON, Barack Hussein Obama Junior was born no later than August 4, 1960 not on August 4, 1961 for which the legend was manufactured so that somehow Junior would be calculated as born in Hawaii

rather than being brought in as the child of a couple  married in February 1961 in Hawaii was created by Madelyn Dunham as the only proof by the newspaper article that was then used by the Hawaii Department of Health to record a birth in Hawaii by the members of the SUBUD cult in which Obama Junior was inducted as a member along with Stanley Ann Soetoro from their time in Indonesia and He was given the Javanese name "SOEBARKAH".

53. There is a Customs statistical entry record of a white women and one year old black child entering the USA from Africa in 1961 and presumed taken to Seattle Washington in August to live with his father's new wife Stanley Ann Obama when she attended the University of Washington; and the child was described as big for his age during an babysitter interview.

54. STRUNK contend that in regards to the document marked P1 shown in Exhibit 12,  that an honest review of the small print on the sworn oath on the 13 August 1968 document instrument is necessary to draw the right conclusion other than the absurd contention that somehow the Vice Counsel of the Djakarta Consulate Alfonso F. La Porta was sloppy or careless in preparation of a sworn document and was offering legal advice – is absurd.

55. The Affirmant Stanley Ann Dunham Soetoro on P-1 swears that

    a. "I have not (**and no other person included** or **to be included**  in the passport or documentation has), **since acquiring United States citizenship**;

    b. **been naturalized as a citizen of a foreign state**;

    c. taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state;

    d. entered or served in the armed forces of a foreign state;

    e. accepted or performed the duties of any office, post, or employment under a government of a foreign state or political subdivision thereof;

    f. voted in a  political election in a foreign state or participated in an election or plebiscite to determine the sovereignty over foreign territory;

    g. made a formal renunciation of nationality either in the United States or before a

diplomatic or consular officer of the United States in  a foreign state;

h.  **ever sought or claimed the benefits of  the nationality of any state**;

i.  or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or

j.  attempting by force to overthrow, or

k.  bearing arms against, the United States, or

l.  conspiring to overthrow, put down or

m. to destroy by force, the Government of the United States.

n.  "(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or **to any other person included in the passport or document, the portion which applies _should be struck out_, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.**)"

56. There was no passport application earlier than 1965 meaning that Stanley Ann Soetoro never had a passport in the name of Stanley Ann Obama or even Stanley Ann Dunham before.

57. That Petitioners have suffered an informational injury as a voter and member of the public; and the lack of information on Mr. Barry Soetoro's citizenship, caused by the State Departments action, limited the information available to him as a voter and impaired his ability to influence and inform the public and policymakers.  If a party is denied information that will help it in making a voting decision that party is obviously damaged in fact; and as stated in _Akins_, the court noted that:

> "[a] voter deprived of useful information at the time he or she votes suffers a particularized injury in some respects unique to him or herself just as a government contractor, allegedly wrongfully deprived of information to be made available at the time bids are due, would suffer a particularized injury even if all other bidders also suffered an injury."

58. These issues can be easily resolved; the documents requested will either prove that Barry Soetoro is in fact a "natural born" U.S. Citizen or they will prove he is not, at which point he will have to be removed as the incapacitated POTUS Commander-in-chief  under the 25th Amendment and will require U.S. Department of Homeland Security with control of the

Bureau of Customs and Border Control to enforce U.S. Title 8 and related laws as to Mr.

Barry Soetoro, and the living person using the SSN: 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 accordingly in

coordination with the U.S. Department of Justice.

59. For the above aforementioned reasons, the above requested expert testimony of Mr.

SHRIMPTON related to the fact that since 2007 /2008 the CIA / Mr. BRENNAN / DOS/

Mr. KERRY has proof that Mr. OBAMA is not NBC nor even a US Citizen and the expert

testimony of Mr. PAUL EDWARD IREY related to the three forged documents the 2008 /

2011 forgeries and copyright forgery are of great public interest and without receiving said

documents and or such testimony our Country is at risk as a grave matter of national security

until a eligible and qualified private citizen of the United States who is no longer the surety-

indenture of the debtor trust owned by the United States may serve as POTUS.

60. The court determines whether disclosure is warranted by "*balanc[ing] the public interest in*

*disclosure against the [privacy] interest Congress intended the Exemption to protect.*" *Dep't*

*of Justice v. Reporters Comm. for Freedom of Press*, 489 U.S. 749, 776 (1989). The public

interest in disclosure lies in "*open[ing] agency action to the light of public scrutiny,*"

*Reporters Comm.*, 489 U.S. at 772.

61. That at trial the Court must subpoena a DOS agent to testify as to the nuances of Exhibit 12.

62. That the Court is requested to notify the other courts with matters associated herein of efforts

to hear the evidence that would effect those cases directly in regards to whether or not

BARACK HUSSEIN OBAMA II  is an actual natural born citizen born in the United States

of US Citizens parents. and therefore eligible to be POTUS Commander-in-chief with direct

authority over the defacto Federal and States judiciary under martial rule that for 81 years

under 12 USC 95 and 50 USC App. 5(b) is renewed by POTUS Executive Order.

**WHEREFORE,** Petitioners wish for the above aforementioned reasons, this Court should Mandate and Order the U.S. Department of State to provide a non-immigrant visa, US Copyright Office release the actual certified copy of the 1995 copyright of "*Dreams From My Father*" and or agencies under its control to release documents proving ultra vires acts of defendants and or their agents to spoliate conceal and destroy records and interfere with the conduct of judicial proceedings and provision of justice; and that this court take supplemental jurisdiction over the NYS BOE  to immediately order the turn-over of the documents referred to above regarding the outrageous use of the "*born a citizen*" term rather than the Constitutionally mandated use of the "*natural-born Citizen*" term of art to be used exclusively as to the eligibility of a "natural-born Citizen" private citizen of the United States for POTUS and who is no longer surety-indenture of the debtor owned by the United States in service of the creditors to the United States' debt under the provision of martial process with 12 USC 95 and 50 USC App. 5(b) and related law, and that the expert testimony by MICHAEL SHRIMPTON  and PAUL EDWARD IREY be scheduled for hearing in regards to a preliminary injunction and for further and different equity relief.

Respectfully submitted by,

Dated: June **9** , 2014
Brooklyn, New York

_____ AGENT
Christopher Earl Strunk

Respectfully submitted by,

Dated: June **9** , 2014
Hurley, New York

_____
H. William Van Allen

Attached Exhibits 1 through 13

COMPLAINT with Petition for Writ of Mandamus – Page 24 of 26

# V E R I F I C A T I O N

**STATE OF NEW YORK**    )
                             ) ss.

**COUNTY OF KINGS**      )

Accordingly, I, Christopher Earl Strunk, being duly sworn, depose and say under penalty of perjury:

1. That this Complaint with Petition of mandamus relief is directly related to the evidence that I obtained with great difficulty here in Washington DC with the FOIA case *Strunk v DOS and DHS* USDC DCD 08-cv-2234, and that as a matter of comity and economy of schedule  with the efforts related to the obtained documents for more than three years before the Honorable Richard J. Leon USDJ that this case be assigned to Judge Leon; and

2. Executor is obligated to provide judicial notice as to the *Express Deed in Trust to the United States of America* recorded with the Superior Court of Georgia for Lamar County at BPA BOOK 32 PAGES 716 thru 754 on April 29, 2014 at 1:20PM (see **Exhibit 13**).

3. I have read the attached Complaint with Petition for Extraordinary Relief in the Nature of a Writ of Mandamus and I know its contents; the facts stated in the Petition are true to my own personal knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge. except as to those stated upon information and belief, which I believe to be true.

                                           _____
                                              Christopher Earl Strunk

Sworn to before me
This 9 day of June 2014

_____
Notary Public

EDDIE HAMPTON JR.
Notary Public, State of New York
No. 01HA6044027
Qualified in Kings County
Commission Expires June 26, 2014

COMPLAINT with Petition for Writ of Mandamus – Page 25 of 26

# VERIFICATION

**STATE OF NEW YORK** )
                          ) ss.
**COUNTY OF ULSTER** )

      Accordingly, I, H. William Van Allen, being duly sworn, depose and say under penalty of perjury:

      While this instant civil action seeks an emergency time critical mandamus ordering the US State Department granting of a travel visa to Michael Shrimpton, Esq for the purpose appearing in NYSUCS Kings Civil Supreme in the matter of "Strunk v Paterson et al" pending my intervention motion fully briefed and heard March 28 2014. I direct this court's attention to the attached **EXHIBITS #11 A–E** of my own related cases now before USCA-DCC and SCOTUS with pending stay motions – until the NYSUCS and now this court rules on the Shrimpton appearance and his expert witness testimony.  All this regarding adjudication of immigration status using DNA including the national security implications of / to CINC/POTUS and executive control of all federal agencies including: DOD (Defense) / DON (Navy) / DVA (Veterans)  DOC / (Census) and especially DOJ (Justice) and DOS (State).

      Ergo, I have read the attached Complaint with Petition for Extraordinary Relief in the Nature of a Writ of Mandamus and I know its contents; the facts stated in the Petition are true to my own personal knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge. Except as to those stated upon information and belief, which I believe to be true.

H. William Van Allen

Sworn to before me
This **9** day of June 2014

Notary Public

DOREEN MEYER
Notary Public, State of New York
No. 01ME6287439
Qualified in Ulster County
My Commission Expires Aug. 12, 2017

# VERIFICATION

**STATE OF NEW YORK** )

                         ) ss.

**COUNTY OF ULSTER** )

Accordingly, I, H. William Van Allen, being duly sworn, depose and say under penalty of perjury:

While this instant civil action seeks an emergency time critical mandamus ordering the US State Department granting of a travel visa to Michael Shrimpton, Esq for the purpose appearing in NYSUCS Kings Civil Supreme in the matter of "Strunk v Paterson et al" pending my intervention motion fully briefed and heard March 28 2014, I direct this court's attention to the attached **EXHIBIT #11** of my own related cases now before USCA-DCC and SCOTUS pending stay motions – until the NYSUCS and now this court rules on the Shrimpton appearance and his expert witness testimony regarding adjudication of immigration status using DNA including the national security implications to CINC/POTUS and executive control of all federal agencies including DOD (Defense) / DON (Navy) / DVA (Veterans) and especially DOJ (Justice) and DOS (State).

Ergo, I have read the attached Complaint with Petition for Extraordinary Relief in the Nature of a Writ of Mandamus and I know its contents; the facts stated in the Petition are true to my own personal knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge. Except as to those stated upon information and belief, which I believe to be true.

                                                    H. William Van Allen

Sworn to before me
This _9_ day of June 2014

Notary Public

DOREEN MEYER
Notary Public, State of New York
NO. 01ME6287439
Qualified in Ulster County
My Commission Expires Aug. 12, 2017