**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
-------------------------------------------------------------x   Case No.:
       :

CHRISTOPHER EARL STRUNK      :
593 Vanderbilt Avenue PMB 281 NYC, NY 11238  :
845-901-6767 chris@strunk.ws,      :
       :

and H. WILLIAM VAN ALLEN     :
351 North Road Hurley NY 12443    :
845-389-4366 hvanallen@hvc.rr.com   :
       :

            Plaintiffs,   :   **COMPLAINT with  PETITION**
       :   **for WRIT OF MANDAMUS**
v.      :   **and PRELIMINARY**
       :   **INJUNCTION HEARING**
U.S. DEPARTMENT OF STATE by   :   **FOR EQUITY RELIEF OF**
JOHN F. KERRY at 2201 C Street NW  :   **28 USC §2201 and §2202**
Washington, DC 20520 TTY:1-800-877-8339 :
       :

CENTRAL INTELLIGENCE AGENCY   :
by JOHN O. BRENNAN      :
Washington, D.C. 20505  fax: (571) 204-3800 :
       :

BARACK HUSSEIN OBAMA II    :
1600 Pennsylvania Ave. NW Washington DC 20500 :
       :

U.S. COPYRIGHT OFFICE     :
101 Independence Avenue SE    :
Washington, DC 20559-6000 (202) 707-3000 :
       :

and  THE NEW YORK STATE BOARD  :
OF ELECTIONS by its agents at    :
40 NORTH PEARL STREET, SUITE 5  :
ALBANY, NY 12207-2729 FAX (518) 486-4068 :
       :

           Defendants.  :
       :
-------------------------------------------------------------x

# Exhibit 1

# Supreme Court of the State of New York
## Appellate Division: Second Judicial Department

M170416
E/sl

PETER B. SKELOS, J.P.
THOMAS A. DICKERSON
JOHN M. LEVENTHAL
L. PRISCILLA HALL, JJ.

2012-05515, 2013-06335, 2014-00297

DECISION & ORDER ON MOTION

Christopher-Earl Strunk, appellant,
v New York State Board of Elections,
et al., respondents.

(Index No. 6500/11)

Motion by the appellant pro se, inter alia, "for civilian due process of law" on appeals from three orders of the Supreme Court, Kings County, dated April 11, 2012, March 29, 2013, and December 9, 2013, respectively.

Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is

ORDERED that the motion is denied; and it is further,

ORDERED that on the Court's own motion, the appellant's time to perfect the appeal from the order dated March 29, 2013 (Appellate Division Docket No. 2013-06335), is enlarged until May 5, 2014, and the record or appendix and the appellant's brief must be served and filed on or before that date.

SKELOS, J.P., DICKERSON, LEVENTHAL and HALL, JJ., concur.

ENTER:

Aprilanne Agostino
Clerk of the Court

March 4, 2014

STRUNK v NEW YORK STATE BOARD OF ELECTIONS

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

--------------------------------------------------------------x     Case No.:
                                                             :
CHRISTOPHER EARL STRUNK                                       :
593 Vanderbilt Avenue PMB 281 NYC, NY 11238                  :
845-901-6767 chris@strunk.ws,                                :
                                                             :
and H. WILLIAM VAN ALLEN                                      :
351 North Road Hurley NY 12443                               :
845-389-4366 hvanallen@hvc.rr.com                           :
                                                             :
                                        Plaintiffs,          :     **COMPLAINT with  PETITION**
                                                             :     **for WRIT OF MANDAMUS**
v.                                                           :     **and PRELIMINARY**
                                                             :     **INJUNCTION HEARING**
U.S. DEPARTMENT OF STATE by                                  :     **FOR EQUITY RELIEF OF**
JOHN F. KERRY at 2201 C Street NW                           :     **28 USC §2201 and §2202**
Washington, DC 20520 TTY:1-800-877-8339                     :
                                                             :
CENTRAL INTELLIGENCE AGENCY                                  :
by JOHN O. BRENNAN                                           :
Washington, D.C. 20505  fax: (571) 204-3800                 :
                                                             :
BARACK HUSSEIN OBAMA II                                      :
1600 Pennsylvania Ave. NW Washington DC 20500               :
                                                             :
U.S. COPYRIGHT OFFICE                                        :
101 Independence Avenue SE                                   :
Washington, DC 20559-6000 (202) 707-3000                    :
                                                             :
and  THE NEW YORK STATE BOARD                                :
OF ELECTIONS by its agents at                                :
40 NORTH PEARL STREET, SUITE 5                               :
ALBANY, NY 12207-2729 FAX (518) 486-4068                    :
                                                             :
                                        Defendants.          :
                                                             :
--------------------------------------------------------------x

# Exhibit 2

Comment/Complaint ?

**△DELTA ☺**   delta.com   **My Trips**   **Earn Miles**

# YOUR ITINERARY AND RECEIPT



**Scan this barcode at a
Delta Self-Service Kiosk** to
access your reservation.

**Please review this information before your trip.**
If you need to contact Delta or check your flight
information, go to delta.com, call 1-800-221-1212. For
a complete list of worldwide phone numbers, please
visit www.delta.com/contact _us.

Changes to Award Tickets must be made at least 72
hours prior to the departure time of the flight being
changed. Award Tickets booked within 72 hours of
departure are nonrefundable and cannot be
redeposited or reissued unless prohibited by local law.
You can exchange, reissue and refund eligible
electronic tickets at delta.com.

You can check in for your flight up to 24 hours prior
to departure time. Check in online by clicking the link
below or download the Fly Delta app here. You can
also use the app to change seats, track your bag,
view your flight status and so much more.

**Thanks for choosing Delta.**
Flight Confirmation #: **GIYLAX** | Ticket #: **00621810842483**

**CHECK IN ONLINE >**

## Your Flight Information

| **Tue 17JUN** | | | | | |
|---|---|---|---|---|---|
| LV **5:30pm** | LONDON-HEATHROW | AR **8:25pm** | NYC-KENNEDY | **DELTA 3** BUSINESSELITE® (O) Dinner | |

| **Sat 21JUN** | | | | | |
|---|---|---|---|---|---|
| LV **8:30pm** | NYC-KENNEDY | AR **8:45am** **\*\*Sun 22JUN** | LONDON-HEATHROW | **DELTA 402** BUSINESSELITE® (OK) Dinner | |

**\*\*Arrival date is different than departure date.**

ⓘ Please note that select Delta flights — **including this upcoming flight** — now operate from
London-Heathrow (LHR) Terminal 3. For more information about this important airport update and
our partnership with Virgin Atlantic, visit delta.com.

Gate information is available 2½ hours prior to your flight's departure via Online Check-in, Flight Status or the Fly Delta app.

Please note that select Delta flights — **including this upcoming flight** — now operate from London-Heathrow (LHR) Terminal 3. For more information about this important airport update and our partnership with Virgin Atlantic, visit delta.com.

Gate information is available 2½ hours prior to your flight's departure via Online Check-in, Flight Status or the Fly Delta app.

## Your Flight Details    Manage Trip ›

| Passenger Details | Flights | Seats |
|---|---|---|
| **MICHAEL SHRIMPTON** SkyMiles #*******047 | DELTA 3 DELTA 402 | Not Assigned Not Assigned |

If you purchased an Economy Comfort seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Receipt Information

### Billing Details

| Passenger: **MICHAEL SHRIMPTON** | Payment Method: AX***********5008 | Ticket Number: **00621810842483** |
|---|---|---|

| FARE: | USD |
|---|---|
| Taxes/Carrier-imposed Fees: | 708.70 |
| **Ticket Amount:** | **708.70 USD** |

| Fare Difference: | 0.00 USD |
|---|---|
| Taxes/Carrier-imposed Fees: | 708.70 USD |
| Service Charge/Fees: | 0.00 USD |
| **Total Charged:** | **708.70 USD** |

VALID ON DL/SM OAL/PNLTY FOR CHGS

This ticket is non-refundable unless issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

## Mileage Details

Original Mileage: 225000
We have partnered with The Nature Conservancy to allow you to offset your carbon emissions for this trip. Go to delta.com/CO2 to calculate your $CO_2$ emissions and learn more about offsetting.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

Medallion® status listed reflects a member's status at the time of ticketing, which may differ from the actual status at the time of flight departure.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

## Ticketing Details

| Passenger: | Ticket #: | Place of Issue: | Issue Date: | Expiration Date: |
|---|---|---|---|---|
| MICHAEL SHRIMPTON | 00621810842483 | CVGRES | 19APR14 | 19APR15 |

## Details - Taxes/Carrier-imposed Fees

| | |
|---|---|
| **Total:** | **708.70** |
| **Itemized:** | 2.50 AY 5.00 XA 7.00 XY 5.50 YC 230.80 GB 66.50 UB 356.40 YR 35.00 US |

## Fare Details

**LON DL NYC0.00CSM625/FT231 DL LON0.00CSK1625/FK231 NUC0.00END ROE1.00 EXEMPTX**

## Baggage Fees

Thank you for being a valued customer. The fees below are based on your original ticket purchase information. If you qualify for free or discounted checked baggage, this will be taken into account when you check in.

| Airline Rule Applied | Origin | Destination | Baggage | | | Tax | Total |
|---|---|---|---|---|---|---|---|
| **Tue 17 Jun 2014** | | | | | | | |
| DELTA | LHR | JFK | FREE [1] CARRY ON | FREE FIRST | FREE SECOND | £0.00 | £0.00 |

Visit delta.com for details on baggage embargos that may apply to your itinerary.    £0.00

3

| Sat 21 Jun 2014 | | | | | | | |
|---|---|---|---|---|---|---|---|
| DELTA | JFK | LHR | **FREE** [1]<br>CARRY ON | **FREE**<br>FIRST | £58.10<br>SECOND | £0.00 | **£58.10** |
| Visit delta.com for details on baggage embargos that may apply to your itinerary. | | | | | | | **£58.10** |

[1]On Delta operated flights, you may carry on one bag and a small personal item at no charge. Carry-on allowances may differ and fees may apply for flights operated by carriers other than Delta. Contact the operating carrier for detailed carry-on limitations and charges.

BusinessElite/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus, Alaska MVP & MVP Gold and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree.

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances.

Do you have comments about our service? Please email us to share them.

Questions regarding your upcoming flight? Please contact us at the following:
Delta 1-800-221-1212 | Air France 1-800-237-2747 | Alitalia 1-800-223-5730 | KLM 1-800-618-0104



**BUY & TRANSFER MILES. ›**
Need more miles? Buy and transfer miles on delta.com.

**HILTON HHONORS. ›**
Earn up to 500 miles per stay or 1 mile per eligible dollar spent with Hilton HHonors.

**HERTZ. ›**
Save up to 40% and earn 3,400 miles or more with this best-in-market Hertz offer.

**TRIP INSURANCE. ›**
Protect your trip against trip cancellations and interruptions with valuable insurance from Allianz Global Assistance.

**Terms & Conditions**

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection⸱ carriers is subject to Delta's **conditions of carriage**. They include terms governing for example:

- **Limits on our liability** for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- **Claim restrictions** including time periods within which you must file a claim or bring action against us.
- Our right to **change terms** of the contract.
- **Check-in requirements** and other rules established when we may **refuse carriage.**
- Our rights and limits of our liability for **delay of failure to perform service**, including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on **overbooking flights**, and your rights if we deny you boarding due to an oversold flight.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
-------------------------------------------------------------x   Case No.:
        :

CHRISTOPHER EARL STRUNK        :
593 Vanderbilt Avenue PMB 281 NYC, NY 11238  :
845-901-6767 chris@strunk.ws,      :
        :
and H. WILLIAM VAN ALLEN      :
351 North Road Hurley NY 12443      :
845-389-4366 hvanallen@hvc.rr.com    :
        :
        Plaintiffs,    :  **COMPLAINT with  PETITION**
        :  **for WRIT OF MANDAMUS**
v.        :  **and PRELIMINARY**
        :  **INJUNCTION HEARING**
U.S. DEPARTMENT OF STATE by    :  **FOR EQUITY RELIEF OF**
JOHN F. KERRY at 2201 C Street NW   :  **28 USC §2201 and §2202**
Washington, DC 20520 TTY:1-800-877-8339  :
        :
CENTRAL INTELLIGENCE AGENCY   :
by JOHN O. BRENNAN      :
Washington, D.C. 20505  fax: (571) 204-3800  :
        :
BARACK HUSSEIN OBAMA II    :
1600 Pennsylvania Ave. NW Washington DC 20500 :
        :
U.S. COPYRIGHT OFFICE      :
101 Independence Avenue SE     :
Washington, DC 20559-6000 (202) 707-3000  :
        :
and THE NEW YORK STATE BOARD   :
OF ELECTIONS by its agents at     :
40 NORTH PEARL STREET, SUITE 5   :
ALBANY, NY 12207-2729 FAX (518) 486-4068  :
        :
        Defendants.  :
        :
-------------------------------------------------------------x

# Exhibit 3

Select Tooltip Language  English

- Exit

# Online Nonimmigrant Visa Application (DS-160)



## Confirmation

**This confirms the submission of the Nonimmigrant visa application for:**

Applicant photo

| | |
|---|---|
| Name Provided: | SHRIMPTON, MICHAEL |
| Date Of Birth: | 09 MAR 1957 |
| Place of Birth: | RAF HOSPITAL ELY, GREAT BRITAIN AND NORTHERN IRELAND |
| Gender: | Male |
| Country/Region of Origin (Nationality) : | GREAT BRITAIN AND NORTHERN IRELAND |
| Passport Number: | 508207017 |
| Purpose of Travel: | BUSINESS/PERSONAL (B1/B2) |
| Completed On: | 27 APR 2014 |
| Confirmation No: | **AA0041FB3G** |

Location Selected:
LND
U.S. Embassy - London
24 Grosvenor Square
London, W1A 2LQ
United Kingdom

Version 01.02.01

**THIS IS NOT A VISA**

| Print Confirmation | Print Application | Email Confirmation |
|---|---|---|

Note: Electronically submitting your DS-160 online application is the FIRST STEP in the visa application process. The next step is to review the internet page of the embassy or consulate where you plan to apply for your visa. Most visa applicants will need to schedule a visa interview, though some applicants may qualify for visa renewal. The embassy or consulate information may include specific local instructions about scheduling interviews, submitting your visa application, and other frequently asked questions.

**YOU MUST BRING** the confirmation page and the following document(s) with you at all steps during the application process:

**Passport**

You may also provide any additional documents you feel will support your case.



# Instructions

**YOU MUST SUBMIT** the confirmation page with a clear and legible barcode at the time of your interview. If you do not have access to a printer at this time, select the option to email your confirmation page to an email address. You may print or email your application for your own records. **YOU DO NOT** need to submit the application at the time of the interview.

Please note that you will be required to provide proof that you have paid the visa application fee and any other fees associated with your application. There may be other fees associated with the visa application process. Please check your country's Reciprocity Schedule for any other fees you may owe.

If you have further questions, or to find out how to contact the Consular Post, please go to http://london.usembassy.gov/ or http://travel.state.gov .

NOTE: Unless exempt from an interview, you will be required to sign your application by providing a biometric signature, i.e. your fingerprint before a consular officer. By providing this biometric signature you are certifying under penalty of perjury that you have read and understood the questions in your nonimmigrant visa application and that all statements that appear in your nonimmigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. Furthermore at the time of your interview, you will be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and compete to the best of your knowledge and belief.

You electronically signed your application on 4/27/2014 6:01:49 PM (GMT-05:00). You were required to electronically sign your application yourself, unless otherwise exempt by regulation, even if the application was prepared by someone other than yourself. Your electronic signature certifies that you have read and understood the questions in this application and that your answers are true and correct to the best of your knowledge and belief. The submission of an application containing any false or misleading statements may result in the permanent refusal of a visa or the denial of entry into the United States. All declarations made in this application are unsworn declarations made under penalty of perjury. (28 U.S.C. 1746).

The information that you have provided in your application and other information submitted with your application may be accessible to other government agencies having statutory or other lawful authority to use such information, including for law enforcement and immigration law enforcement purposes. The photograph that you provide with your application may be used for employment verification or other U.S. law purposes.

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information   Disclaimers   Paperwork Reduction Act                    (110)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------------------------x   Case No.:

CHRISTOPHER EARL STRUNK          :
593 Vanderbilt Avenue PMB 281 NYC, NY 11238   :
845-901-6767 chris@strunk.ws,          :

                                                        :

and H. WILLIAM VAN ALLEN          :
351 North Road Hurley NY 12443          :
845-389-4366 hvanallen@hvc.rr.com          :

                                   Plaintiffs,   :       **COMPLAINT with  PETITION**
                                                        :       **for WRIT OF MANDAMUS**
v.                                                    :       **and PRELIMINARY**
                                                        :       **INJUNCTION HEARING**
U.S. DEPARTMENT OF STATE by          :       **FOR EQUITY RELIEF OF**
JOHN F. KERRY at 2201 C Street NW          :       **28 USC §2201 and §2202**
Washington, DC 20520 TTY:1-800-877-8339   :

                                                        :

CENTRAL INTELLIGENCE AGENCY          :
by JOHN O. BRENNAN          :
Washington, D.C. 20505  fax: (571) 204-3800   :

                                                        :

BARACK HUSSEIN OBAMA II          :
1600 Pennsylvania Ave. NW Washington DC 20500 :

                                                        :

U.S. COPYRIGHT OFFICE          :
101 Independence Avenue SE          :
Washington, DC 20559-6000 (202) 707-3000   :

                                                        :

and  THE NEW YORK STATE BOARD          :
OF ELECTIONS by its agents at          :
40 NORTH PEARL STREET, SUITE 5          :
ALBANY, NY 12207-2729 FAX (518) 486-4068   :

                                                        :

                                   Defendants.   :

-------------------------------------------------------------x

# Exhibit 4

**SUPREME COURT OF THE STATE OF NEW YORK
FOR THE COUNTY OF KINGS**

Index No.: 29642 / 08

**Christopher Earl Strunk,**          **Plaintiff,**        **I.A.S. Part 47**

H. William Van Allen,      **Intervener – Plaintiff.**     (Hon. David I. Schmidt J.S.C.)

## -against-

David A. Paterson (NYS Governor), Andrew Cuomo
(NYS Attorney General), Thomas P. DiNapoli
(NYS Comptroller), Sheldon Silver (NYS Speaker of
the Assembly), Malcolm Smith (NYS Senator),
Hakeem Jeffries (NYS Assemblyman for the 57th AD),
Christine Quinn (NYC Speaker of the Council),
William Thompson (NYC Comptroller),
Jim Tedisco (NYS Assemblyman), Dean Skelos
(President pro tempore of the NYS Senate) in their
Official Capacities and individually, the Democrat
Candidate Presidential Electors as a class, in their official
Capacity and individually; The New York State Board
of Elections and John Does and Jane Does

**Defendants,**

New York State Unified Court System Office of Court
Administration by the Honorable GAIL PRUDENTI, J.S.C.,
BARACK HUSSEIN OBAMA II and NEW YORK CITY
BOARD OF ELECTIONS and its commissioners.

**Supplemental Defendants.**

———————————————————————x

SUPREME COURT OF THE STATE OF NEW YORK
FOR THE COUNTY OF KINGS          Index No.: 21948 / 2012

———————————————————————x

Christopher-Earl : Strunk in esse        Petitioner,

## -against-

Hakeem Jeffries , Grace Meng, Felix Ortiz, Bill DeBlasio,
Walter Cooper, Keith L.T. Wright, Christine C. Quinn,
William Thompson, Scott Stringer, Emily Giske,
Anne Marie Anzalone, Archie Spigner, George Gresham,
Ruben Diaz, Jr.; Ken Jenkins; Mario Cilento;
Gerald D. Jennings; Byron Brown ; Robert Duffy;
Joseph Morelle; Scott Adams ; Stephanie Miner; Steve Bellone;
Irene Stein; Sheila Comar; and Kirsten Gillibrand

Respondents.

AFFIDAVIT OF EXPERT WITNESS

MICHAEL SHRIMPTON

CPLR 3101(d)

**Accordingly, I, Michael Shrimpton, Esquire, being duly sworn, depose and say under penalty of perjury:**

1. *I*, Michael Shrimpton, Esquire, am a British Subject and a British Citizen, born on the 9th day of March 1957, with my place of business located at 8 Jusons Glebe, Wendover, in the County of Buckinghamshire, United Kingdom HP22 6PF.

2. I am a barrister in independent practice, called to the Bar by Gray's Inn at Michaelmas 1983. I am also an independent intelligence consultant and author, formerly a member of the Adjunct Faculty of the American Military University (AMU), which is accredited to the Department of Defense. I taught at AMU on the Masters in Strategic Intelligence program (since this affidavit is being used in an American court, as a courtesy, I am using American English, or what I fondly imagine to be American usage). My book *Spyhunter: A Secret History of German Intelligence* was published in England by June Press (Totnes, in the County of Devonshire) on April 15th 2014. *Spyhunter* is a 711 page intelligence text (see the annexed blurb). I also write a weekly intelligence column for www.VeteransToday.com and have had a peer-reviewed article published in the *Journal of International Security Affairs*, published by the reputable Jewish Institute for National Security Affairs (JINSA). I have participated in JINSA

expert panels on counterterrorism in Washington and at the Simon Wiesenthal Center in Los Angeles.  I was a speaker at both the Intelligence Conference at Crystal City, VA in 2005 and the Intelligence Summit, at the same venue, the following year.  Shortly after the Summit concluded the United States Navy were gracious enough to fly me out to the nuclear-powered aircraft carrier USS *Enterprise* (CVN-65) at sea, in a Northrop Grumman C-2A Greyhound, as part of their Distinguished Visitor Program.  I am a member in good standing of the Royal United Services Institute and the United States Naval Institute.  I was invited to join British Mensa in 2012 and am SIGSec of their Intelligence and National Security Special Interest Group.  I attended the launch of the United Kingdom National Defence Association in 2007, am a founder member and a member of their advisory council, which has gone through various guises since being set up (it is a largely honorific post and the council does not meet as a body).  A number of former Chiefs of the UK Defence Staff are Patrons of UKNDA, whose main aim is to encourage support for our fighting services and press for an increase in their lamentably low budget, even lower than the Pentagon's, I am sorry to say.

3.  In 1992 I was appointed a part-time Chairman of the Immigration Appeal Tribunal (IAT) by the then Lord High Chancellor of Great Britain, Lord Mackay of Clashfern.  The IAT heard immigration appeals from all over the United Kingdom, including Scotland, and the Islands.  It was both an appellate and first instance tribunal, with legally qualified chairmen sitting with lay members, usually two. The lay members tended to have military, intelligence or colonial experience, but they came from all walks of life and had varied backgrounds.  First instance cases were heard under s.3(5)(b) of the Immigration Act 1971 (Imp.) and consisted of appeals against decisions to deport on the ground that it was conducive to the public good, usually following a sentence of imprisonment for a serious crime, such as narcotics trafficking.

4. In 1995 I was appointed additionally to serve as an Immigration Adjudicator and Special Adjudicator.   Special Adjudicators, now known as Immigration Judges, heard appeals against refusal of political asylum in the United Kingdom.  The IAT was abolished not long after I retired from it in 2005.  It is right to say that I was prevented from sitting after November 2003 and that when I resigned I was in dispute with the Lord High Chancellor of Great Britain and Secretary of State for Constitutional Affairs, Lord Falconer of Thoroton QC.  This is not the place to go into the rights and wrongs of that dispute, but it flowed from my intelligence work and followed a bad faith complaint in June 2002 to my professional body, the Bar Council, by a Citizen of the Islamic Republic of Iran, whom I was advised was connected to their intelligence service, VEVAK.  That complaint in turn followed my successful representation of an officer of the US Central Intelligence Agency (CIA) who had been instrumental in expanding the CIA's network inside Iran after the 1979 Iranian Revolution.  VEVAK, working with the Iraqi *Mukhabarat*, were involved in the prosecution of this officer, indeed it transpired that VEVAK had an asset inside the Crown Prosecution Service, E.  I was partially responsible for the exposure of E, who was thought to have an Iraqi background but whose family in fact came from Iran.  My former client had a distinguished CIA career and was formerly a Lockheed U-2 pilot, indeed he was on the U-2 shakedown program.

5. I understand that Plaintiff's intent is to call me as an expert witness, with the leave of the court.  I have been asked to make myself available to give evidence in New York on June 18th and 19th 2014.   As a courtesy I have supplied copies of my legal and national security resumes to the Plaintiff and they can be made available to the court and other parties.    After the failure of an assassination attempt upon me in 1999 I have been subjected to a volley of bad faith accusations, both professional and criminal.  These have all either failed or are *sub judice* at this time.  I am content to supply further details if asked, but would respectfully

caution all parties that each accusation has involved hostile intelligence agencies, usually GO2, the covert German operation in London set up at the end of World War II, and some have involved fabrication of evidence and tampering with my computer equipment.

6. At the behest of Plaintiff Christopher Earl Strunk, I understand that I am swearing this affidavit under New York State Civil Practice Law Rules Section 3101(d) as to my expert witness qualifications to testify at the hearing scheduled to be heard before the Honorable David I. Schmidt, Justice of the Supreme Court for the County of Kings, in the above Caption tentatively as consolidated cases.

7. I am also of the understanding that there is a related case with orders from the New York State Supreme Court for the County of Kings with Index No.: 6500-2011 now with active consolidated appeal cases with No's: 2012-05515, 2013-06335 and 2014-00297 in the Appellate Division for the Second Department with submission pending the outcome of this matter herein. There is clearly some procedural complexity here and I will not pretend to the court that I have fully understood how the various cases relate to each other, nor the procedural basis for the hearing in June. I comprehend at least this much, that each of the cases turns in part on the question of fact as to whether or not President Barack Hussein Obama Junior was born in either of the hospitals in Honolulu in the State of Hawai'i in which he claims to have been born and the mixed question of fact and law as to whether or not President Obama is a natural born citizen of the United States within the meaning of Article II of the United States Constitution. For the avoidance of doubt, whilst I hold myself out as a constitutional lawyer, I do not pretend to be an expert on the United States Constitution.

8. To a limited extent I accept that I am also a witness of fact, limited to the specific issue of advice I gave in late 2007 to the Central Intelligence Agency and the Defense Intelligence Agency in London, also made available to those very nice people with respect, the National Security Agency, concerning the advisability of a

DNA test on then Senator Obama.   I also passed on concerns in the UK intelligence community about the Senator's eligibility for the office of President of the United States.  The CIA with respect seemed to recognize my expertise within the field.   At any rate my opinion was sought, and as an ally I gave it freely, although they paid for the lunch.

9.  In addition to my intelligence and immigration law expertise I had specific expertise in DNA fingerprinting.   I believe that I was only the second lawyer in the world to make use of it, in 1985, in an immigration case, consulting Dr. Alec Jefferies, as he then was, by telephone at the University of Leicester (I was practising as a barrister in Leicester at the time, as a 'poor persons' lawyer in a law center).   As the court will be aware DNA or genetic fingerprinting had only recently been discovered, by Dr. Jefferies, now Sir Alec, the previous year.  I was aware that he had used it successfully in a 'relationship as claimed' immigration case.  There were many such cases and by the late 1990s the IAT and Immigration Adjudicators had built up a considerable body of expertise in the field.  I was well used to considering DNA fingerprinting reports judicially by the year 2000.

10. I understand of course that ultimately these are matters for the proper U.S. judicial authorities and, if so advised, the United States Congress under the 25th Amendment to the Constitution of the United States, which of course has power to impeach any President who has misled state electoral authorities, Congress itself and the American electorate as to his or her eligibility for office.  It would also be a matter entirely for the House of Representatives or the Senate as to whether they appointed special counsel to inquire into the issue of whether or not President Obama fulfills the eligibility requirements for the office of President and require a DNA test if so advised.

11. As the issue may have political ramifications it is right that I should disclose my membership of the Conservative and Unionist Party in Great Britain, although I am not presently an office-holder within the Party.  I was formerly a member of

the Labour Party and stood for Parliament in the Labour interest, for the Division of Horsham in the County of West Sussex, in 1987 and the European Parliament for the European Division of West Sussex in 1989. I defected to the Tory Party, largely but not solely on the issue of UK membership of the European Union, shortly after the 1997 General Election in Britain.

12. For the avoidance of doubt it is possible in England to be both an active member of a political party and a judicial officer at the same time, indeed at one time it was quite common for Members of Parliament to sit as Recorders (part-time judges) in the Crown Court. I well recall a particularly pleasant jury trial before the late Sir Peter Archer QC MP at the then Crown Court at the Middlesex Guildhall, e.g., in the late 1990s, after I had left his party for the Tories. He was if I may say so a deeply honorable man and would not have dreamt of allowing such political differences as we might have had to influence his conduct of the trial. Similarly, when I sat as an immigration judge, I did not allow such opinions as I had on the issue of British membership of the European Union to affect the exercise of my judicial discretion when I was asked to refer questions of community law to the Court of Justice of the European Communities under Article 177 of the Treaty of Rome, indeed I became the first immigration judge to refer questions of law to the ECJ in Luxembourg, and went across to Europe to observe the proceedings.

13. I cannot conceive that the requirements on an expert witness in New York State are any less onerous than they are in England. I have not given evidence in an American court before, nor prepared an expert's report for use in an American court, although I count a number of American lawyers as friends and a friend who is a Superior Court judge in Los Angeles was kind enough to invite me to watch proceedings in his court. I have also been privileged to have met with a small number of Justices of the Supreme Court of the United States over the years, including that nice man with respect the late Chief Justice Rehnquist. Whilst I am not an officer of the New York State Supreme Court, as a matter of comity and

out of respect for the court, I would not regard my duties to an American court to be any less onerous than my duties to a court in my own country.

14. I respectfully adopt the observation of Tomlin J. in *Graigola Merthyr v. Swansea Corporation* [1928] 1 Ch. 31 that an expert witness has a "special duty to the court". I also respectfully adopt the statement by Hodgkinson in *Expert Evidence: Law and Practice* (London: Sweet & Maxwell, 1st ed., 1990), at page 90, that "the expert witness has a principal and overriding duty, not to the party by whom he is retained, but to the court".

15. For the avoidance of doubt, bearing in mind my own political beliefs and President Obama's ethnicity, I accept the cardinal importance of avoiding any political or racial bias in coming to my conclusions as an intelligence expert. As it happens, I came to the same conclusion as regarding his eligibility for the office of President of the United States in respect of President Obama's white Republican opponent, Senator McCain, as I did in relation to then Senator Obama. In relation to Senator McCain that was by reason of his birth in the Republic of Panama. So far as I know my conclusions as regards Senator McCain are in the public domain.

16. I deal firstly with my role in tendering informal advice to the CIA and the DIA. As the court will understand, with respect, intelligence agencies work on a quite different principle to courts and lawyers. Whereas the latter emphasize transparency and rightly so, the intelligence community (INTELCOM) favors deniability. When the CIA invite you to lunch they do not usually send out an embossed invitation. By the time President Obama joined the 2008 presidential race, on February 10th 2007, I would like to think that I was well-known to the CIA. It was not, I suspect, a secret inside INTELCOM that my opinion was that Senator Obama, as he then was, was born in Mombasa in what is now the Republic of Kenya. My success in relation to a paternity test on a British politician was also probably widely known inside INTELCOM. The lunch was held at Claridges Hotel in Brook Street, Mayfair, London on Wednesday October

10th 2007.  A senior DIA officer was also present.  Officially this was purely a social occasion.  I would not be offended were either the CIA or the DIA to deny that the lunch had ever happened, or that I had tendered advice on the desirability of a DNA test and how best to conduct it, indeed that would be standard operating procedure.  In fact however, although the advice I gave has been in the public domain since 2008, there has been no denial from either the CIA or DIA.

17. I do not name the names of Allied intelligence officers with whom I have had dealings.  There are several reasons for that.  I could not function as an intelligence expert if intelligence officers felt they could not repose trust in me not to blow their identities.  It is also discourteous and thoroughly bad practice and can expose the officers with whom you are dealing to unnecessary risk.  In relation to American intelligence officers it might also involve a breach of the Intelligence Identities Protection Act (IIPA).  I am familiar with IIPA as the act was abused in a with respect misconceived prosecution, *United States v. Libby*, during the Bush-Cheney Presidency in relation to a CIA analyst, Valerie Plame, who was not in fact protected by IIPA.  As she had had dealings with the Secret Intelligence Service (MI6) and I was aware that the prosecution was without foundation I passed a warning on to attornies for Karl Rove, whom I believed was the primary target for the operation, and Lewis Libby, the ultimate defendant.  Just because a CIA or DIA officer does not happen to be operating undercover when you have dealings with them it does not follow that they are not undercover at the present time.  I would be most unwilling to name the officers and if I were to be asked that question I would be grateful for the courtesy of notice, so that I might consult with the offices of General Counsel to the CIA and General Counsel to the DIA.  I am known to a number of former General Counsel to US intelligence agencies, including that very nice man with respect William Allard, formerly a distinguished General Counsel to the DIA, and the excellent American Bar

Association Committee on Law and National Security, who were kind enough in 2010 to invite me to one of their working breakfasts in Washington DC.

18. Some years prior to the lunch I had tendered informal advice to the Security Service (MI5) after concerns arose that a senior member of the Labour Government, B, might be a blackmail risk, as a result of claiming a child, L, to be his.  To preserve deniability, not least in circumstances where the advice was politically sensitive, the informal advice was given over lunch at a military facility to retired officers of the Service.  I gave my analysis as to the true father and suggested a means by which the intelligence might be verified, verification of course being critical.  A dinner was held to which myself, the mother, Mrs B, and the suspected father, F, were invited.  I believe that MI5 had an asset inside the caterers, a Sikh.  The operational concept was that this asset would secrete the wine glasses used by Mrs B and F for DNA comparison with DNA retrieved from L (the baby's) saliva.  I had a fair understanding of DNA testing by this time and readily appreciated that you did not need to draw blood, which might be distressing for baby and might amount to a criminal assault upon a minor, something I advised MI5 against.  So far as I am aware the test excluded B as a candidate for the father of L. At any rate MI5's budget went up shortly thereafter, two brief later encounters with the then Director-General of MI5 were surprisingly amicable and I heard no more about it, except that F sought to cause me professional difficulties and B did not place me on his Christmas card list.

19. I explained all this to the intelligence officers at the Claridges lunch.  My recollection is that the DIA officer was surprised and that the CIA officer just smiled.  The technique, which was non-invasive, lawful and quite simple, provided not just sufficient DNA for a reliable test, but a chain of evidence, as the glasses also had the user's fingerprints.  Senator Obama's purported mother, Stanley Ann Dunham, sadly had died, aged 53, on November 7th 1995.  Maternity was of greater interest then than paternity, as the claimed father, Barack Hussein

Obama Senior had no claim to citizenship of the United States, that is to say then Senator Obama's claim to be a US citizen rested on his claimed relationship with Stanley Ann Dunham.  My respectful suggestion, therefore, was to acquire the DNA of Stanley Ann Dunham's mother, Madelyn Lee Dunham, along with that of Senator Obama.  That could most easily be done, in my opinion, by using the glass technique successfully trialed by MI5.  I also advised checking for photographs of Stanley Ann Dunham, whom I believe was known to the CIA in any event from her days in US AID, in particular from the summer of 1961, when she was supposed to have been pregnant, and her medical records, and Madelyn Dunham's FBI file, which I believed dated from 1944, and Boeing security file, if extant, in connection with Abwehr sabotage activities on the B-29 Superfortress line at Boeing's Wichita, Kansas plant.

20. To the best of my knowledge and belief the DNA test was done and Senator Obama's claim to be the son of Stanley Ann Dunham could not be supported.  I cannot say to the court that either CIA or DIA came back to me and said so in terms.  I would not expect them to and it would be contrary to good intelligence practice.  I would however expect to be told if my advice had led to either agency wasting time or resources, not to mention the cost of a good lunch.

21. The outcome of the DNA test, as I understood it to be, was consistent with what I knew of then Senator Obama's background.  It was my understanding then, and still is, that he was born in Mombasa in what was then the Kenyan Protectorate, on or about August 4th 1960.   So far as I know that is the internal view of both MI5 and MI6.  The President's claimed father was known to British intelligence in 1960 due to his connection with the Mau Mau terrorist organization.  There is no evidence that Stanley Ann Dunham went to Kenya in 1960, that is to say she cannot have been the mother, assuming the intelligence about the birth in Mombasa to be correct.

22. I should explain to the court that in 1960 the Kenyan Protectorate was not part of

the British Empire proper.  It was not a British imperial possession, but formed part of the territory of His Highness the Sultan of Zanzibar, who very sensibly had placed his territory under British protection.   His Highness's subjects as a consequence enjoyed the status of British Protected Persons.  The Protectorate was a narrow coastal strip, about ten miles wide, from the Ruvuman River in the south to the Tana River in the north.  Kenya Colony lay to the west.  The two were merged into modern Kenya by the Kenya Independence Act 1963 (Imp.), citizenship of Kenya being conferred on former British Protected Persons by reason of Section 1(1) of the Independence Constitution of Kenya.

23. I did not have cause to change my opinion when the White House promulgated a purported long form birth certificate online in 2011.  I am not a computer specialist but I was not surprised when the document was questioned by forensic computer experts.   Long experience as an immigration judge caused me to approach free-standing birth certificates, that is to say without a counterpart, with caution.  A genuine birth certificate should have a counterpart entry in the register of live births.  Of course any intelligence analysis must be reviewed in the light of new developments, but the electronic facsimile copy of the birth certificate, in my albeit humble expert opinion, was not a material development.

24. I am aware that the senior official of the Hawai'i Department of Health, Ms. Loretta Fuddy, who authenticated the facsimile birth certificate, purportedly died in the crash of a Makani Kai Air Cessna Grand Caravan at or about 3.45 pm on December 11th 2013, on a short flight from Molokai to Oahu, allegedly following engine failure.  I cannot express a concluded view, as I have not made a detailed study of the incident, but there are a number of anomalies that I should draw to the court's attention. The engine is said to have failed, but the Grand Caravan is powered by a Pratt and Whitney Canada PT6A turboprop, a highly reliable and well-proven motor, nor is it clear *why* the engine failed.  Modern engines do not fail without a reason.  No PT6A-engined airplanes were grounded as a result of

the incident and I am unaware of any modification program to the airplane or engine as a result of the incident. Makani Kai Air are a reputable company, with a good safety record, going back many years. Moreover post-crash photographs of the airplane do not appear to me to show damage consistent with ditching.

25. I should explain that it is essential when ditching an airplane to keep the nose up. In a successful ditching the first part of the aircraft to make contact with the water should be the ventral or lower rear fuselage. I have had some limited flight experience, having flown first solo with the University of Wales Air Squadron (RAFVR) in 1979 and hold myself out as an aviation sabotage expert. I was of course trained in ditching procedure. A number of aviation incidents are covered in *Spyhunter*. It is exceedingly rare for an airplane to ditch without causing some airframe damage. As presently advised I do not accept the official version of events, but I say no more than that.

26. I am aware that Stanley Ann Dunham later married an Indonesian citizen, who appears to have adopted Barack Hussein Obama Junior. It would not be unusual for a minor step-child to take the step-father's nationality, in addition to that of the mother, on re-marriage. Whilst I am not an expert on US nationality law I am an expert in UK immigration and nationality law and am used to considering other countries' immigration and nationality law. Stanley Ann Dunham was a minor when she allegedly gave birth to the president and the claimed father's alleged marriage to her was admittedly bigamous, as he had married a Kenyan woman, Kezia, in 1954. I cannot take the court to a record of a divorce between Barack Hussein Obama Senior and Kezia Obama. It would have been unusual in 1961 for an unmarried minor, applying the definition of minor then in force (21, in Hawai'i), to have been able to transmit her nationality to her child. That is a matter requiring expert evidence on US nationality law and the laws of Hawai'i on majority, but it is right that I should flag up the issue. On the president's own account there appears to me to be a triable issue as to whether or not he was a US

citizen at birth.  To my knowledge he never naturalized, that is to say his claim to US citizenship rests in its entirety on his claim to have been born to Stanley Ann Dunham on US soil in 1961, and that claim may not be sufficient in any event having regard to his claimed father's subsisting marriage to Kezia Obama and the age of his claimed mother at the material time.

27. In my opinion the nationality status of President Obama at birth was that of a subject of His Highness the Sultan of Zanzibar and British Protected Person, becoming a citizen of the Republic of Kenya on December 12th 1963.  In my further opinion there was a subsequent acquisition of the nationality of the Republic of Indonesia, following the marriage of Stanley Ann Dunham to an Indonesian national.  I am respectfully unable to support the president's claim to be a citizen of the United States.  I express no view as to the claimed paternity, which is not material to any issue which I believe to be before the court.

28. The following space is left blank deliberately, so that my verification statement and the signatures of both myself and the notary public appear on the same page.

The foregoing is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters as an expert I believe to be true. The grounds of my belief as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge.

That I am willing and able to appear under oath to provide testimony as to the truth of the statements affirmed to before the Court and for examination by Parties; and

That I appear without reservation of my own free will, and without expectation of payment for such testimony.

Michael Shrimpton, LLB (Hons),
Esquire, of Gray's Inn, Barrister

Sworn to before me
This 12th day of May 2014

Notary Public

Protocol No.
752/2014

James Richard Couzens
Notary Public – England and Wales
Address: The Friarage, 25a Rickford's Hill
Aylesbury, Buckinghamshire
United Kingdom  HP20 2RT
Telephone: +44 1296 318536
Email: james@aylesburynotary.co.uk

## Spyhunter: The Secret History of German Intelligence



*Spyhunter*, by the renowned barrister and intelligence specialist Michael Shrimpton, is one of the most fascinating books you will ever read. Riveting to the end. Sex, drugs, and rock & roll-with prominent politicians chasing their rent boys and girls across London- some with fatal consequences.

Drugs are in abundance, but here they are used to assassinate, or, as in the case of Michael Shrimpton, attempted murder-because he knew too much; with the rock and roll jazz provided by Hugh Masekela-reminiscening back to Michael's days as a volunteer Steward with the Anti-Apartheid Movement in London.

His role, as a Barrister, in assisting General Pinochet exit his unlawful detention in the UK was known to me at that time as we often met up socially for drinks and a chat.

His prediction to me in 2002 that the Euro would collapse the precise way that it did was so incredible at that time, I thought he had 'lost it.'

The paedophile life of Chairman Mao and his use of under-age boys for sex to blackmail political opponents is covered as are the honey traps his successors use to target prominent individuals who shape political and financial opinions in Europe, America and Australasia.

His theories about Princess Diana's murder and the gay life of Edward Heath have yet to be proved. 9/11 was a milestone for many-including Michael. Again, his theory has yet to be proven.

The book covers spy rings through the centuries, blackmail, false flags, international leaders' sexual proclivities and appetites-which made them vulnerable and compromised security and the lives of troops and assets. KGB sex training schools for spies, gay and straight, to

make them lovers par excellence. Sleepers and deep cover agents with missions in hibernation spanning decades, waiting to be activated, it's all there. Nothing can be concealed from the Spyhunter.

An intelligence specialist with deep sources in the Pentagon, the CIA and elsewhere, Michael was also consultant for the TV series 'Spooks'.



Most of his contacts worldwide are vetted through Washington and Langley, at least that element of Langley who are, as Michael would say, 'the Good Guys and Gals'.

His life has been in danger many times and checking under his Bentley each morning for bombs is a regular occupation. A must for every bookstore, university and school library-where sixth formers and university under-graduates are guaranteed to be kept more awake during history lessons by Michael's titillating revelations than any porn page on the internet-or dusty geriatric history lecturer, whichever is the greater. It's what history has been waiting for-an alternative wake-up book to challenge the status quo-and start a fierce debate.

Whether you agree or disagree, whether what Shrimpton says is so incredulous you are stupefied in disbelief, anger, rage, or just on the floor with uncontrollable laughter, the 700-page Spyhunter is a fascinating alternative look at the history of espionage from the 11th century to the present day.

Spyhunter: The Secret History of German Intelligence, by Michael Shrimpton;

Publishers: June Press

© www.JunePress.com   2014

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

--------------------------------------------------------------x    Case No.:
                                                              :
CHRISTOPHER EARL STRUNK                                        :
593 Vanderbilt Avenue PMB 281 NYC, NY 11238                   :
845-901-6767 chris@strunk.ws,                                 :
                                                              :
and H. WILLIAM VAN ALLEN                                       :
351 North Road Hurley NY 12443                                :
845-389-4366 hvanallen@hvc.rr.com                             :
                                                              :
                                    Plaintiffs,               :    **COMPLAINT with  PETITION**
                                                              :    **for WRIT OF MANDAMUS**
v.                                                            :    **and PRELIMINARY**
                                                              :    **INJUNCTION HEARING**
U.S. DEPARTMENT OF STATE by                                   :    **FOR EQUITY RELIEF OF**
JOHN F. KERRY at 2201 C Street NW                             :    **28 USC §2201 and §2202**
Washington, DC 20520 TTY:1-800-877-8339                      :
                                                              :
CENTRAL INTELLIGENCE AGENCY                                    :
by JOHN O. BRENNAN                                            :
Washington, D.C. 20505  fax: (571) 204-3800                  :
                                                              :
BARACK HUSSEIN OBAMA II                                        :
1600 Pennsylvania Ave. NW Washington DC 20500                :
                                                              :
U.S. COPYRIGHT OFFICE                                          :
101 Independence Avenue SE                                    :
Washington, DC 20559-6000 (202) 707-3000                     :
                                                              :
and  THE NEW YORK STATE BOARD                                 :
OF ELECTIONS by its agents at                                 :
40 NORTH PEARL STREET, SUITE 5                                :
ALBANY, NY 12207-2729 FAX (518) 486-4068                     :
                                                              :
                                    Defendants.  :
                                                              :
--------------------------------------------------------------x

# Exhibit 5

At an I.A.S. Trial Term, Part   of   the   Supreme
Court of the State of New York, held in and for the
County of Kings, at the Courthouse, located at
Civic Center, Borough of Brooklyn, City and State
of New York, on the _3ᵈ_ day of _May_  20 _/7_

P R E S E N T :
Hon. _____ SCHMIDT_
                    **Justice**

_____

                _STRUNK_                           Cal. No.
                                  **Plaintiff(s)**   Index No. _29642/00_

            - against -

_____

_____ _PATERSON_ _____          **Defendant(s)**

The  following  papers  numbered  1  to     read  on  this  motion      **Papers Numbered**
Notice of Motion - Order to Show Cause
and Affidavits (Affirmations) Annexed_____
Answering Affidavit (Affirmation)_____
Reply Affidavit (Affirmation)_____
_____Affidavit (Affirmation)_____
Pleadings - Exhibits_____
Stipulations - Minutes_____
Filed Papers_____

_Plaintiff filed this motion to
give Notice that he has an
expert.
He does not seek any
relief. Notice is taken._

 For Clerks use only
 **MG**___
 **MD**___
 **Motion Seq. #**

_____                              E N T E R

                                          _____
                                                      **J.S.C.**

EJV-rev 11-04

                                              HON. DAVID I. SCHMIDT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---------------------------------------------------------------x     Case No.:
                                                             :
CHRISTOPHER EARL STRUNK                                       :
593 Vanderbilt Avenue PMB 281 NYC, NY 11238                   :
845-901-6767 chris@strunk.ws,                                :
                                                             :
and H. WILLIAM VAN ALLEN                                      :
351 North Road Hurley NY 12443                               :
845-389-4366 hvanallen@hvc.rr.com                            :
                                                             :
                                        Plaintiffs,          :     **COMPLAINT with PETITION**
                                                             :     **for WRIT OF MANDAMUS**
v.                                                           :     **and PRELIMINARY**
                                                             :     **INJUNCTION HEARING**
U.S. DEPARTMENT OF STATE by                                  :     **FOR EQUITY RELIEF OF**
JOHN F. KERRY at 2201 C Street NW                            :     **28 USC §2201 and §2202**
Washington, DC 20520 TTY:1-800-877-8339                      :
                                                             :
CENTRAL INTELLIGENCE AGENCY                                  :
by JOHN O. BRENNAN                                           :
Washington, D.C. 20505  fax: (571) 204-3800                  :
                                                             :
BARACK HUSSEIN OBAMA II                                      :
1600 Pennsylvania Ave. NW Washington DC 20500 :
                                                             :
U.S. COPYRIGHT OFFICE                                        :
101 Independence Avenue SE                                   :
Washington, DC 20559-6000 (202) 707-3000                     :
                                                             :
and  THE NEW YORK STATE BOARD                                :
OF ELECTIONS by its agents at                                :
40 NORTH PEARL STREET, SUITE 5                               :
ALBANY, NY 12207-2729 FAX (518) 486-4068                     :
                                                             :
                                        Defendants.          :
                                                             :
---------------------------------------------------------------x

# Exhibit 6



*Embassy of the United States of America*
*Visa Branch, 5 Upper Grosvenor Street, London, W1A 2JB*

Date: **0 2 JUN 2014**

Ref: _2014153261_

Dear Visa Applicant:

Thank you for your interest in traveling to the United States.  Unfortunately, we are unable to issue a visa to you today because you were found unqualified under Section 214(b) of the Immigration and Nationality Act.  Under Section 214(b), applicants are presumed to be intending immigrants unless they credibly demonstrate, to the consular officer's satisfaction, that their economic, family, and social ties outside the United States are strong enough that they will depart at the end of their authorized stay and that their intended activities in the United States will be consistent with the visa status.

Because you either did not show strong ties outside the United States today or did not demonstrate that your intended activities in the United States would be consistent with the visa status, you have not met the legal standard to qualify.

Issuance of a nonimmigrant visa is not primarily a document-based decision.  The visa application and a brief interview are often all that are required for the officer to determine whether an applicant qualifies.

Today's decision is final and cannot be appealed.  While you are not prohibited from reapplying for a visa, unless you can show credible, new, and compelling ties outside the United States, and that your intended activities in the United States are consistent with the visa class, a different outcome is unlikely.

If after reading this and the FAQs on the back of this form you decide to reapply, you must schedule a new interview and pay a new visa application fee.

Sincerely,

Consular Officer
Nonimmigrant Visa Section
Embassy of the United States

NIV 214b
April 2012

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------------------------x   Case No.:
                                           :

CHRISTOPHER EARL STRUNK            :
593 Vanderbilt Avenue PMB 281 NYC, NY 11238  :
845-901-6767 chris@strunk.ws,           :

and H. WILLIAM VAN ALLEN         :
351 North Road Hurley NY 12443       :
845-389-4366 hvanallen@hvc.rr.com    :

                               Plaintiffs,   :   **COMPLAINT with  PETITION**
v.                                 :   **for WRIT OF MANDAMUS**
                                       :   **and PRELIMINARY**
U.S. DEPARTMENT OF STATE by        :   **INJUNCTION HEARING**
JOHN F. KERRY at 2201 C Street NW     :   **FOR EQUITY RELIEF OF**
Washington, DC 20520 TTY:1-800-877-8339  :   **28 USC §2201 and §2202**

CENTRAL INTELLIGENCE AGENCY     :
by JOHN O. BRENNAN              :
Washington, D.C. 20505  fax: (571) 204-3800  :

BARACK HUSSEIN OBAMA II        :
1600 Pennsylvania Ave. NW Washington DC 20500 :

U.S. COPYRIGHT OFFICE              :
101 Independence Avenue SE         :
Washington, DC 20559-6000 (202) 707-3000   :

and  THE NEW YORK STATE BOARD    :
OF ELECTIONS by its agents at        :
40 NORTH PEARL STREET, SUITE 5     :
ALBANY, NY 12207-2729 FAX (518) 486-4068 :

                            Defendants.  :

-------------------------------------------------------------x

# Exhibit 7





**SUPREME COURT OF THE STATE OF NEW YORK**
**APPELLATE DIVISION: SECOND JUDICIAL DEPARTMENT**
------------------------------------------------------------------x

**CHRISTOPHER EARL STRUNK,**                                  **ORDER TO SHOW CAUSE**

                                   **Petitioner,**          Appellate Division Docket No.:

**Versus**                                                    2014 - 05468

**The Honorable DAVID I. SCHMIDT J.S.C., Et al.**

                                   **Respondents.**

------------------------------------------------------------------x

      Upon the annexed affidavit of **Christopher Earl Strunk** agent, dated June 2, 2014,

and the papers annexed thereto,

      **LET** the Honorable DAVID I. SCHMIDT J.S.C., I.A.S. Part 47 , the Honorable

ARTHUR M. SCHACK J.S.C., I.A.S. Part 23 , and the Honorable GAIL PRUDENTI J.S.C.,

SHOW CAUSE BEFORE THIS COURT, at the courthouse thereof., located at 45 Monroe

Place, Brooklyn, New York 11201, on the _____ day of  June, 2014, at 9:30 o'clock in the

forenoon of that date or as soon thereafter as counsel may be heard, why an order should

not be made and entered:

      1. The Bar by Justice Schack for a case filed before 2011 is inapplicable;

      2. Justice Schmidt be ordered to proceed to provide a trial on transactions stemming

from the 2008 General Election;

      3.. Justice Schmidt be ordered to approve subpoenas for records possessed by the

State of New York, and or its agents and for the principals with authority over such records

to testify in open court as to those records;

      4.. Justice Prudenti be ordered to guarantee the strict legal provision of Martial Due

process of law with 12 USC 95 and 50 USC App. 5(b) and related law under a commander-

in-chief who is eligible for POTUS or otherwise shall reinstitute provision for civilian due process of law under the full force of the Federal and State constitutions accordingly.

5. Trial on the facts be joined with the June 18, 2014 trial for a bench trial;

6. Granting such other and further relief as to the court may seem just and equitable.

**SUFFICIENT CAUSE THEREFOR APPEARING, it is**

**ORDERED** that pending the hearing and determination of this instant action that the order that Petitioner, JUROR INDEX 247060746, serve on a jury that must start on June 3, 2014 is stayed; and it is further,

ORDERED that service of a copy of this order to show cause and the papers upon which it was made upon the Honorable DAVID I. SCHMIDT J.S.C., I.A.S. Part 47 , the Honorable ARTHUR M. SCHACK J.S.C., I.A.S. Part 23 , and the Honorable GAIL PRUDENTI J.S.C and JOSHUA PEPPER Assistant Attorney General of the New York State by ___ personal delivery pursuant to CPLR 2103(b)(1) ___ office delivery pursuant to CPLR 2103(b)(3) _____ overnight delivery service pursuant to CPLR 2103(b)(6) on or before June _____, 2014, shall be deemed sufficient service thereof.

Dated: Brooklyn, New York

June __2__, 2014

_____
Associate Justice
Appellate Division 2nd Department

Declined To
Sign:
Dated: Brooklyn, NY
June 2, 2014

Hon. Plummer E. Lott
Associate Justice
Appellate Division 2nd Dept.

**SUPREME COURT OF THE STATE OF NEW YORK**
**APPELLATE DIVISION: SECOND JUDICIAL DEPARTMENT**
-------------------------------------------------------------------------x

**CHRISTOPHER EARL STRUNK,**                          **ORDER TO SHOW CAUSE**

                                    **Petitioner,**      Appellate Division Docket No.:

**Versus**                                                        2014-05468,

**The Honorable DAVID I. SCHMIDT J.S.C., Et al.**

                                    **Respondents.**

-------------------------------------------------------------------------x

**PETITIONER AFFIDAVIT** In Support Of OSC with TRO and Stay affirmed June 2, 2014
**EXHIBIT A : NOTICE OF MOTION with CPLR 3101(d) and Judicial Notice of Status W**
     Plaintiff's **AFFIDAVIT IN SUPPORT OF MOTION**
          **EXHIBIT 1:** Affidavit of expert MICHAEL SHRIMPTON under CPLR 3101(d)
          **EXHIBIT 2:** Note of Issue for the Petition 21948-2012
          **EXHIBIT 3:** Appellant's Brief for Appeal 2013-06335
          **EXHIBIT 4:** Redacted _Express Deed In Trust To The United States Of America_
**EXHIBIT B :** 30 May 2014 SLIP ORDER by Hon. David I Schmidt in 29642-08
**EXHIBIT C :** Plaintiff's Subpoenas for Case Strunk v Paterson Index 29642-08
**EXHIBIT D :** Strunk Affidavit Letters to Congressmen 1 May 2014 re 29642-08
**EXHIBIT E :** 24 January 2014 SLIP ORDER by Hon. David I Schmidt in 29642-08
**EXHIBIT F :** 11 April 2012 Decision and Order by Hon. Arthur M. Schack in 6500-2011
**EXHIBIT G :** 4 March 2014 M 170416 Decision and Order on Motion by Appellate Panel
**EXHIBIT H :** 27 January 2014 Response by NYSUCS 2nd JD to 16 Jan 2014 COMPLAINT
**EXHIBIT I :** 30 May 2014 NYS HESC Response to Strunk FOIL re 29642-08
**EXHIBIT J :** SUMMONS to JURY Duty starting 3 June 2014 for CE Strunk

**Dated:**      **Brooklyn, New York**
            June 2, 2014

            **Christopher-Earl: Strunk** in esse Sui juris
            secured beneficiary agent of the Debtor Trust
            transmitting utility ™CHRISTOPHER EARL
            STRUNK© **Plaintiff**, the Executor and Settlor
            for the _Express Deed In Trust To The United_
            _States Of America_, located at
            593 Vanderbilt Avenue – PMB 281
            Brooklyn, New York Zipcode excepted 11238
            Cell: 845-901-6767 Email: chris@strunk.ws

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------------------------x   Case No.:
                             :

CHRISTOPHER EARL STRUNK         :
593 Vanderbilt Avenue PMB 281 NYC, NY 11238  :
845-901-6767 chris@strunk.ws,        :
                             :

and H. WILLIAM VAN ALLEN        :
351 North Road Hurley NY 12443      :
845-389-4366 hvanallen@hvc.rr.com    :
                             :

                     Plaintiffs,  :   **COMPLAINT with  PETITION**
                            :   **for WRIT OF MANDAMUS**
v.                            :   **and PRELIMINARY**
                            :   **INJUNCTION HEARING**
U.S. DEPARTMENT OF STATE by      :   **FOR EQUITY RELIEF OF**
JOHN F. KERRY at 2201 C Street NW    :   **28 USC §2201 and §2202**
Washington, DC 20520 TTY:1-800-877-8339  :

CENTRAL INTELLIGENCE AGENCY    :
by JOHN O. BRENNAN           :
Washington, D.C. 20505  fax: (571) 204-3800  :
                             :

BARACK HUSSEIN OBAMA II       :
1600 Pennsylvania Ave. NW Washington DC 20500 :

U.S. COPYRIGHT OFFICE           :
101 Independence Avenue SE       :
Washington, DC 20559-6000 (202) 707-3000  :
                             :

and  THE NEW YORK STATE BOARD   :
OF ELECTIONS by its agents at       :
40 NORTH PEARL STREET, SUITE 5    :
ALBANY, NY 12207-2729 FAX (518) 486-4068  :
                             :

                     Defendants.  :

-------------------------------------------------------------x

# Exhibit 8

# Embassy of the United States

U.S. EMBASSY LONDON VISA UNIT - CONTACT FORM

6

## U.S. Embassy London Visa Unit - Contact Form

○ I need to know which visa is required for travel
○ I wish to reschedule my immigrant or K visa interview
○ I wish to know the status of my immigrant or fiancé visa application
○ I would like to add the name of my U.S. citizen spouse/child to my IV appointment
○ My inquiry concerns immigrant visas and is not covered by information on your website
⊙ My inquiry concerns nonimmigrant visas and is not covered by your website

**Please provide your FULL NAME** (as it appears on the DS-160 or in your passport).
MICHAEL SHRIMPTON
(150 characters)

**Please provide BRIEF details of additional information relevant to your question:**
I am CHRISTOPHER EARL STRUNK, a private
Citizen of the United States being the
sponsor for the B-1 Visa application
completed 27 APR 2014 by British Subject
MICHAEL SHRIMPTON who had a confirmation
AA0041FB3G with the interview of 2 June 2014
(1000 characters)

**Please provide your contact email address:**
chris@strunk.ws
(150 characters)

The information you provide is used solely by the Visa Branch of the U.S. Embassy London. In order to process certain types of requests, we may have to ask for your full name as it appears in your passport and contact information. You may decline to provide such information, but that could inhibit our ability to answer your questions or assist you with your request. Any information provided on our web form is not retained and is used only in order to process your current request or answer your current questions. The Visa Branch works in accordance with Consular Affairs procedures as well as the Paperwork Reduction Act (44 U.S.C. 3501 et seq.) and the Privacy Act of 1974.

**Emails and Privacy**
Email is not secure and any information you provide on this online inquiry form cannot be guaranteed safe from potential loss. If you choose to send us any Personally Identifiable Information in your email enquiry, it will be removed from the email before we send our reply.

Submit

6/6/2014 1:52 PM

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
-------------------------------------------------------------x   Case No.:

CHRISTOPHER EARL STRUNK   :
593 Vanderbilt Avenue PMB 281 NYC, NY 11238   :
845-901-6767 chris@strunk.ws,   :
:
and H. WILLIAM VAN ALLEN   :
351 North Road Hurley NY 12443   :
845-389-4366 hvanallen@hvc.rr.com   :
:
Plaintiffs,   :   **COMPLAINT with  PETITION**
:   **for WRIT OF MANDAMUS**
v.   :   **and PRELIMINARY**
:   **INJUNCTION HEARING**
U.S. DEPARTMENT OF STATE by   :   **FOR EQUITY RELIEF OF**
JOHN F. KERRY at 2201 C Street NW   :   **28 USC §2201 and §2202**
Washington, DC 20520 TTY:1-800-877-8339   :
:
CENTRAL INTELLIGENCE AGENCY   :
by JOHN O. BRENNAN   :
Washington, D.C. 20505  fax: (571) 204-3800   :
:
BARACK HUSSEIN OBAMA II   :
1600 Pennsylvania Ave. NW Washington DC 20500 :
:
U.S. COPYRIGHT OFFICE   :
101 Independence Avenue SE   :
Washington, DC 20559-6000 (202) 707-3000   :
:
and  THE NEW YORK STATE BOARD   :
OF ELECTIONS by its agents at   :
40 NORTH PEARL STREET, SUITE 5   :
ALBANY, NY 12207-2729 FAX (518) 486-4068   :
:
Defendants.   :
:
-------------------------------------------------------------x

# Exhibit 9



## Rancho Park Publishing
Translations for Publications...since 1988

### Stan Cheren

3601 Little Creek Farm Road • Chapel Hill, NC 27516
www.ranchopark.com • ranchopark@gmail.com
919.942.9493 voice • 888.284.1267 fax

---



ENIGMA BOOKS

ROBERT L. MILLER
EDITOR@ENIGMABOOKS.COM

12 EAST 86TH STREET 308
NEW YORK, NY 10028

212.988.1310
646.246.8010

---

*Ilya Levkov*
Publisher

Liberty Publishing House

P.O. Box 1058
New York, NY 10024
Phone (212) 629-4620
Fax (917) 456-3237
LibertyPublishingHouse@gmail.com
www.LibertyPublishingHouse.com

---



**COURIER**
BY
TERRY IRVING

Washington DC, 1972—Watergate is the lead story every night. Since TV news is shot on film, motorcycle couriers race to beat the processing deadline—a minute late and the story is killed. Someone wants this one story to miss the deadline and courier Rick Putnam just plain dead.

"...for a debut novel, Courier is outstanding and it's rare to have a winner of this caliber right out of the gate, but Terry Irving pulled it off beautifully."
—Anthony Meadows (A Bump in a Blog)

EXHIBIT

---



**C**ardinal **P**ublishers **G**roup
**Tom Doherty**
President

2402 North Shadeland Ave., Suite A
Indianapolis, IN 46219
Phone (317) 352-8200 • Fax (317) 352-8202
800-296-0481

E-mail: tdoherty@cardinalpub.com
www.cardinalpub.com

---



## BEA 2014
Thursday, May 29 - Saturday, May 31, 2014
Javits Center, New York City

## CHRISTOPHER STRUNK
### JOURNALIST
### THE WASHINGTON CHRONICLE
### NEW YORK, NY



68 - 172 - 47

## PRESS

RC: PR     RIBBON:     BH: CLEAR

---

**NEED AMERICAN PUBLISHER** for
SPYHUNTER: "The Secret History of German Intelligence" by *MICHAEL SHRIMPTON*

British barrister and intelligence specialist has written a 711 page peer reviewed intelligence text SPYHUNTER published in England by June Press on April 15th 2014. Seeks hard and soft cover American Edition in conjunction with Kindle and Nook version that contemplates movie rights; as the saying goes truth can be stranger than fiction -chilling & spell binding.

**American Agent** - Christopher Earl Strunk 212-810-9433 chris@strunk.ws
http://www.birtherreport.com/2014/05/just-filed-strunk-v-paterson-british.html
http://www.youtube.com/watch?feature=player_embedded&v=BzR2vaIT11Q

---

### Entertainment Images Archive

515 Madison Avenue
22nd Floor
New York, NY 10022

Frank Pohole                Henry Hewes
212-810-9433               212-750-8891

---

**NEED AMERICAN PUBLISHER** for
ILLUMINATI CONFESSIONS TRILOGY by
*LEO LYON ZAGAMI* writer and researcher who in 2006 quickly became popular on the web concerning his direct involvement with the New World Order and Secret Societies connected to it and known to the majority of us as the "Illuminati." Has published 5 books in Italian with two of them co-written with Enrica Peruchietti and after 2009 became the author of 6 books published in Japanese on these subjects that sold over 50 thousand copies, two of them co-written with Princess Kaoru Nakamaru. Seek a hard and soft cover American Edition of TRILOGY with movie rights; https://www.youtube.com/watch?v=vf7P8It68&list=PLjk3H0GXbhGz7hCFi74KbOPBCXrXTBnff

**American Agent** - Christopher Earl Strunk 212-810-9433 chris@strunk.ws

# Little Parrot
PUBLICATIONS

AMBER SERMENO
6611 Waldo Avenue, El Cerrito, CA 94530
510.680.6400   sgentry@littleparrotpubs.com

---

NAUSICAA RENNER
ASSOCIATE WEB EDITOR
NAUSICAA@BOSTONREVIEW.NET
617.324.1352

PO BOX 425786 | CAMBRIDGE, MA 02142
BOSTONREVIEW.NET

---

JOHN ROBLEDO
Production Director
Advertising Manager

180 Cassia Way, #508
Henderson, NV USA 89014
OFFICE +1.702.565.0746 x1003
MOBILE +1.702.327.7203
FAX +1.702.567.2425
john@smallarmsreview.com
www.sadefensejournal.com
www.SmallArmsOfTheWorld.com



CHIPOTLE PUBLISHING LLC

---

NATALIE NICOLSON
PUBLICITY MANAGER

INSIGHT
EDITIONS

800 A Street
San Rafael CA 94901
1 415.526.1370 x.110
nnicolson@insighteditions.com
www.insighteditions.com

---

Merry Clark

Now available
on Amazon,
paperback
and e book



Twitter@clark_merry
Facebook/merryflighty
MerryFlighty2.gmail.com
Strippingabombtothebones.com
Also find videos on Youtube!

---



# USNI
U.S. NAVAL INSTITUTE

**Susan Todd Brook**
Senior Acquisitions Editor/Subsidiary Rights/Imports
Naval Institute Press

291 Wood Road
Annapolis, MD 21402
www.usni.org

tel: 410.295.1037
fax: 410.295.1084
sbrook@usni.org

---

Michael Roux
Marketing Manager

[[·]] UNIVERSITY OF ILLINOIS PRESS

1325 South Oak Street
Champaign, Illinois 61820-6903

217.244.4683  TEL
217.244.8082  FAX

mroux@uillinois.edu
www.press.uillinois.edu

---

# INGRAM.

**Kevin Moran**
Sales Representative
Ingram Book Company

kevin.moran@ingramcontent.com
Phone: 732-233-0158 • Fax: 732-922-0336
46 Stonehenge Drive, Ocean, NJ 07712-3340



INGRAM CONTENT GROUP
www.ingramcontent.com

---

Abingdon Press
Growing in Life, Serving in Faith

BRENDA M. SMOTHERMAN
Associate Publicity Manager

office 615.749.6290
cell 615.400.5063
bsmotherman@abingdonpress.com

201 Eighth Avenue South
Nashville, TN 37203
AbingdonPress.com




**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

------------------------------------------------------------x   Case No.:
                  :

CHRISTOPHER EARL STRUNK                 :
593 Vanderbilt Avenue PMB 281 NYC, NY 11238   :
845-901-6767 chris@strunk.ws,               :
     :
and H. WILLIAM VAN ALLEN                    :
351 North Road Hurley NY 12443             :
845-389-4366 hvanallen@hvc.rr.com          :
     :
         Plaintiffs,   :   **COMPLAINT with  PETITION**
     :   **for WRIT OF MANDAMUS**
v.                                          :   **and PRELIMINARY**
     :   **INJUNCTION HEARING**
U.S. DEPARTMENT OF STATE by                :   **FOR EQUITY RELIEF OF**
JOHN F. KERRY at 2201 C Street NW          :   **28 USC §2201 and §2202**
Washington, DC 20520 TTY:1-800-877-8339    :

CENTRAL INTELLIGENCE AGENCY               :
by JOHN O. BRENNAN                          :
Washington, D.C. 20505  fax: (571) 204-3800   :
     :
BARACK HUSSEIN OBAMA II                    :
1600 Pennsylvania Ave. NW Washington DC 20500 :
     :
U.S. COPYRIGHT OFFICE                       :
101 Independence Avenue SE                  :
Washington, DC 20559-6000 (202) 707-3000   :
     :
and  THE NEW YORK STATE BOARD              :
OF ELECTIONS by its agents at              :
40 NORTH PEARL STREET, SUITE 5             :
ALBANY, NY 12207-2729 FAX (518) 486-4068   :
     :
         Defendants.   :

------------------------------------------------------------x

# Exhibit 10

## Board of Elections

## Running for Office

### Requirements to Hold Office

| OFFICE | CITIZENSHIP | AGE | RESIDENCY | STATUTE |
|---|---|---|---|---|
| President of the United States | Born a citizen | 35 years | 14 years in country | United States Constitution Art. II § 1 |
| United States Senator | Citizen 9 years | 30 years | Resident of state when elected | United States Constitution Art. I §3 |
| NYS Governor/ Lt. Governor Attorney General Comptroller | Citizen | 30 years | Resident of state 5 years immediately preceding election | New York State Constitution Art. IV § 2 and Art. V § 1 |
| Representative in Congress | Citizen 7 years | 25 years | Resident of state when elected | United States Constitution Art. I §2 |
| New York State Senator New York State Assembly | Citizen | 18 years | Resident of state for 5 years and resident of district for 12 months immediately preceding election. (In a redistricting year, may be a resident of county for 12 months immediately preceding the election.) | New York State Constitution Art. III § 7 Public Officers Law § 3 |

### General Information on Petitions

These sample forms were prepared by the State Board of Elections. They are all in Acrobat PDF format. You will need the Adobe (TM) Acrobat Reader to view and print them.

These forms can be printed and filled out by hand.

**Electronic signatures are not acceptable.**

- SAMPLE DESIGNATING PETITION ( 39KB) (print on legal size paper)
- SAMPLE INDEPENDENT NOMINATING PETITION ( 62KB) (print on legal size paper)
- SAMPLE OPPORTUNITY TO BALLOT PETITION ( 63KB) (print on legal size paper)
- SAMPLE VILLAGE DESIGNATING PETITION ( 30KB) (print on legal size paper)
- SAMPLE VILLAGE DESIGNATING PETITION - COUNTY ( 31KB) (to be used if Election is run by the County Board of Elections) (print on legal size paper)
- SAMPLE VILLAGE INDEPENDENT NOMINATING PETITION ( 31KB) (print on legal size paper)
- SAMPLE VILLAGE INDEPENDENT NOMINATING PETITION - COUNTY ( 30KB) (to be used if Election is run by the County Board of Elections) (print on legal size paper)
- SAMPLE COVER SHEETS ( 11KB)
- SAMPLE CERTIFICATE OF ACCEPTANCE ( 23KB)
- SAMPLE CERTIFICATE OF DECLINATION ( 23KB)
- SAMPLE CERTIFICATE OF SUBSTITUTION ( 944KB)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------------------------x   Case No.:
                            :

CHRISTOPHER EARL STRUNK      :
593 Vanderbilt Avenue PMB 281 NYC, NY 11238  :
845-901-6767 chris@strunk.ws,      :
                            :
and H. WILLIAM VAN ALLEN      :
351 North Road Hurley NY 12443     :
845-389-4366 hvanallen@hvc.rr.com    :
                            :
                 Plaintiffs,  :  **COMPLAINT with  PETITION**
v.                          :  **for WRIT OF MANDAMUS**
                            :  **and PRELIMINARY**
U.S. DEPARTMENT OF STATE by    :  **INJUNCTION HEARING**
JOHN F. KERRY at 2201 C Street NW   :  **FOR EQUITY RELIEF OF**
Washington, DC 20520 TTY:1-800-877-8339  :  **28 USC §2201 and §2202**
                            :
CENTRAL INTELLIGENCE AGENCY  :
by JOHN O. BRENNAN        :
Washington, D.C. 20505  fax: (571) 204-3800  :
                            :
BARACK HUSSEIN OBAMA II     :
1600 Pennsylvania Ave. NW Washington DC 20500 :
                            :
U.S. COPYRIGHT OFFICE       :
101 Independence Avenue SE     :
Washington, DC 20559-6000 (202) 707-3000  :
                            :
and  THE NEW YORK STATE BOARD  :
OF ELECTIONS by its agents at     :
40 NORTH PEARL STREET, SUITE 5   :
ALBANY, NY 12207-2729 FAX (518) 486-4068  :
                            :
                 Defendants.  :
-------------------------------------------------------------x

# Exhibit 11

**UNITED STATE COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**



E. Barrett Prettyman
U.S. Courthouse and
William B. Bryant Annex
333 Constitution Ave., NW Washington, DC 20001

# 13-5160

## Harold Van Allen v Department of Veterans Affairs et al

### MOTION FOR ADDITIONAL (SECOND) EXPANSION OF TIME TO FILE EN BANC RECONSIDERATION APPELLATE BRIEF – UNTIL AT LEAST JUNE 20, 2014

- **Judicial Notice of SCOTUS Applications for Second Expansions of Time to file petitions of certiorari in SCOTUS Docket 13A979 H. William Van Allen v New York State Board of Elections and SCOTUS Docket 13A980 H. William Van Allen v Silver et al. (Attached Exhibits A&B)**
- **Judicial Notice of Status in related case(s) in NYSUCS Kings Civil Supreme Court and Appellate Division Second Department including attached Notice of Motion for Judicial Notice of Affidavit of Michael Shrimpton Esq. (Exhibit C)**
- **Judicial Notice of related appellate cases in USCA-DCC (Dr. Orly Taitz Esq and Christopher Earl Strunk both appearing pro se in their individual case(s) listed below.**
- **Judicial Notice of letter from Sydney Eisig, DDS regarding April 17 2013 non-VA (Columbia University Medical Center) jaw advancement surgery. (Exhibit D)**

#### NYSUCS e-courts active related cases with Van Allen as pending intervener

| 11 | Kings | 029642/2008 | Active | STRUNK,CHRISTOPHER EARL | CHRISTOPHER EARL STRUNK – A. Prose | PATERSON,DAVID | | 06/13/2014 | DAVID SCHMIDT (PT. 47) | M D |
|----|-------|-------------|--------|-------------------------|-----------------------------------|----------------|--|------------|------------------------|-----|
| + | | | | | | | | | | |
| 13 | Kings | 021948/2012 | Active | STRUNK, CHRISTOPHER-EARL | CHRISTOPHER-EARL STRUNK – Prose | BOARD OF ELECTIONS | HAKEEM JEFFRIES - Prose | 06/18/2014 | NON-JURY TRIAL READINESS PART | M D |

**USCA-District of Columbia Circuit Case Selection Page**

| Case Number<br>Title | Opening<br>Date | Party | Last<br>Docket<br>Entry | Originating Case Number<br>Origin |
|---|---|---|---|---|
| 11-5304<br>Orly Taitz v. Michael<br>Astrue | 10/31/2011 | Orly<br>Taitz | 05/03/2013<br>13:54:27 | 0090-1 : 1:11-cv-00402-RCL<br>United States District Court for the<br>District of Columbia |
| 11-5306<br>Orly Taitz v. Kathy<br>Ruemmler | 11/02/2011 | Orly<br>Taitz | 07/24/2012<br>14:04:35 | 0090-1 : 1:11-cv-01421-RCL<br>United States District Court for the<br>District of Columbia |
| 11-5329<br>In re: Orly Taitz, et al | 11/17/2011 | Orly<br>Taitz | 01/23/2012<br>15:29:25 | 0090-1 : 1:11-cv-01421-RCL<br>United States District Court for the<br>District of Columbia |

| | | | | |
|---|---|---|---|---|
| 10-5092<br>Christopher Strunk v.<br>Department of State, et al | 03/31/2010 | Christopher Earl<br>Strunk | 01/14/2011<br>17:41:13 | 0090-1 : 1:08-cv-02234-RJL<br>United States District Court<br>for the District of Columbia |
| 12-5289<br>USA v. Barack Obama, et<br>al | 09/13/2012 | Christopher Earl<br>Strunk | 11/21/2013<br>14:26:27 | 0090-1 : 1:10-cv-00486-RCL<br>United States District Court<br>for the District of Columbia |
| 12-5414<br>Christopher Strunk v.<br>Department of State, et al | 12/28/2012 | Christopher Earl<br>Strunk | 02/14/2013<br>15:01:30 | 0090-1 : 1:08-cv-02234-RJL<br>United States District Court<br>for the District of Columbia |
| 13-5005<br>In re: Christopher Strunk | 01/07/2013 | Christopher Earl<br>Strunk | 11/13/2013<br>16:13:54 | United States District Court<br>for the District of Columbia |

| Case Number<br>Title | Opening<br>Date | Party | Last<br>Docket<br>Entry | Originating Case Number<br>Origin |
|---|---|---|---|---|
| 13-5059<br>In re: Harold Van Allen | 02/19/2013 | Harold W.<br>Van Allen | 11/27/2013<br>09:26:23 | 0090-1 : 1:12-cv-01538-ESH<br>United States District Court<br>for the District of Columbia |
| 13-5160<br>Harold Van Allen v.<br>Department of Veterans<br>Affairs, et al | 05/31/2013 | Harold W.<br>Van Allen | 05/05/2014<br>16:37:04 | 0090-1 : 1:12-cv-01538-ESH<br>United States District Court<br>for the District of Columbia |

Respectfully submitted,

H. William Van Allen

SERVICE CERTIFICATION this date electronically upon

R Craig Lawrence AUSA,

Dionne Shy AUSA,

NYSOAG,

Orly Taitz Esq,

Christopher Earl Strunk

MAY 13, 2014

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 13-5160**                                     **September Term, 2013**

**1:12-cv-01538-ESH**

**Filed On:** May 20, 2014

Harold W. Van Allen,

        Appellant

    v.

United States Department of Veterans Affairs
and United States Department of the Navy,
Board for Correction of Naval Records
(BCNR),

        Appellees

## O R D E R

    Upon consideration of appellant's motion to extend time to file petition for rehearing en banc styled as "motion for additional (second) expansion of time to file en banc reconsideration appellate brief—until at least June 20, 2014," it is

    **ORDERED** that the motion be granted.  Any petition for rehearing en banc is now due on or before June 20, 2014.

                          FOR THE COURT:
                          Mark J. Langer, Clerk

               BY:    /s/
                       Amy Yacisin
                       Deputy Clerk



# SUPREME COURT
## OF THE UNITED STATES

No. 13A1183
Title:

H. William Van Allen, Applicant

v.

Eric K. Shinseki, Secretary of Veterans Affairs

Docketed:     May 29, 2014
Lower Ct:      United States Court of Appeals for the Federal Circuit
 Case Nos.:    (14-7058)

~~~Date~~~   ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~

May 27 2014  Application (13A1183) to extend the time to file a petition for a writ of certiorari from August 11, 2014
             to September 14, 2014, submitted to The Chief Justice.

May 29 2014  Application (13A1183) granted by The Chief Justice extending the time to file until September 14,
             2014.

~~Name~~~~~~~~~~~~~~~~~~~~~        ~~~~~~~~Address~~~~~~~~~~~~~~~~~~        ~~~Phone~~~
**Attorneys for Petitioner:**
H. William Van Allen                351 North Road
                                    Hurley, NY  12247

Party name: H. William Van Allen
**Attorneys for Respondent:**
Donald B. Verrilli Jr.              Solicitor General                     (202) 514-2217
                                    United States Department of Justice
                                    950 Pennsylvania Avenue, N.W.
                                    Washington, DC  20530-0001

Party name: Eric K. Shinseki, Secretary of Veterans Affairs



# SUPREME COURT
## OF THE UNITED STATES

No. 13A980
Title:
    H. William Van Allen, et al., Applicants

    v.

    Sheldon Silver, et al.

Docketed:    March 26, 2014
Lower Ct:    Court of Appeals of New York
 Case Nos.:    (Mo. no. 2013-1150)

~~~Date~~~ ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~

Mar 20 2014  Application (13A980) to extend the time to file a petition for a writ of certiorari from April 14, 2014 to May 14, 2014, submitted to Justice Ginsburg.

Mar 28 2014  Application (13A980) granted by Justice Ginsburg extending the time to file until May 14, 2014.

May 13 2014  Application (13A980) to extend further the time from May 14, 2014 to June 13, 2014, submitted to Justice Ginsburg.

May 30 2014  Application (13A980) denied by Justice Ginsburg.

---

~~~Name~~~~~~~~~~~~~~~~~~~~~~    ~~~~~~~Address~~~~~~~~~~~~~~~~~    ~~~Phone~~~

**Attorneys for Petitioners:**

H. William Van Allen    351 North Road

    Hurley, NY  12247

Party name: H. William Van Allen, et al.



# SUPREME COURT
### OF THE UNITED STATES

No. 13A979
Title:
          H. William Van Allen, Applicant

             v.

          New York State Board of Elections

Docketed:       March 26, 2014
Lower Ct:       Court of Appeals of New York
  Case Nos.:    (2013-1185)

~~~Date~~~ ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~

Mar 20 2014  Application (13A979) to extend the time to file a petition for a writ of certiorari from April 14, 2014 to
             May 14, 2014, submitted to Justice Ginsburg.

Mar 28 2014  Application (13A979) granted by Justice Ginsburg extending the time to file until May 14, 2014.

May 13 2014  Application (13A979) to extend further the time from May 14, 2014 to June 13, 2014, submitted to
             Justice Ginsburg.

May 30 2014  Application (13A979) denied by Justice Ginsburg.

---

~~~Name~~~~~~~~~~~~~~~~~~~~~~      ~~~~~~~Address~~~~~~~~~~~~~~~~~~    ~~~Phone~~~
**Attorneys for Petitioner:**
H. William Van Allen              351 North Road
                              Hurley, NY  12247

Party name: H. William Van Allen

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------------------------------x   Case No.:
                                 :

CHRISTOPHER EARL STRUNK          :
593 Vanderbilt Avenue PMB 281 NYC, NY 11238  :
845-901-6767 chris@strunk.ws,       :

                                :

and H. WILLIAM VAN ALLEN        :
351 North Road Hurley NY 12443     :
845-389-4366 hvanallen@hvc.rr.com  :

                                :

                      Plaintiffs,  :   **COMPLAINT with  PETITION**
                                :   **for WRIT OF MANDAMUS**
v.                             :   **and PRELIMINARY**
                                :   **INJUNCTION HEARING**
U.S. DEPARTMENT OF STATE by       :   **FOR EQUITY RELIEF OF**
JOHN F. KERRY at 2201 C Street NW    :   **28 USC §2201 and §2202**
Washington, DC 20520 TTY:1-800-877-8339  :

CENTRAL INTELLIGENCE AGENCY    :
by JOHN O. BRENNAN            :
Washington, D.C. 20505  fax: (571) 204-3800  :

                                :

BARACK HUSSEIN OBAMA II       :
1600 Pennsylvania Ave. NW Washington DC 20500 :

U.S. COPYRIGHT OFFICE           :
101 Independence Avenue SE       :
Washington, DC 20559-6000 (202) 707-3000  :

                                :

and  THE NEW YORK STATE BOARD   :
OF ELECTIONS by its agents at      :
40 NORTH PEARL STREET, SUITE 5   :
ALBANY, NY 12207-2729 FAX (518) 486-4068 :

                                :

                     Defendants.  :

-------------------------------------------------------------------x

# Exhibit 12



United States Department of State

*Washington, D.C.   20520*

JUL 2 9 2010

In reply refer to:
CA/PPT/L/LE – Case Control Number:  200807238

Christopher E. Strunk
593 Vanderbilt Avenue, #281
Brooklyn, NY 11238

Dear Mr. Strunk:

The following is in response to your request to the Department of State, dated November 22, 2008, requesting the release of material under the provisions of the Freedom of Information Act (5 U.S.C. § 552).

We have completed a search for records responsive to your request. The search resulted in the retrieval of six documents that are responsive to your request.  After careful review of these documents, we have determined that all six documents may be released in full.

We did not locate a 1965 passport application referenced in an application for amendment of passport that is included in the released documents.  Many passport applications and other non-vital records from that period were destroyed during the 1980s in accordance with guidance from the General Services Administration.

Passport records typically consist of applications for United States passports and supporting evidence of United States citizenship.  Passport records do not include evidence of travel such as entrance/exit stamps, visas, residence permits, etc., since this information is entered into the passport book after issuance.

This completes the processing of your request.

Sincerely,

Jonathan M. Rolbin, Director
Office of Legal Affairs and Law Enforcement Liaison
Bureau of Consular Affairs
Passport Services

Enclosures:
As stated

P 1

FORM APPROVED
BUDGET BUREAU NO. 47-R117.5

DEPARTMENT OF STATE
FOREIGN SERVICE OF THE UNITED STATES OF AMERICA

**APPLICATION FOR**

[✓] RENEWAL  [ ] AMENDMENT  [ ] EXTENSION
OF

[✓] PASSPORT  [ ] CARD OF IDENTITY
[✓] REGISTRATION  [ ] CERTIFICATE OF IDENTITY

Document No. _F 777788_  Date Issued _JULY 19 1965_

POST _Djakarta, Indonesia_

[ ] REFERRED TO DEPARTMENT FOR ACTION
[✗] RENEWED (EXTENDED) TO _Jul.18,1970_
[ ] AMENDED AS REQUESTED

$ _5.00_ FEE COLLECTED
[ ] NO FEE COLLECTED

(PLEASE PRINT NAME IN FULL)
(FIRST NAME)  (MIDDLE NAME)  (LAST NAME)
I, _Stanley_ _Ann_ _Dunham_ _Soetoro_ , a citizen of the United States, do hereby apply for the service indicated above. (If amendment, set forth details on REVERSE.)

DATE OF BIRTH (Month, day, year) _Nov. 29, 1942_   PLACE OF BIRTH _Wichita, Kansas_

NOW RESIDING AT _Djakarta, Indonesia_

UNITED STATES RESIDENCE (Street address, city, county, state)

IN THE EVENT OF DEATH OR ACCIDENT NOTIFY (Name in full, relationship, street address, city, state)
_Stanley Armour Dunham, Bank of Hawaii, Honolulu_

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES?
IF THE ANSWER IS YES, EXPLAIN WHEN AND WHY

_No_

PROPOSED TRAVEL PLANS

I INTEND TO RETURN TO THE UNITED STATES PERMANENTLY TO RESIDE WITHIN _Indefinite_ YEARS _____ MONTHS

I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING PERIOD AND PURPOSE _INDEFINATE - MARRIED TO AN INDONESIAN CITIZEN_

IF RETURNING TO U. S. COMPLETE THE FOLLOWING

PORT OF DEPARTURE

NAME OF SHIP OR AIRLINE

DATE OF DEPARTURE

I have not (and no other person included or to be included in the passport or documentation has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; voted in a political election in a foreign state or participated in an election or plebiscite to determine the sovereignty over foreign territory; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person included in the passport or documentation, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

(To be signed by Applicant)
_Stanley Ann Dunham Soetoro_

Subscribed and Sworn to (affirmed) before me this _13th_ day of _August_ , 19_68_
(SEAL)
_Vice_ Consul _____ of the United States at _Djakarta, Indonesia_ _W. La Porta_
(The Department will assume that the consular officer, forwarding the application for the Department's decision, is fully satisfied as to the applicant's identity unless a notation to the contrary is made.)

FORM FS-299
7 - 64

(right margin, vertical)
SOETORO (LAST NAME)   STANLEY (FIRST NAME)   ANN (MIDDLE NAME) DUNHAM
TO BE PRINTED IN FULL

PAGE 2

## AMEND TO INCLUDE (EXCLUDE) (WIFE)(HUSBAND)

| NAME | BIRTHPLACE | BIRTHDATE |
|---|---|---|
| | | |

| SPOUSE WAS PREVIOUSLY MARRIED TO | PREVIOUS MARRIAGE TERMINATED BY |
|---|---|
| | ☐ DIVORCE   ☐ DEATH |

| NUMBER OF MY SPOUSE'S PREVIOUS PASSPORT   *INDO* | DISPOSITION OF MY SPOUSE'S PREVIOUS PASSPORT |
|---|---|
| | ☐ ATTACHED   ☐ CANCELED _____ (DATE) |

## AMEND TO INCLUDE (EXCLUDE) CHILDREN

| NAMES | RESIDENCE | BIRTHPLACE | BIRTHDATE |
|---|---|---|---|
| BARACK HUSSEIN OBAMA (Soebarkah) | | | |
| | | | |
| | | | |

## AMEND TO READ IN MARRIED NAME

| NAME |
|---|
| |

| DATE MARRIED | PLACE MARRIED | MARRIED TO |
|---|---|---|
| | | |

| CITIZENSHIP OF HUSBAND |
|---|
| ☐ U. S. CITIZEN   ☐ ALIEN-CITIZEN OF _____ |

## OTHER AMENDMENT(S) (DESCRIBE IN DETAIL ACTION REQUESTED)

DOCUMENTARY EVIDENCE SUBMITTED TO DEPARTMENT BY CONSULAR OFFICER

DOCUMENTARY EVIDENCE SEEN AND RETURNED TO APPLICANT BY CONSULAR OFFICER

STATEMENT OF ACTION BY POST UPON DEPARTMENT'S AUTHORIZATION (To be executed only in connection with cases referred to Dept.)

THE ☐ PASSPORT          ☐ RENEWED TO _____          DATE _____

☐ CARD OF IDENTITY   WAS   ☐ AMENDED AS REQUESTED

☐ CERTIFICATE          ☐ EXTENDED TO _____

AUTHORITY _____

*(Consul of the United States of America)*

X     (Photo required for inclusions)     X

**STAPLE ONE PHOTO HERE**
**DO NOT MAR FACE**
    The passport photos required must
be approximately 2½ by 2½ inches in size;
be on thin unglazed paper, show full front
view of applicant with a plain, light back-
ground; and have been taken within 2 years
of date submitted. When dependents are in-
cluded they should be shown in a group pho-
tograph. The consul will not accept photos
that are not a good likeness. Color photo-
graphs are acceptable.
    *Do not staple second photo. Attach
loosely by paper clip.*

X     X

(STAPLE HERE)     (STAPLE HERE)

OPINION OF CONSULAR OFFICER

*(Consul of the United States of America)*

FORM FS-299
7-64          In certain cases specific authorization by the Department will be required.  In these cases an extra copy of the form should
be prepared.  Upon receipt of the Department's reply the extra copy should be transmitted with a notation of the action taken.

AVOID THE LAST
MINUTE RUSH            ➡ (PLEASE TYPE OR PRINT) ⬅            DON'T PUT IT OFF
                                                            APPLY NOW

DEPARTMENT OF STATE
APPLICATION FOR PASSPORT BY MAIL
Your previous passport issued within the past eight years, two signed
photographs and the fee of $10 MUST accompany this application.

(Passport Office Use Only)
R□ O □  0 3 0 0 9 7
NF  END    P2

SERIES
C

JAN 4 '72

DEPARTMENT OF STATE
HONOLULU, HAWAII

(First name)     (Middle name)    (Last name)

I, **Stanley Ann Dunham Soetoro**
a citizen of the United States, do hereby apply to the Department of State for a passport.

MAIL PASSPORT TO:

IN CARE OF (if applicable) **Stanley Dunham**
STREET **1617 South Beretania**
CITY **Honolulu**  STATE **Hawaii**  ZIP CODE **96814**

PHONE NOS.  Area Code:   Home: **949-2317**  Business:

DATE OF BIRTH
Month **Nov**  Day **29**  Year **42**
PLACE OF BIRTH (City, State, Province, Country) **Wichita, Kansas**

HEIGHT **5 FT. 5½ IN.**
COLOR OF HAIR (Spell out) **brown**
COLOR OF EYES (Spell out) **brown**
APPROXIMATE DATE OF DEPARTURE **Jan 14, 1972**

VISIBLE DISTINGUISHING MARKS
OCCUPATION **teacher**

MOST RECENT PASSPORT ISSUED WITHIN PAST 8 YEARS MUST BE ATTACHED
No. **F777788** Issue Date **July 19, 1965**
SOCIAL SECURITY NUMBER

MY PERMANENT RESIDENCE (If same as mailing address, write "Same")
**DJL. TAMAN MATRAMAN BARAT
22 PAV, DJAKARTA, INDONESIA**
IF YOU WERE BORN ABROAD, WERE BOTH OF YOUR PARENTS U.S. CITIZENS AT THE TIME OF YOUR BIRTH?  ☐ Yes  ☐ No

IN THE EVENT OF ACCIDENT OR DEATH NOTIFY (Do not show name of a person who will accompany you when traveling)
(Name in full) **STANLEY A. DUNHAM**  (Relationship) **FATHER**  (Street address, City, State, ZIP Code) **1617 S. BERETANIA HONOLULU**

PROPOSED TRAVEL PLANS

PURPOSE OF TRIP **return home**
PROPOSED LENGTH OF STAY **INDEFINATE**
NO. OF PREVIOUS TRIPS ABROAD WITHIN LAST 12 MONTHS

MEANS OF TRANSPORTATION
Sea ☐  Air ☑  Other ☐
Departure
Return
DO YOU EXPECT TO TAKE ANOTHER TRIP ABROAD?
☑ Yes  ☐ No   IF SO, WITHIN  ☐ 1 year  ☐ 2 Years  ☑ 3 Years

COUNTRIES TO BE VISITED
**INDONESIA**

WARNING: False statements made knowingly and willfully in passport applications or affidavits or other supporting documents are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. The alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under 18 USC 1543. The use of a passport in violation of the restrictions therein is punishable by fine and/or imprisonment under 18 USC 1544.

I have not since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath, or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the Government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting to force to overthrow, or bearing arms against the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, the portion which applies should be struck out, and a supplementary explanatory statement should be attached, signed and made a part of this application.)

DECLARATION

I declare under the penalties of 18 USC 1001 and 1542 (see WARNING, above) that the statements made in this application are true and complete to the best of my knowledge and belief. I further declare that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I take this obligation freely without mental reservation or purpose of evasion.

**Jan 4, 1972**
(Date)

**S. Ann Dunham Soetoro**
(Signature of applicant)

JAN -4 '72   1 2 0 0 2 5   (Passport Office Use Only)   — ACCRA   10.00

FORM
DSP-82

FORM APPROVED
BUDGET BUREAU NO. 47-R017

DEPARTMENT OF STATE
## REQUEST BY UNITED STATES NATIONAL FOR AND REPORT OF
## EXCEPTION TO SECTION 53.1, TITLE 22 OF THE CODE OF FEDERAL REGULATIONS

### REQUEST

I have been informed that my passport is not valid and that a valid passport is required by law to enter the United States. I request that an exception be granted to me, as provided in Section 53.2(h), Title 22 of the Code of Federal Regulations. I understand that a fee of $25 is required under Section 53.2(h) and I will remit such fee to the Passport Office, Department of State, Washington, D. C., 20524, within 30 days.

*Stanley Ann Dunham Soetoro*
(Signature)

### REPORT - Pursuant to Section 215 of the Immigration and Nationality Act of 1952

TO
Director, Passport Office
Department of State
Washington, D. C. 20524
Attn: PT/AC

### SUBJECT

| NAME | DESCRIPTION |
|---|---|
| STANLEY ANN SOETORO | 5'6" |
| | Brown    Brown |
| | 135 lb. |

HOME ADDRESS Djalan Taman Natraman 22 Pav., Djakarta, Indonesia
(Honolulu, 1617 South Beretania, c/o Stanley Dunham)     96814

| BIRTHDATE | NATURALIZATION DATE | PASSPORT NO., DATE AND PLACE OF ISSUANCE |
|---|---|---|
| Nov. 29, 1942 | N. A. | F 777788 |
| BIRTHPLACE | | 07-19-65 |
| Wichita, Kansas | | Honolulu, Hawaii |

### DEPARTURE FROM UNITED STATES

| DATE AND PLACE OF DEPARTURE | DESTINATION |
|---|---|
| October 1967, Honolulu, Hawaii | Djakarta, Indonesia |
| FLIGHT NUMBER OR VESSEL | NAME OF CARRIER |
| - | Japan Airlines |

### TRAVEL TO UNITED STATES

| DATE AND PLACE OF DEPARTURE FROM ABROAD | IDENTITY DOCUMENTS PRESENTED |
|---|---|
| October 20, 1971, Djakarta, Indonesia | Passport as shown above |
| FLIGHT NUMBER OR VESSEL | NAME OF CARRIER |
| PAA 812 | Pan American Airways |
| DATE AND PLACE OF ENTRY | DESTINATION |
| October 21, 1971, Honolulu, Hawaii | Honolulu, Hawaii |

### ACTION TAKEN

Identity and citizenship established.

Exception granted under 22 CFR 53.2(h).

OCT 21 1971
(Inspector's Stamp)

| PLACE (Immigration and Naturalization Service) | SIGNATURE (Immigration Officer) |
|---|---|
| HONOLULU, HAWAII | *Leonard Soon* |

FORM OS-1423

B. H. SENT - 11: 9/71

FOI  ...VED  BUDGET BUREAU NO. 47-R059.8

DEPARTMENT OF STATE
**APPLICATION FOR AMENDMENT OF PASSPORT**

(Passport Office Use Only)

Amend as shown in section:

☐ B   ☐ C   ☐ D   ☒ E   ☐ F

☐ Add visa pages.

☐

P 3

INSTRUCTIONS: All requests for inclusion of persons must be sworn to (or affirmed) before an Agent of the Department of State or Clerk of Court. Photographs, which meet the requirements below, and evidence of citizenship must be submitted for all persons to be included by this amendment. If such persons have had, or been included in, a previous passport, it should be submitted instead of other documents, and Section G completed.

**A**

PASSPORT NO. OF APPLICANT
~F 797755

DATE ISSUED
July 19, 1965

MAIL PASSPORT TO

STREET  2234 University Ave.

CITY  Honolulu          STATE  Hawaii
                              96822

IN CARE OF —

(PLEASE PRINT NAME IN FULL)
(First name)     (Middle name)     (Last name)

I, Stanley Ann Soetoro, a citizen of the United States, do hereby request that my passport, which is enclosed, be amended as indicated below.

| BIRTH CERTIFICATE(S) SEEN | | | |
|---|---|---|---|
| CHILDREN'S | | (WIFE'S) | (HUSBAND'S) |
| FILED  SR  CR  CITY | | FILED  SR  CR  CITY | |
| MARRIAGE CERT. | NATZ'N. CERT. | | ☐ OTHER |
| ☑ S & R | ☐ S & R | | |

(Soetoro
6-29-67

(Last name)

TO BE PRINTED IN FULL ▶

(First name)  Stanley  (Middle name)  Ann

**B**  INCLUDE MY CHILD(REN), AS FOLLOWS: (Also complete Section H if child(ren) acquired citizenship by naturalization, and have not had a previous passport.)

| NAME IN FULL | PLACE OF BIRTH (City, State) | DATE OF BIRTH |
|---|---|---|
| | | |
| | | |

(Photo requirements for inclusion)

STAPLE ONE PHOTO HERE
DO NOT MAR FACE

Photos must be ONLY of persons to be included by this amendment. The two photos must be duplicates, approximately 2½ by 2½ inches in size; be on thin, unglazed paper with a plain, light background and have been taken within 2 years of date submitted. Photos should be front view, but not full-length, and may not be snapshot, Polaroid, acetate or film base prints. When more than 1 person is to be included, a group photo is required. Color photos are acceptable.

DO NOT STAPLE SECOND PHOTO
ATTACH BY PAPER CLIP

**C**  INCLUDE MY (WIFE) (HUSBAND), AS FOLLOWS: (Also complete Section H if (wife) (husband) acquired citizenship by naturalization, and/or Section I if wife was previously married before March 3, 1931.)

| (WIFE'S) (HUSBAND'S) FULL LEGAL NAME | PLACE OF BIRTH (City, State) |
|---|---|
| | |
| DATE OF BIRTH | DATE OF MARRIAGE |

**D**  EXCLUDE PERSONS, AS FOLLOWS:

☐ MY WIFE
☐ MY HUSBAND
☐ MY CHILDREN (Give name(s))

WHO IS/ARE
☐ TO APPLY FOR SEPARATE PASSPORT
☐ NOT TO ACCOMPANY
☐

**E**  CHANGE TO READ IN MARRIED NAME, AS FOLLOWS:

MARRIED NAME  Stanley Ann Soetoro   SOETORO

PLACE OF MARRIAGE (City, State)  Molokai, Hawaii      DATE OF MARRIAGE  3/15/65

HUSBAND'S NAME IN FULL  Lolo Soetoro      WHO IS  ☐ A UNITED STATES CITIZEN
                                                   ☑ A CITIZEN OF  Indonesia

**F**  CHANGE TO READ AS FOLLOWS:

**G**  (CHILD(REN)'S) (WIFE'S) (HUSBAND'S) LAST U. S. PASSPORT

| NUMBER | DATE ISSUED |
|---|---|
| | |
| IN NAME OF | ☐ IS SUBMITTED HEREWITH |
| | ☐ OTHER DISPOSITION (State) |

FORM DSP-19
7 - 64

(OVER)

PAGE 2

**H** TO BE COMPLETED BY AN APPLICANT REQUESTING INCLUSION IN THE PASSPORT OF A RELATIVE WHO ACQUIRED CITIZENSHIP THROUGH NATURALIZATION

| MY                IMMIGRATED TO<br>THE U. S. ON *(Month, day, year)* | ACQUIRED U. S. CITIZENSHIP<br>ON *(Month, day, year)* | THROUGH THE NATURALIZATION OF<br>☐ SELF    ☐ PARENT    ☐ FORMER HUSBAND |
|---|---|---|

WHO WAS NATURALIZED BEFORE THE *(Name of court)*                LOCATED IN *(City, State)*

AS SHOWN BY THE ACCOMPANYING CERTIFICATE OF NATURALIZATION NO.

**I** TO BE COMPLETED BY AN APPLICANT WHOSE WIFE WAS PREVIOUSLY MARRIED BEFORE MARCH 3, 1931, AND WHO IS TO BE INCLUDED IN PASSPORT *(If married more than twice, set forth facts in a supplemental statement)*

| HER MAIDEN NAME WAS | DATE OF PREVIOUS MARRIAGE |
|---|---|
| NAME OF FORMER HUSBAND | PLACE OF PREVIOUS MARRIAGE |
| FORMER HUSBAND'S PLACE OF BIRTH | MARRIAGE WAS TERMINATED BY        DATE<br>☐ DEATH    ☐ DIVORCE |

**J** IN THE EVENT OF DEATH OR ACCIDENT NOTIFY

NAME IN FULL                RELATIONSHIP                STREET ADDRESS, CITY, STATE

**K**
I have not (and no other person included or to be included in the passport has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; voted in a political election in a foreign state or participated in an election or plebiscite to determine the sovereignty over foreign territory; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

*(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person included or to be included in the passport, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)*

I solemnly swear (affirm) that the statements herein made are true and that I have not previously asked to have these additional persons included in my passport; that they are not now in possession of valid passports, and that they have not made application for passports and been refused.

X ~~Stanley Ann Soetoro~~

*(Signature of Applicant)*

Subscribed and sworn to (affirmed) before me this _____ day of _____, 19 _____

_____
*(Agent, Department of State or Clerk of Court)*

(PLEASE PRINT OR TYPE - PENCIL NOT ACCEPTABLE)

For Department Decision

DEPARTMENT OF STATE

APPLICATION FOR [X] PASSPORT [ ] REGISTRATION

POST LOCATION Jakarta, Indonesia

POST ACTION

PASSPORT ISSUED
No. Z2433100
Date June 2, 1976
Expires June 1, 1981

REGISTRATION APPROVED P4
Date _____
Expires _____

Complete ALL entries in all sections that apply to you. If information is unknown, write "Unknown". Do not leave blank spaces. Use additional sheets where space provided is not adequate.

CARD OF IDENTITY AND REG.
No. _____
Date _____

**A**

TO BE COMPLETED BY ALL APPLICANTS

[X] $3 Application fee collected
[X] $10 Fee collected
[ ] No Fee passport
[ ] Official passport

[ ] $3 fee collected (for card)
[ ] 48-page passport

(First name)   (Middle name)   (Last name)
I STANLEY ANN DUNHAM SOETORO, a citizen of the United States, do hereby apply for (a passport) (registration)

DATE OF BIRTH
Month 11  Day 29  Year 42

PLACE OF BIRTH (City, state/province, country)
WICHITA, KANSAS, USA

MY LAST PASSPORT WAS OBTAINED FROM
(Note: If included in another's passport, state name of bearer)

HEIGHT 5 Ft. 5½ in.
COLOR OF HAIR (Spell out) BROWN
COLOR OF EYES (Spell out) BROWN
SOCIAL SECURITY NO. 535-40-852?

Location of Issuing Office HONOLULU
Date of Issuance JAN. 4, 1972

VISIBLE DISTINGUISHING MARKS
NONE
OCCUPATION GRAD. STUDENT

Number: C 030097  Bearer: _____
[ ] Submitted herewith
[X] Cancelled and returned   [ ] Other disposition (state)
[ ] Seen and returned

NOW RESIDING AT DJL. HADJI ROMLI 23
MENTENG DALAM, JAKARTA

MY LAST REGISTRATION AS A CITIZEN OF THE UNITED STATES WAS APPROVED

PERMANENT RESIDENCE (Street address, city, state) (If same as above, so state)
1617 S. BERETANIA HONOLULU, HAWAII 96814

Location of Registering Office
Date of Registration

IN THE EVENT OF DEATH OR ACCIDENT NOTIFY (Name in full, relationship, street address, city, state)
STANLEY DUNHAM (FATHER) 1617 S. BERETANIA # 1008 HONOLULU, H
ZIP 96814

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES? [ ] Yes [X] No
IF ANSWER IS "YES", EXPLAIN WHEN AND WHY

**B**

TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN THROUGH NATURALIZATION

I IMMIGRATED TO THE U.S. (Month, year)
I RESIDED CONTINUOUSLY IN THE U.S.
From (Year)   To (Year)

NATURALIZATION CERTIFICATE NO.
[ ] Submitted herewith
[ ] Seen and returned
[ ] Previously submitted

PLACE NATURALIZED (City, state)
NATURALIZATION COURT
DATE NATURALIZED

**C**

COMPLETE ONLY IF OTHERS ARE TO BE INCLUDED IN PASSPORT OR REGISTRATION AND SUBMIT GROUP PHOTOGRAPH

(WIFE'S) (HUSBAND'S) FULL LEGAL NAME
[ ] NATIVE BORN
[ ] NATURALIZED
NATURALIZATION CERTIFICATE NO.
[ ] Seen and returned

PLACE NATURALIZED (City, state)
NATURALIZATION COURT
DATE NATURALIZED

(WIFE'S) (HUSBAND'S) PLACE OF BIRTH (City, State or Province, Country)
DATE OF BIRTH (Mo., Day, Year)

| NAME IN FULL OF CHILDREN INCLUDED | PLACE OF BIRTH (City, state/province, country) | DATE OF BIRTH (Month, day, year) | RESIDED IN U.S. (From-To) |
|---|---|---|---|
| | | | |
| | | | |

**D**

EVIDENCE OF PRIOR DOCUMENTATION OF ABOVE-NAMED PERSONS TO BE INCLUDED (For completion by Consular Office)

| NAMES | PASSPORT NO. | DATE OF ISSUE | CANCELED OR OTHER DISPOSITION | DATE OF REGISTRATION OR BIRTH REPORT | LOCATION OF OFFICE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**E**

OTHER EVIDENCE OF U.S. CITIZENSHIP PRESENTED (State disposition)

FORM FS-176
B-74

(OVER - YOU MUST COMPLETE PAGE 2)   FORM APPROVED   BUDGET BUREAU NO. 47-R001X

FORM FS-176    9-74

PAGE 2

**F**

| FATHER'S NAME | FATHER'S PLACE OF BIRTH (City, State, Province or Country) | ☑ U.S. CITIZEN |
|---|---|---|
| STANLEY DUNHAM | WICHITA, KANSAS | ☐ NOT U.S. CITIZEN |

DATE NATURALIZED | PLACE NATURALIZED (City, state)

| FATHER'S DATE OF BIRTH | ☐ FATHER DECEASED | FATHER RESIDED IN U.S. |
|---|---|---|
| MARCH 23, 1918 | ☑ FATHER RESIDING AT HONOLULU, HI | From BIRTH To PRESENT |

| MOTHER'S MAIDEN NAME | MOTHER'S PLACE OF BIRTH (City, State, Province or Country) | ☑ U.S. CITIZEN |
|---|---|---|
| MADELYN PAYNE | PERU, KANSAS | ☐ NOT U.S. CITIZEN |

DATE NATURALIZED | PLACE NATURALIZED (City, state)

| MOTHER'S DATE OF BIRTH | ☐ MOTHER DECEASED | MOTHER RESIDED IN U.S. |
|---|---|---|
| OCT. 26, 1922 | ☑ MOTHER RESIDING AT HONOLULU, HI | From BIRTH To PRESENT |

**G**

☐ I WAS NEVER MARRIED
☑ I WAS LAST MARRIED ON (Date) MARCH 15, 1965    PRESENT FULL LEGAL NAME OF HUSBAND OR WIFE LOLO SOETORO

| HUSBAND'S OR WIFE'S PLACE OF BIRTH (City, state) | HUSBAND'S OR WIFE'S DATE OF BIRTH | ☐ HUSBAND OR WIFE IS U.S. CITIZEN |
|---|---|---|
| BANDUNG, INDONESIA | JAN. 2, 1935 | ☑ HUSBAND OR WIFE IS NOT U.S. CITIZEN |

HUSBAND OR WIFE NOW RESIDING AT
DJAKARTA, INDONESIA

☑ MARRIAGE NOT TERMINATED
☐ MARRIAGE TERMINATED BY ☐ DEATH ☐ DIVORCE ON

**H**

PROPOSED TRAVEL PLANS

☑ I INTEND TO RETURN TO THE UNITED STATES WITHIN ____ MONTHS
____ YEARS TO ☐ RESIDE ☑ VISIT. ☐ INDEFINITE
☐ I NEVER INTEND TO RETURN TO THE UNITED STATES

I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING REASON PLAN TO
RETURN TO INDONESIA SEPT., T FEB, 77
TO COMPLETE DISSERTATION RESEARCH

COMPLETE IF RETURNING TO U.S.

**I**

| PORT OF DEPARTURE | DATE OF DEPARTURE |
|---|---|
| DJAKARTA | JUNE 16, 1976 |

NAME OF SHIP OR AIRLINE
PAN AM



**J**

**WARNING:** False statements made knowingly and willfully in passport applications or in affidavits or other supporting documents submitted therewith are punishable by fine and /or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544.

I have not (and no other person included in the application has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person to be included in the passport or registration, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

I solemnly swear (or affirm) that the statements made on all the pages of this application are true and that the photograph attached is a likeness of me and of those persons to be included in the passport.

(To be signed at some time by husband/wife to be included in passport)

_S. Ann Dunham Soetoro_
(To be signed by Applicant in presence of person administering oath)

Subscribed and sworn to (affirmed) before me this ____ 2nd ____ day of ____ June ____, 19 7.

(Seal)

Alfred Harding IV    _Alfred Harding IV_

Consul ____ of the United States at ____ Jakarta, Indonesia

IDENTIFYING DOCUMENTS SUBMITTED (See 8 FAM 243. Procedures)

P 5

APPLICATION FOR ☒ PASSPORT ☐ REGISTRATION

Make ALL entries in all sections that apply to you. If information is unknown, write "Unknown." Do not leave blank spaces. Use additional sheets where space provided is not adequate. PRINT OR TYPE ENTRIES.

**POST LOCATION** Jakarta, Indonesia

| POST ACTION: | |
|---|---|
| PASSPORT ISSUED | REGISTRATION APPROVED |
| No. Z3037221 | Date _____ |
| Date 4/28/81 | Expires _____ |
| Expires 4/27/86 | CARD OF IDENTITY AND REG. |
| ☒ $3 Application fee collected | No. _____ |
| ☒ $10 Fee collected | Date _____ |
| ☐ No Fee passport | ☐ $5 fee collected (for card) |
| ☐ Official passport | ☐ 48-page ☐ 96-page passport |

**A**

| TO BE COMPLETED BY ALL APPLICANTS |
|---|
| (First name)  (Middle name)  (Last name) |
| STANLEY    ANN    DUNHAM |

I, _____ a citizen of the United States, do hereby apply for (a passport) (registration).

| SEX (M-F) | BIRTHPLACE (City, State or Province, Country) | BIRTH DATE |
|---|---|---|
| F | WICHITA, KANSAS, U.S.A. | Month Nov. Day 29 Year 1942 |

**APPLICANT'S EVIDENCE OF CITIZENSHIP**

☐ Birth Certificate   ☒ Passport
☐ Certificate of Naturalization or Citizenship
Date: 6/2/76
Bearer's Name: self        ☐ Submitted Herewith
No.: 22433100             ☒ Canceled & Returned
Place: Jakarta            ☐ Seen & Returned

| HEIGHT | COLOR OF HAIR (Spell out) | COLOR OF EYES (Spell out) | SOCIAL SECURITY NO. (Not mandatory) |
|---|---|---|---|
| 5 Ft. ½ In. | BROWN | BROWN | 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 |

| NOW RESIDING AT | Jalan Daksa I/14, Kebayoran Baru Jakarta Selatan, Indonesia |
|---|---|

MY LAST REGISTRATION AS A CITIZEN OF THE UNITED STATES WAS APPROVED

| PERMANENT RESIDENCE (Street Address, City, State, U.S. ZIP Code) (If same as above, so indicate) 1617 South Beretania, Apt.1008, Hon., Hawaii | Location of Registering Office | Date of Registration |
|---|---|---|

IN THE EVENT OF ACCIDENT OR DEATH NOTIFY (Not mandatory) (Do not give name of a person who will accompany you when traveling)
Name in full: Stanley Dunham                                    Relationship: Father
Address: 1617 South Beretania, Apt. 1008, Honolulu, Hawaii      Phone No.: (808) 949-2317

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES? ☐ Yes ☒ No
IF ANSWER IS "YES," EXPLAIN WHEN AND WHY

**B**

| FATHER'S NAME STANLEY DUNHAM | BIRTHPLACE WICHITA KANSAS, U.S.A. | BIRTH DATE March 23 1918 | U.S. CITIZEN ☒ Yes ☐ No |
|---|---|---|---|
| MOTHER'S MAIDEN NAME MADELYN PAYNE | BIRTHPLACE PERU KANSAS, U.S.A. | BIRTH DATE Oct.26,'22 | U.S. CITIZEN ☒ Yes ☐ No |

☒ I WAS LAST MARRIED ON March 5,'64   TO (Wife's/Husband's full legal/maiden name - complete whether married, widowed or divorced) Lolo Soetoro, MAUI, HAWAII
☐ I WAS NEVER MARRIED

| WIFE'S/HUSBAND'S BIRTHPLACE Bandung, Indonesia | WIFE'S/HUSBAND'S BIRTH DATE Jan. 2,1936 | U.S. CITIZEN ☐ Yes ☒ No | ☐ MARRIAGE NOT TERMINATED ☐ MARRIAGE TERMINATED BY ☐ DEATH ☒ DIVORCE ON Aug. 28, 1980 |
|---|---|---|---|

YOU OR ANYONE INCLUDED IN SECTION B OF THIS APPLICATION BEEN ISSUED OR INCLUDED IN A U.S. PASSPORT? ☒ Yes ☐ No
IF YES, SUBMIT PASSPORT. IF UNABLE TO SUBMIT MOST RECENT PASSPORT, STATE ITS DISPOSITION: Am submitting   No.: Z2433100   Issue Date: June 2, 1976

(PHOTO REQUIREMENTS FOR PERSONS TO BE INCLUDED)

Photos must be ONLY of persons to be included (other than passport bearer). When more than one person is to be included, a group photograph of the inclusions is required.

CONSULATE WILL STAPLE PHOTO OF INCLUSIONS HERE.

DO NOT IMPRESS SEAL ON PHOTOGRAPHS.

| COMPLETE IF CHILDREN OR BROTHERS AND SISTERS UNDER AGE 13, AND/OR WIFE/HUSBAND, ARE TO BE INCLUDED AND SUBMIT PHOTO | (CONSULAR OFFICE USE ONLY) WIFE'S/HUSBAND'S EVIDENCE |
|---|---|
| WIFE'S/HUSBAND'S FULL LEGAL NAME | |
| BIRTHPLACE (City, State or Province, Country)  BIRTH DATE (Mo., Day, Yr.) | ☐ Submitted Herewith ☐ Canceled & Returned ☐ Seen & Returned |
| CHILD(REN)'S NAME(S) IN FULL  BIRTHPLACE(S) (City, State or Country)  BIRTH DATE(S) (Mo., Day, Yr.) | CHILD(REN)'S EVIDENCE |
| | ☐ Submitted Herewith ☐ Canceled & Returned ☐ Seen & Returned |

I have not (and no other person included in this application has), since acquiring United States citizenship, performed any of the acts listed in section I on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on all of the pages of this application are true and the photograph(s) attached is (are) a likeness of me and of those persons to be included in the passport.

(SEAL)                                        S. Ann Dunham

(To be signed at same time by husband/wife to be included in passport)   (To be signed by Applicant in presence of person administering oath)

Subscribed and sworn to (affirmed) before me this ___27___ day of ___April___ 19_81_.

WCB

Consul _____ of the United States at Jakarta, Indonesia _____
(Signature of person taking application)

OPTIONAL FORM 178
(FORMERLY FS-178)

(OVER - YOU MUST COMPLETE PAGE 2)

January 1978
Dept. of State

**C** | TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN THROUGH NATURALIZATION

| I IMMIGRATED TO THE U.S. (Month, year) | I RESIDED CONTINUOUSLY IN THE U.S. From (Year)  To (Year) | NATURALIZATION CERTIFICATE NO. |
|---|---|---|
| | | ☐ Submitted herewith<br>☐ Seen and returned<br>☐ Previously submitted |

| PLACE NATURALIZED (City, state) | NATURALIZATION COURT | DATE NATURALIZED |
|---|---|---|
| | | |

**D** | TO BE COMPLETED BY ALL APPLICANTS

| OCCUPATION<br>PROGRAM OFFICER, FORD FOUNDATION | VISIBLE DISTINGUISHING MARKS<br>none |
|---|---|

**E** | WOMEN MUST COMPLETE FOLLOWING IF CHILDREN OF A PREVIOUS MARRIAGE ARE INCLUDED OR IF PREVIOUSLY MARRIED BEFORE MARCH 3, 1931

| I WAS PREVIOUSLY MARRIED ON | TO (Full legal name) | | WHO WAS BORN AT (City, State, Country) |
|---|---|---|---|
| ON (Date of birth) | ☐ FORMER HUSBAND WAS U.S. CITIZEN | PREVIOUS MARRIAGE TERMINATED BY ☐ DEATH ☐ DIVORCE |
| | ☐ FORMER HUSBAND WAS NOT U.S. CITIZEN | ON (Date) | |

**F** | COMPLETE IF APPLICANT OR ANY PERSON INCLUDED IN SECTION B WAS NOT BORN IN THE UNITED STATES AND CLAIMS CITIZENSHIP THROUGH PARENTS

| ENTERED THE U.S. (Month) (Year)<br>☐ Applicant<br>☐ Wife<br>☐ Husband<br>☐ Child | IF FATHER NATURALIZED: | | IF KNOWN, FATHER'S RESIDENCE PHYSICAL PRESENCE IN U.S.<br>From (Year)   To (Year) |
|---|---|---|---|
| | Date | Certificate No. | |
| | Before (Name of Court) | Place (City, State) | |

| RESIDENCE/CONTINUOUS PHYSICAL PRESENCE IN U.S. From(Year) To (Year)<br>☐ Applicant<br>☐ Wife<br>☐ Husband<br>☐ Child | IF MOTHER NATURALIZED: | | IF KNOWN, MOTHER'S RESIDENCE PHYSICAL PRESENCE IN U.S.<br>From (Year)   To (Year) |
|---|---|---|---|
| | Date | Certificate No. | |
| | Before (Name of Court) | Place (City, State) | |

**G** | PROPOSED TRAVEL PLANS (Not Mandatory)

I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING PERIOD AND PURPOSE

Two years contract with Ford Foundation from January 1981 - December 1982.

| I INTEND TO RETURN TO THE UNITED STATES PERMANENTLY TO RESIDE WITHIN  YEARS  MONTHS | DATE OF DEPARTURE |
|---|---|

**H** | PRIVACY ACT STATEMENT

The information solicited on this form is authorized by, but not limited to, those statutes codified in Titles 8, 18, and 22, United States Code, and all predecessor statutes whether or not codified, and all regulations issued pursuant to Executive Order 11295 of August 5, 1966. The primary purpose for soliciting the information is to establish citizenship, identity and entitlement to issuance of a United States Passport or related facility, and to properly administer and enforce the laws pertaining thereto.

The information is made available as a routine use on a need-to-know basis to personnel of the Department of State and other government agencies having statutory or other lawful authority to maintain such information in the performance of their official duties; pursuant to a subpoena or court order; and, as set forth in Part 6a, Title 22, Code of Federal Regulations (See Federal Register Volume 40, pages 45755, 45756, 47419 and 47420).

Failure to provide the information requested on this form may result in the denial of a United States Passport, related document or service to the individual seeking such passport, document or service.

NOTE: The disclosure of your Social Security Number or of the identity and location of a person to be notified in the event of death or accident is entirely voluntary. However, failure to provide this information may prevent the Department of State from providing you with timely assistance or protection in the event you should encounter an emergency situation while outside the United States.

**I** | ACTS OR CONDITIONS

(If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person to be included in the passport, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

I have not (and no other person included in this application has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

WARNING: False statements made knowingly and willfully in passport applications or in affidavits or other supporting documents submitted therewith are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544. All statements and documents submitted are subject to verification.

**J** | (FOR USE OF OFFICE TAKING APPLICATION)

| APPLICANT'S IDENTIFYING DOCUMENT(S) | | IDENTIFYING DOCUMENT(S) OF WIFE/HUSBAND TO BE INCLUDED IN PASSPORT | |
|---|---|---|---|
| ☐ Certificate of Naturalization or Citizenship | No.: | ☐ Certificate of Naturalization or Citizenship | No.: |
| ☐ Passport | Issue Date: | ☐ Passport | Issue Date: |
| ☐ Driver's License | Place of Issue: | ☐ Driver's License | Place of Issue: |
| ☐ Other (Specify): | Issued in Name of: | ☐ Other (Specify): | Issued in Name of: |

☆U.S. Government Printing Office: 1977—261-647/3239

UNITED ~~STATES OF AMERICA~~
**APPLICATION FOR PASSPORT BY MAIL**

0 0 0     0050

P 6

**IMPORTANT**
READ INSTRUCTIONS ON BACK OF FORM
TYPE OR PRINT IN INK IN WHITE AREAS ONLY

~~URGENT~~

**IDENTIFYING INFORMATION**

NAME

FIRST/MIDDLE        STANLEY /ANN

LAST        DUNHAM

MAILING ADDRESS (In Care Of if applicable, Street, City, State, ZIP Code)

1512 SPRECKELS ST.
APT. 402
HONOLULU/HAWAII 96822

**WILL CALL**
4/1 2 pm

HR3 G 155268

HONOLULU PASSPORT AGENCY

Issue Date

R    D    O    DP     Endorsement

SEX        Male  Female  V

PLACE OF BIRTH        WICHITA, (KANSAS) USA
City, State or Province   Country

DATE OF BIRTH        N    11  29  42
Month  Day  Year

SOCIAL SECURITY NUMBER
535 40 8526
(Not Mandatory)

HEIGHT        5 6
Feet  Inches

COLOR OF HAIR        BROWN

COLOR OF EYES        BROWN

HOME PHONE        808 742 8454
(Area Code)

BUSINESS PHONE
(Area Code)

MOST RECENT PASSPORT
ISSUED WITHIN PAST 8
YEARS MUST BE ATTACHED

PASSPORT NUMBER        Z 3103172 21/1

ISSUE DATE        4 27 81
Month  Day  Year

OCCUPATION        CONSULTANT

DEPARTURE DATE        ~~MARCH 20~~
APRIL 6, 8

** 4/9/86 - not mailed to perm.
address per her written request - returned.

PERMANENT ADDRESS (Street, City, State, ZIP Code)

1512 SPRECKELS ST APT 402 HONOLULU, HI

SUBMIT TWO RECENT IDENTICAL
PHOTOS SIGNED ON THE REVERSE



**PROPOSED TRAVEL PLANS AND EMERGENCY ADDRESS** (Not Mandatory)

LENGTH OF STAY        1 WEEK

COUNTRIES TO BE VISITED        PHILIPPINES

PERSON TO NOTIFY IN CASE OF EMERGENCY (Not Traveling With You)

NAME IN FULL        STANLEY ANN MADELYN DUNHAM

ADDRESS        1617 S. BERETANIA #1008

PHONE NUMBER        808 949 2117        RELATIONSHIP        PARENTS

**OATH AND SIGNATURE** (If any of the below mentioned acts or conditions have been performed by or apply to the applicant, the portion which applies should be lined out, and a supplementary explanatory statement should be attached, signed, and made a part of this application.)
I have not, since acquiring United States citizenship, been naturalized as a citizen of a foreign state, taken an oath, or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the Government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against the United States, or conspiring to overthrow, put down or destroy by force the Government of the United States.

**WARNING:** False statements made knowingly and willfully in passport applications or affidavits or other supporting documents are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. This alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under 18 USC 1543. The use of a passport in violation of the restrictions therein is punishable by fine and/or imprisonment under 18 USC 1544.

**DECLARATION:** I declare that the statements made in this application are true and complete to the best of my knowledge and belief; that the attached photographs are a true likeness of me, and that I have not been issued or included in a passport issued subsequent to the one submitted herein.

X  March 27, 1986
(Date)

X  Stanley Ann Dunham
Signature of applicant (Must be signed by applicant)

FOLLOW INSTRUCTIONS CAREFULLY—INCOMPLETE OR UNACCEPTABLE APPLICATIONS WILL DELAY THE ISSUANCE OF YOUR PASSPORT

**FOR PASSPORT SERVICES USE ONLY**     RECORD: Type of Document(s), Number, Date Filed/Issued, Court, Place, Bearer's Name as Appropriate

☑ Passport        ☐ Evidence of Name Change        ☐ Other

Bearer's Name  same        No. Z 3037732        Issued 4/27/8        Place Jakarta

Seen &
Returned        APPLICATION APPROVAL
manasu

P1/HH 3/27/86
Examiner, Date
Office, Date

FEE    35 CK        POST

My trip was delayed by 1 month.
Please mail my passport to

S. ANN DUNHAM
1512 SPRECKELS ST.
APT 402
HONOLULU, HI 96822

Stanley Ann Dunham          PH 942-8454

RECEIVED
APR - 9 1986
Honolulu Passport Agency

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

-----------------------------------------------------------------x    Case No.:

CHRISTOPHER EARL STRUNK                                    :
593 Vanderbilt Avenue PMB 281 NYC, NY 11238    :
845-901-6767 chris@strunk.ws,                                   :
                                                                                      :
and H. WILLIAM VAN ALLEN                                     :
351 North Road Hurley NY 12443                                :
845-389-4366 hvanallen@hvc.rr.com                         :
                                                                                      :
                                                        Plaintiffs,         :    **COMPLAINT with  PETITION**
v.                                                                                   :    **for WRIT OF MANDAMUS**
                                                                                      :    **and PRELIMINARY**
U.S. DEPARTMENT OF STATE by                             :    **INJUNCTION HEARING**
JOHN F. KERRY at 2201 C Street NW                      :    **FOR EQUITY RELIEF OF**
Washington, DC 20520 TTY:1-800-877-8339          :    **28 USC §2201 and §2202**
                                                                                      :
CENTRAL INTELLIGENCE AGENCY                        :
by JOHN O. BRENNAN                                             :
Washington, D.C. 20505  fax: (571) 204-3800        :
                                                                                      :
BARACK HUSSEIN OBAMA II                                 :
1600 Pennsylvania Ave. NW Washington DC 20500 :
                                                                                      :
U.S. COPYRIGHT OFFICE                                        :
101 Independence Avenue SE                                   :
Washington, DC 20559-6000 (202) 707-3000         :
                                                                                      :
and  THE NEW YORK STATE BOARD                     :
OF ELECTIONS by its agents at                                :
40 NORTH PEARL STREET, SUITE 5                      :
ALBANY, NY 12207-2729 FAX (518) 486-4068     :
                                                                                      :
                                                        Defendants.    :
                                                                                      :
-----------------------------------------------------------------x

# Exhibit 13

LAMAR COUNTY, GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20 P M
BPA BOOK   32   PAGES 716
DEPUTY CLERK

## NOTICE OF ACCEPTANCE OF APPOINTMENT AS THE EXECUTOR / SETTLOR OF THE

## EXPRESS DEED IN TRUST TO THE UNITED STATES OF AMERICA

**PLEASE TAKE NOTICE** that this is the acceptance by **Christopher Earl Strunk** in esse Sui juris private citizen of the United States the secured beneficiary agent of the Debtor Trust transmitting utility ™CHRISTOPHER EARL STRUNK©, of the **April 23, 2014 appointment to perform the public duties of EXECUTOR and SETTLOR for the EXPRESS DEED IN TRUST TO THE UNITED STATES OF AMERICA** as the beneficial claim by its **Beneficiary(ies):** ▮▮▮▮▮▮▮▮ in esse Sui juris private citizen of the United States the secured beneficiary agent of the Debtor Trust transmitting utility ▮▮▮▮▮▮▮▮ , see the Original DEED in TRUST herewith labeled by SETTLOR at the lower left hand corner of each of fifteen pages "**Exhibit A**" **(TRUST)**; and **on April 25, 2014** by the **BENEFICIARY AMENDMENT TO THE EXPRESS DEED IN TRUST TO THE UNITED STATES OF AMERICA** as the beneficial claim by Beneficiary ▮▮▮▮▮▮▮▮ in esse Sui juris private citizen of the United States the secured beneficiary agent of the Debtor Trust transmitting utility ▮▮▮▮▮▮▮▮ ; see the Original BENEFICIARY AMENDMENT herewith labeled by SETTLOR at the lower left hand corner "**Exhibit A-2**"

I, **Christopher Earl Strunk** in esse Sui juris private citizen of the United States the secured beneficiary agent of the Debtor Trust transmitting utility ™CHRISTOPHER EARL STRUNK© have by my amended status publicly recorded same with the Clerk of the Superior Court of Georgia for Lamar County at BPA BOOK 30 PAGES 763 thru 800 on December 5, 2013 at 9:54AM that thereafter is duly registered with the United States Secretary of the Treasury accepted there on January 21, 2014 at 4:22AM in recognition of and for account ▮▮▮▮▮▮ Accrual ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮ and am located for service at 593 Vanderbilt Avenue PMB 281 Brooklyn, New York zip code excepted 11238  Cell Phone: 845-901-6767 Email: chris@strunk.ws,

I, **Christopher Earl Strunk** in esse Sui juris private citizen of the United States the secured beneficiary agent, based upon the condition of his natural birth and the terms of the definition of "*natural-born Citizen* " (NBC) according to the DEED in TRUST shown in Exhibit A, am NBC evidenced by the above duly recorded and registered filing, and am eligible to be SETTLOR herein.

I, **Christopher Earl Strunk** in esse Sui juris private citizen of the United States the secured beneficiary agent hereby accept the responsibilities and duties necessary to duly serve this TRUST publicly without beneficial interest until further written notice unanimously approved by undersigned Beneficiaries and be reimbursed for my duly recorded time and expense acceptable to the Beneficiaries.

I, **Christopher Earl Strunk** in esse Sui juris private citizen of the United States the secured beneficiary agent as is my public duty as **EXECUTOR and SETTLOR** (SETTLOR) to notify the Beneficiaries in writing of my actions to enact rules, change rules, communication involving the enforcement of the claim necessary to maintain the beneficial interest in the TRUST and will seek approval for all affirmative challenges to be undertaken in the enforcement of the TRUST mandate expressed in the document shown as Exhibit A, and report monthly to Beneficiaries in writing.

I, the SETTLOR am acting in a public capacity having no beneficial interest in the TRUST per se for the benefit of the Beneficiaries who may remove SETTLOR at will, and for all those "natural-born

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20 ᴘ M
BPA BOOK ____ 32 ____ PAGES 717
_____
DEPUTY CLERK

Citizens" other than who are private citizens of the United States who have a secured beneficial interest in the TRUST but have not become a beneficiary, with the understanding that as directed by the Beneficiaries that more beneficiaries may be added as directed to be reported monthly in writing.

I, the SETTLOR prior to this acceptance has ascertained, and hereby certify that I have reviewed and will review the Status of all DEED in TRUST Beneficiaries now and in the future, and must find each is a "*natural-born Citizen*" who is the in esse Sui juris private citizen of the United States secured beneficiary agent for the Debtor Trust Transmitting Utility registered with the United States Secretary of the Treasury, and will maintain a record of the Beneficiaries, present and future status, and report monthly to Beneficiaries in writing to include any new member of the DEED in TRUST Beneficiaries by amendment.

I, the SETTLOR hereby notify Beneficiaries that prior to this acceptance and becoming the secured beneficiary agent of Debtor Trust CHRISTOPHER EARL STRUNK, that on January 23, 2009, did duly privately fire BARACK HUSSEIN OBAMA II, for being ineligible for the Office of President of the United States (POTUS) and Commander-in-chief, duly served notice upon he and his agents accordingly to no avail of law to date see the eight (8) page document marked by me as "**Exhibit B**" at the lower left hand corner of each of the pages preceded by SETTLOR's **Affidavit of Truth** as to being a true and accurate copy of the original.

I, the SETTLOR hereby notify Beneficiaries that in anticipation of the necessity of my full time devotion to remove the POTUS USURPER sought early beneficial use of Social Security funds vested since 1990 rather than wait until age 67, and as such have dwindled my life time expectation as an expense for which I gave notice to the USURPER, Attorney General, Secretary of Commerce and Secretary of Treasury of intent to file a replevin demand for my USA property beneficial interest as personal damages that on November 10, 2009 Plaintiff in 08-cv-2234 (RJL), 10-cv-00486 (RCL) did file in the United States District Court for the District of Columbia Judicial Notice of Replevin Demand with compensatory damages of $21,656,250.00 in the Washington District of Columbia as a result of damages incurred by Petitioner from after January 20, 2009 with the USURPER incumbent ineligibility to office of POTUS failure to leave office when "fired" herewith marked as **Exhibit C** by SETTLOR.

I, the SETTLOR hereby notify Beneficiaries that there has been a complete absence of legal remedy to date to remove the POTUS USURPER, and therefore with Beneficiaries' permission SETTLOR intends to seek pure equity relief in the Washington District of Columbia United States District Court to enforce and protect the Beneficiaries' equity claim to this DEED in TRUST at the earliest time possible and will report monthly in writing of the status of such undertaking.

I, the SETTLOR hereby notify Beneficiaries that on 4 March 2014 the New York State Supreme Court Appellate Division for the Second Department Judicial panel sitting in review of Appellant's Amicus motion in Appeal Cases 2012-05515, 2013-06335 and 2014-00297 from orders in the trial court for Index No: 6500-2011, to my demand that it provide "*for civilian due process of law*" rather than the continued *martial due process of law* under statutory direct authority of the POTUS Commander-in-chief over the de facto Federal and New York State Unified Court System courts under statutory authority of 12 USC 95 and 50 USC App. 5(b) ORDERED to deny "for civilian due process of law" (see **Exhibit D**).

I, the SETTLOR hereby notify Beneficiaries that he is the Plaintiff in New York State Supreme Court for the County of Kings active Cases with Index No's: 29642-2008 and 21948-2012 that are scheduled for a non jury trial on 18 June 2014, in that SETTLOR intends to enforce and protect the Beneficiaries' equity claim to this DEED in TRUST therein also; and SETTLOR at the earliest time possible will report monthly in writing of the status of such undertaking, with the understanding that SETTLOR has secured the expert testimony of (2) two expert witnesses for the trial: U.S. Citizen Paul Edward Irey (retired document expert and publisher),

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 2 9 2014    AT   1:20 P M
BPA BOOK     32     PAGES 718

DEPUTY CLERK

and the British Subject, Michael Shrimpton, Esq., a Barrister to the Queens's Bench and expert Intelligence Analyst, a Consultant to the Intelligence Community at large with the published book "*SPY HUNTER*" (2014).

I, the SETTLOR hereby notify Beneficiaries that as a matter of fact based upon the evidence that before Kenya became an independent state in 1963, BARACK HUSSEIN OBAMA II aka BARRY SOETORO aka SOEBARKAH has admitted in the 1996 autobiography "*Dreams From My Father*" based upon his own biography used by the Publisher to promote Book sales for 16 years, that he was born in Mombasa Kenya of a natural father who was both a subject of the British Throne and of the Sultanate of Zanzibar, and, according to a knowledgeable member of the intelligence community consulting with SETTLOR herein, is born of a mother, out of wedlock to his natural father, who is a Indonesian citizen, and as such renders the incumbent of the POTUS, a USURPER, because in keeping with the DEED in TRUST by the NBC definition shown in Exhibit A, BARACK HUSSEIN OBAMA II is not NBC.

I, the SETTLOR hereby notify Beneficiaries that this original document and the original documents including amendment(s) to which this DEED in TRUST is based including my *Affidavit of Truth* as to those documents annexed in Exhibit that are true and accurate copies shall be filed with the Clerk of the Superior Court of Georgia for Lamar County before any further public action by SETTLOR shall take place, and that upon such recording color copies of the original shall be provided to the Beneficiaries accordingly along with SETTLOR's next monthly status report.

Further Affiant Sayeth Not.

_(signature)_ AG-007

**Christopher Earl Strunk** in esse Sui juris secured beneficiary
agent of the Debtor Trust transmitting utility
™CHRISTOPHER EARL STRUNK©
Private Citizen of the United States of America
Private Citizen of the State of New York
Private Resident of the County of Kings
All Rights Reserved Without Prejudice


THE STATE OF NEW YORK    )
                         )ss
THE COUNTY OF KINGS      )

**BEFORE ME**, on this day personally appeared **Christopher Earl Strunk** known to me to be the person described herein **NOTICE OF ACCEPTANCE OF APPOINTMENT AS THE EXECUTOR / SETTLOR OF THE EXPRESS DEED IN TRUST TO THE UNITED STATES OF AMERICA** and who solemnly affirmed under the penalties of perjury that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Sworn before me on this ___ day of April, 2014.


_____
Notary Public

KAMAL P. SONI
Notary Public, State of New York
No 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2015

3 of 3

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20 P M
BPA BOOK   32   PAGES 719
DEPUTY CLERK

## EXPRESS DEED IN TRUST TO THE UNITED STATES OF AMERICA

**WITH BENEFICIARY DISCRETION FOR PRIVATE CITIZENS OF THE UNITED STATES WHO ARE TRUE *NATURAL-BORN CITIZENS* UNDER THE UNITED STATES CONSTITUTION ARTICLE 2 SECTION 1 CLAUSE 5 AND NOT SURETY-INDENTURES FOR THEIR RESPECTIVE DEBTOR TRUST ENTITY UNDER 12 USC 95 AND 50 USC APP. 5(b) MARTIAL GOVERNMENT WITH A CONTINUING NATIONAL EMERGENCY**

**This Express Deed in Trust is a claim of beneficial interest in and over** all the public and private real, personal, tangible and intangible Property within THE UNITED STATES OF AMERICA geographic border to safeguard and secure for the posterity of WE the People of the United States of America in the nation given by GOD for securing each private Citizen's unalienable rights and beneficial interest in pursuit of life liberty and happiness in perpetuity, and with the Executor and Beneficiaries duty to this Trust shall guarantee that all incumbents and future candidate(s) for the Office of President or Vice President of the United States (POTUS) shall be a bonafide *Natural-Born Citizen* (NBC) private citizen of the United States agent who is surety no more to the Debtor Trust Entity in compliance with the United States Constitution Article 2 Section 1 Clause 5, either under 12 USC 95 and 50 USC App. 5(b) with the Military Government authority of renewed annual National Emergency or otherwise **(DEED in TRUST)**.

**That this NATION of THE UNITED STATES OF AMERICA is a gift from GOD**, not men, according to the Declaration of Independence in CONGRESS, July 4, 1776 as the unanimous Declaration of the Freemen of the thirteen united States of America state, quote:

*"When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the <u>Laws of Nature</u> and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation.*

*"We hold these truths to be <u>self-evident</u>, that <u>all men are created equal</u>, that they are endowed by their <u>Creator</u> with certain <u>unalienable Rights</u>, that among these are <u>Life, Liberty and the pursuit of Happiness</u>.*

*"That to secure these rights, Governments are instituted among Men, deriving their just powers from the <u>consent of the governed</u>, That whenever any Form of Government becomes destructive of these ends, it is the <u>Right of the People to alter or to abolish it</u>, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute <u>Despotism</u>, it is their right, it is their duty, to <u>throw off such Government</u>, and to provide new Guards for their future security..."*

**The Preamble to the Constitution of the United States** provides Authority and purpose declares:

*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.*

**Exhibit A**                    **Page 1 of 15**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20P   M
BPA BOOK ___32___ PAGES ___720___
DEPUTY CLERK

**That WE the People** are only those private Citizens under GOD, not public citizens under men, and that guarantee within this Nation that each Private Citizen's unalienable rights and beneficial interest is secure in perpetuity as long as the Sovereign People of this Nation act under GOD as expressed in the Book of Isaiah Chapter 55 Verse 1 thru 5, hereafter quoting from the *King James Version* of the Bible:

1. Ho, every one that thirsteth, come ye to the waters, and he that hath no money; come ye, buy, and eat; yea, come, buy wine and milk without money and without price.
2. Wherefore do ye spend money for that which is not bread? and your labour for that which satisfieth not? hearken diligently unto me, and eat ye that which is good, and let your soul delight itself in fatness.
3. Incline your ear, and come unto me: hear, and your soul shall live; and I will make an everlasting covenant with you, even the sure mercies of David.
4. Behold, I have given him for a witness to the people, a leader and commander to the people.
5. **Behold, thou shalt call a nation that thou knowest not, and nations that knew not thee shall run unto thee because of the LORD thy God, and for the Holy One of Israel; for he hath glorified thee.**

**That the geographic border and size of this NATION of THE UNITED STATES OF AMERICA** including its population according to the Census of 2010 is depicted in the map and chart below with a map showing public and private land that includes the coastal waters out to the limit of 200 miles as follows:

### Federal Government Lands in the U.S.



FEDERAL LANDS
- Bureau of Indian Affairs
- Bureau of Land Management (Public Domain)
- BLM Wilderness, Study, Nat. Monuments & Other
- Department of Defense
- Department of Energy
- U. S. Forest Service National Forests
- Forest Service Wilderness, & Wilderness Study Areas

FEDERAL LANDS
- Forest Service, Other Lands
- U.S. Fish & Wildlife Service
- National Park Service, Parks
- NPS Wilderness, Study, Preserves, Recreation, etc.
- NPS National Monuments, Historic Sites, Battlefields, etc.
- Other Agencies

**Exhibit A**                                              **Page 2 of 15**

LAMAR COUNTY, GA  SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20+ M
BPA BOOK ___ 52 ___ PAGES 721

DEPUTY CLERK

| State | Population | Land Area | GOV Owned Land | | PRIVATE owned Land (Sq Mi) |
| --- | --- | --- | --- | --- | --- |
| All United States | 308,745,538 | (square miles) | percent | (square miles) | |
| | | 3,537,438 | | | |
| Alabama | 4,779,736 | 50,744 | 7.10% | 3,603 | 47,141 |
| Alaska | 710,231 | 571,951 | 95.80% | 547,929 | 24,022 |
| Arizona | 6,392,017 | 113,635 | 56.80% | 64,544 | 49,090 |
| Arkansas | 2,915,918 | 52,068 | 17.30% | 9,008 | 43,060 |
| California | 37,253,956 | 155,959 | 52.10% | 81,255 | 74,705 |
| Colorado | 5,029,196 | 103,718 | 43.30% | 44,910 | 58,808 |
| Connecticut | 3,574,097 | 4,845 | 6.20% | 300 | 4,544 |
| Delaware | 897,934 | 1,954 | 7.40% | 145 | 1,809 |
| Florida | 18,801,310 | 53,927 | 29.20% | 15,747 | 38,180 |
| Georgia | 9,687,653 | 57,906 | 9.70% | 5,617 | 52,289 |
| Hawaii | 1,360,301 | 6,423 | 19.00% | 1,220 | 5,202 |
| Idaho | 1,567,582 | 82,747 | 70.40% | 58,254 | 24,493 |
| Illinois | 12,830,632 | 55,584 | 4.10% | 2,279 | 53,305 |
| Indiana | 6,483,802 | 35,867 | 4.50% | 1,614 | 34,253 |
| Iowa | 3,046,355 | 55,869 | 2.80% | 1,564 | 54,305 |
| Kansas | 2,853,118 | 81,815 | 1.90% | 1,554 | 80,260 |
| Kentucky | 4,339,367 | 39,728 | 11.80% | 4,688 | 35,040 |
| Louisiana | 4,533,372 | 43,562 | 10.70% | 4,661 | 38,901 |
| Maine | 1,328,361 | 30,862 | 5.70% | 1,759 | 29,102 |
| Maryland | 5,773,552 | 9,774 | 7.60% | 743 | 9,031 |
| Massachusetts | 6,547,629 | 7,840 | 6.30% | 494 | 7,346 |
| Michigan | 9,883,640 | 56,804 | 28.10% | 15,962 | 40,842 |
| Minnesota | 5,303,925 | 79,610 | 23.50% | 18,708 | 60,902 |
| Mississippi | 2,967,297 | 46,907 | 10.90% | 5,113 | 41,794 |
| Missouri | 5,988,927 | 68,886 | 11.20% | 7,715 | 61,171 |
| Montana | 989,415 | 145,552 | 37.50% | 54,582 | 90,970 |
| Nebraska | 1,826,341 | 76,872 | 2.80% | 2,152 | 74,720 |
| Nevada | 2,700,551 | 109,826 | 87.80% | 96,427 | 13,399 |
| New Hampshire | 1,316,470 | 8,968 | 18.00% | 1,614 | 7,354 |
| New Jersey | 8,791,894 | 7,417 | 18.30% | 1,357 | 6,060 |
| New Mexico | 2,059,179 | 121,356 | 47.40% | 57,523 | 63,833 |
| New York | 19,378,102 | 47,214 | 37.10% | 17,516 | 29,697 |
| North Carolina | 9,535,483 | 48,711 | 14.60% | 7,112 | 41,599 |
| North Dakota | 672,591 | 68,976 | 9.10% | 6,277 | 62,699 |
| Ohio | 11,536,504 | 40,948 | 4.20% | 1,720 | 39,229 |
| Oklahoma | 3,751,351 | 68,667 | 4.60% | 3,159 | 65,508 |
| Oregon | 3,831,074 | 95,997 | 60.40% | 57,982 | 38,015 |
| Pennsylvania | 12,702,379 | 44,817 | 16.10% | 7,215 | 37,601 |
| Rhode Island | 1,052,567 | 1,045 | 1.50% | 16 | 1,029 |
| South Carolina | 4,625,364 | 30,109 | 11.80% | 3,553 | 26,557 |
| South Dakota | 814,180 | 75,885 | 8.90% | 6,754 | 69,131 |
| Tennessee | 6,346,105 | 41,217 | 14.10% | 5,812 | 35,406 |
| Texas | 25,145,561 | 261,797 | 4.20% | 10,995 | 250,802 |
| Utah | 2,763,885 | 82,144 | 75.20% | 61,772 | 20,372 |
| Vermont | 625,741 | 9,250 | 15.80% | 1,461 | 7,788 |
| Virginia | 8,001,024 | 39,594 | 17.10% | 6,771 | 32,823 |
| Washington | 6,724,540 | 66,544 | 41.90% | 27,882 | 38,662 |
| Washington, D. C. | 601,723 | 61 | 75.00% | 46 | 15 |
| West Virginia | 1,852,994 | 24,078 | 16.50% | 3,973 | 20,105 |
| Wisconsin | 5,686,986 | 54,310 | 17.80% | 9,667 | 44,643 |
| Wyoming | 563,626 | 97,100 | 55.90% | 54,279 | 42,821 |
| | | | | | ======== |
| | | Net Total Private sq miles = | | | 2,130,434 |

That the "natural-born Citizen" Clause expressed in the ratified U.S. Constitution Article 2 Section 1 Clause 5 was imposed by the People of New York with emphasis that was expressed as displeasure in the July 26, 1788 ratification document of what should have been, quote:

*"That no Persons except natural born Citizens, or such as were Citizens on or before the fourth day of July one thousand seven hundred and seventy six, or such as held Commissions under the United States during the War, and have at any time since the fourth day of July one thousand seven hundred and seventy six become Citizens of one or other of the United States, and who shall be Freeholders, shall be eligible to the Places of President, Vice President, or Members of either House of the Congress of the United States. "*

**And the People of New York warned:**

*That the Powers of Government may be reassumed by the People, whensoever it shall become necessary to their Happiness; that every Power, Jurisdiction and right, which is not by the said Constitution clearly delegated to the Congress of the United States, or the departments of the Government thereof, remains to the People of the several States, or to their respective State Governments to whom they may have granted the same; And that those Clauses in the said Constitution, which declare, that Congress shall not have or exercise certain Powers, do not imply that Congress is entitled to any Powers not given by the said Constitution; but such Clauses are to be construed either as exceptions to certain specified Powers, or as inserted merely for greater Caution.*

**Exhibit A**                    **Page 3 of 15**

LAM... COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20 P M
BPA BOOK   32   PAGES 722
DEPUTY CLERK

That the Natural-born Citizen clause does NOT derive from the term of art "natural-born Subject", but instead was derived from ancient consideration of GOD's Natural Law as expressed in Greece by the works of Aristotle and carried forward for use in Roman law by the works of Cicero.

Aristotle did not define citizenship like the English did in the English common law in which they did not give any relevancy to the citizenship of the child's parents, provided the parents were not diplomats or military invaders. Aristotle included in the definition of a "*citizen*" a person "*of whom both the parents are citizens.*" [1] It is this definition which was handed down through the millennia through the law of nations and which the Founders and Framers adopted for the new republic. We also see that the then Supreme Court of the United States (SCOTUS) in *Minor v. Happersett*, 88 U.S. (21 Wall.) 162 (1875) (*Minor*) (decided after the Fourteenth Amendment was adopted in 1868) held that "all children born in a country of parents who were its citizens became themselves, upon their birth, citizens also. These were natives or natural-born citizens, as distinguished from aliens or foreigners" informed that a person who became a citizen by being born in the country to "*citizen*" parents was known in common law with which the Framers were familiar as a "*natural-born citizen.*" How do we know that the Founders and Framers looked to Aristotle's view of citizenship? We learn from the historical record that Supreme Court Justice James Wilson wrote in 1791: "'*Generally speaking,' says the great political authority, Aristotle, 'a citizen is one partaking equally of power and of subordination.'* … In Wilson's view, "*a citizen of Pennsylvania is he, who has resided in the state two years; and, within that time, has paid a state or county tax: or he is between the ages of twenty one and twenty two years, and the son of a citizen.*" James Wilson, 1st commentaries on the Constitution. Here we clearly see Wilson referring to what could only be a "*natural born Citizen*" as "*the son of a citizen.*"

We also know that the Founders and Framers studied Roman law. The Framers were well read in the Roman and Greek classics as is expounded upon in their writings in the Federalist Papers. Jefferson

---

[1] Aristotle also gave us a definition of a "natural born Citizen." In "Politics, Book Three, Part II, Aristotle, writing in 350 B.C.E., as translated by Benjamin Jowett, gave us his definition of citizenship:

"Part II

But in practice *a citizen is defined to be one of whom both the parents are citizens*; others insist on going further back; say to two or three or more ancestors. This is a short and practical definition but there are some who raise the further question: How this third or fourth ancestor came to be a citizen? Gorgias of Leontini, partly because he was in a difficulty, partly in irony, said- 'Mortars are what is made by the mortar-makers, and the citizens of Larissa are those who are made by the magistrates; for it is their trade to make Larissaeans.' Yet the question is really simple, for, if according to the definition just given they shared in the government, they were citizens. This is a better definition than the other. For the words, 'born of a father or mother who is a citizen,' cannot possibly apply to the first inhabitants or founders of a state.

There is a greater difficulty in the case of those who have been made citizens after a revolution, as by Cleisthenes at Athens after the expulsion of the tyrants, for he enrolled in tribes many metics, both strangers and slaves. The doubt in these cases is, not who is, but whether he who is ought to be a citizen; and there will still be a furthering the state, whether a certain act is or is not an act of the state; for what ought not to be is what is false. Now, there are some who hold office, and yet ought not to hold office, whom we describe as ruling, but ruling unjustly. And the citizen was defined by the fact of his holding some kind of rule or office- he who holds a judicial or legislative office fulfills our definition of a citizen. It is evident, therefore, that the citizens about whom the doubt has arisen must be called citizens."
…http://classics.mit.edu/Aristotle/politics.html .

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:28   M
BPA BOOK _____ 52 _____ PAGES 723

DEPUTY CLERK

and other Founders had a love for Roman history and education. The Founders and Framers were great admirers of Cicero and read many of his works. It is not inconceivable that they would have read this English translation of *The Proposal* [2] and seen the clause "*natural born Citizen*." This shows that they did not need to borrow the clause from English common law's "*natural born subject*." Rather, they had sources that they read which contained the exact clause, "*natural born Citizen*," which clause also had its own meaning which was different from that of an English "*natural born subject*" which allowed children born in the King's dominion and under his allegiance to aliens to be English "*natural born subjects*."

A definition of a "*natural born Citizen*" was also provided by the world-renowned, Emer de Vattel in his ***The Law of Nations***, Section 212 (London 1797) (1st ed. Neuchatel 1758). Vattel had a great influence on the Founders and Framers in their constituting the new republic and writing the Constitution.  See, for example, J.S. Reeves, *The Influence of the Law of Nature Upon International Law in the United States*, 3 Am.J. Int'l L. 547 et. seq. passim (1909) (Vattel exerted such a profound political influence that it is often pointed out that his theories served as the backbone for American independence) Lee A. Casey, David B. Rivkin, Jr. and Darin R. Bartram, *Unlawful Belligerency and Its Implications Under International Law*, http://www.fed-soc.org/publications/PubID.104/pub_detail.asp (concerning U.S. constitutional analysis, "*Vattel is highly important. He was probably the international law expert most widely read among the Framers*"). In fact, Vattel continued to be practically applied in our nation for well over 100 years after the birth of the republic; F.S. Ruddy, *The Acceptance of Vattel*, Grotian Society Papers (1972) (Vattel was mainstream political philosophy during the writing of the Constitution. *The Law of Nations* was significantly the most cited legal source in America jurisprudence between 1789 and 1820). The Founders and Framers studied and were greatly influenced by Vattel. R.G. Natelson, ***The Original Constitution*** 49 and 69 (2010) ("*Vattel was probably the Founders' favorite authority on international law . . . .*" and his, treatise, *The Law of Nations*, was their favorite).

What *Minor* said about a "*natural born Citizen*" was confirmed in *U.S. v. Wong Kim Ark*, 169 U.S. 649 (1898) (acknowledging and confirming Minor's American common law definition of a "*natural-born citizen*" but adding based on the English common law that since "'[t]he child of an alien, if born in the country, is as much a citizen as the natural-born child of a citizen, and by operation of the same principle [birth in the country]'" (bracketed information supplied), a child born in the United States to domiciled alien parents was a Fourteenth Amendment "*citizen of the United States*"). This American common law definition of a "*natural born Citizen*" has never been changed, not even by the Fourteenth Amendment (only uses the clause "*citizen of the United States*" and does not mention "*natural born Citizen*") or by *Wong Kim Ark*, and therefore still prevails today. Both those U.S. Supreme Court cases define a "*natural born Citizen*" as a child born in a country to parents who are citizens of that country.

---

[2] Roman law provided: "Lex MENSIA, **That a child should be held as a foreigner, if either of the parents was so. But if both parents were Romans and married, children always obtained the rank of the father**, (patrem sequuntur liberi, Liv. iv. 4.) and if unmarried, of the mother, Uipian." Alexander Adam, Roman antiquities: or, An account of the manners and customs of the Romans 210 (6th ed. corrected 1807). Cicero wrote in A Proposal:

"The Colophonians claim Homer as their own free Denizen, the Chians challenge him as theirs, the Salaminians demand him again for their own, but the Smyrneans assert him to be their natural born Citizen; and therefore have also dedicated a Temple to him in their Town of Smyrna. There are a great many besides at Daggers-drawing among themselves, and contend for him."

A Proposal For Printing in English, The Select Orations of Marcus Tullius Cicero, According to the last Oxford Edition 17 (Henry Eelbeck trans. London 1720).

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20   M
BPA BOOK _____ 32 _____ PAGES 724
DEPUTY CLERK

### In the matter of Rome's Coup d'etat over the "Accursed" United States of America

### by Eric Jon Phelps with edits by Christopher Earl Strunk (2014)

**On March 4, 1933 Franklin Delano Roosevelt** (FDR) assumes the Office of President of the United States, and with his Inaugural Address seizes and gives ALL Property and persons as collateral for the debt of the United States in national "consecration" to its prime Creditors, the Vatican State and Crown's City of London, and **as Commander in chief FDR issues Proclamation 2039 on March 6, 1933**, as the Military Conqueror as if he were "Augustus Caesar" of the American Republic, declaring a state of National Emergency based upon The **"Trading With the Enemy Act"** of October 6, 1917 (40 Statute Law 411);

Congress at the demand of every Governor on March 9, 1933 passes the **"Emergency Banking Relief Act"** (12 USC 95a), thereby Amending the notorious World War I Statute "**Trading With the Enemy Act**" of October 6, 1917, (50 USC App. 5(b)) (TWEA) , and then FDR issues **Proclamation 2040** on March 9, 1933, also confirmed by "**Emergency Banking Relief Act**" (12 USC 95b) and bringing the **TWEA** inland, imposing Military Government

- This Amended WWI Statute in fact regards all "**PERSONS**" "**Within the United States**" as seized property of the federal government to be treated as an "**enemy**" and "**enemy ally**" or "**belligerents and rebels**" by the Conqueror's Military Government.

- These "**belligerents and rebels**" are publicly residing in the Several States Now considered to be "**conquered territories.**"

- By 1939 all American Common Law Civil Process will be gone. In its place will be **Roman Civil Law Martial Process** imposed on all "**PERSONS**" (natural and artificial) subject to the Conqueror's *De facto* **Equity Jurisdiction of the "United States."**

- This **Martial Process** will apply to all Public "**United States Citizens.**"

- This **Martial Process** cannot apply to Private "**Citizens of the United States,**" Privately residing on the land at Common Law, while holding Private State Citizenship pursuant to Section 1 of the 14th Amendment.

### "The Emergency Banking Relief Act" (EBRA) (48 Statute Law 1)

This Act accomplished the Design of the **Society of Jesus** in "the Company's" Great Conspiracy against the Liberties of the United States set forth in Samuel Morse's Nineteenth century masterpiece, *Foreign Conspiracy Against the Liberties of the United States* (1835). Just as the Order had brought the British Admiralty (possessing both a criminal and civil jurisdiction unlike American Admiralty with only a civil jurisdiction) inland in the days of Jesuit-ruled King Charles Stuart I of England thereby attempting to do away with the English Common Law on the land, the Jesuits accomplished essentially the same thing here in America with this wicked Act aided by the "Roosevelt Court."

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20 PM
BPA BOOK _____ 32 _____ PAGES 725
DEPUTY CLERK

In the passing of this Act which the emotionally distressed Congress never read, the following must be understood:

1. The "Trading With the Enemy Act," as passed originally in 1917 and amended in 1918, was made to apply to any "**enemy**" of the United States.

2. The "**enemy**" was defined to be "any individual, partnership, or other body of individuals of any nationality, resident within the territory of any nation with which the United States is at war."

3. Other enemy "**individuals**" were defined as "natives, citizens, or subjects of any nation with which the United States is at war, **other than citizens of the United States.**" These "citizens of the United States" in 1917 held Private citizenship of the United States without having been reduced to the inferior citizenship status of being property of and surety for the State-created Public "citizen of the United States," which public citizenship status was imposed on March 9, 1933.

4. The "Trading With the Enemy Act" also defined the term "**person**." A "**person**" was "deemed to mean an individual, partnership, association, company, or other unincorporated body of individuals, or corporation or body politic." Therefore in 1917 a "**person**" could mean both a natural person/Private Citizen of the United States and an artificial person/Public citizen of the United States in privilege.

5. Therefore, a "**person**" as defined by the "Trading with the Enemy Act" **DID INCLUDE** a "citizen of the United States," which at the time was a Private "citizen of the United States."

6. The "Emergency Banking Relief Act" of March 9, 1933, amended the "Trading With the Enemy Act" of 1917 (previously amended fourteen times from March 26, 1918, to March 10, 1930), bringing the "Trading With the Enemy Act" inside the United States applying it to "*any place subject to the jurisdiction thereof*" [*all the States within the United States*] when previously, under the "Trading With the Enemy Act," all transactions "*executed wholly within the United States*" were excluded;

7. The "Emergency Banking Relief Act" defined any "**person**" to mean "an individual, partnership, association or corporation." The term "person" was defined to mean a Public "citizen of the United States." The term "**person**" excludes a Private "citizen of the United States."

8. Therefore, the "Trading with the Enemy Act" defined a "person" to include a Private Citizen of the United States. The "Emergency Banking Relief Act" defined a "**person**" to be an artificial

**Exhibit A**                              **Page 7 of 15**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20 P M
BPA BOOK _____ 32 _____ PAGES 726
DEPUTY CLERK

entity (obviously being a partnership, association, or corporation) to include an "**individual**" "**person**" to be treated as an artificial entity which cannot include the Private Citizen of the United States.

9. For that "**individual**" American to be treated as an artificial entity, his Private "citizenship of the United States" had to be reduced by an implied, constructive contract by operation of law to the inferior grade of quasi-corporate citizenship.

10. The corporation that is a citizen is a "**Public**" citizen of the United States. It is created for the benefit of the public. The corporation is not a "**Private**" Citizen of the United States. Only individual Men and Women can be "**Private**" Citizens of the United States as intended by Section 1 of the Fourteenth Amendment.

11. Therefore, the Private "citizen of the United States" is protected in his citizenship status by Section 1 of the Fourteenth Amendment to the Constitution of the United States. Federal statute 12 USC 95a amending and resting upon 50 USC 5(b) does not apply to the Private Citizen of the United States.

12. Because the individual Private "Citizen of the United States" is protected by Section 1 of the Fourteenth Amendment, he was specifically **EXCLUDED** by definition from the "Emergency Banking Relief Act," which act of FDR's Emergency War Powers Congress (by way of the amended "Trading With the Enemy Act," Section 17), imposed a **martial process** upon the courts, federal and state, after April 25, 1938.

13. Therefore the good news is, all Private "Citizens of the United States" are protected in their private right to a **civilian due process** of law on a federal level by the Fifth Amendment, and to a **civilian due process** on a state level by Section 1 of the Fourteenth Amendment.

14. Therefore every Private "Citizen of the United States" is neither a "***person***" nor "***property***" "***subject to the jurisdiction of the United States***" referred to in the Emergency Banking Relief Act (12 USC 95a) passed by the Emergency War Powers Congress on March 9, 1933.

15. And therefore, all Private "citizens of the United States" are not subject to the provisions of the "Emergency Banking Relief Act" (12 USC 95a) having amended the "Trading With the Enemy Act" of October 6, 1917, as previously amended on March 28, 1918, now codified as 50 USC App. 5(b)), including a **martial due process of law** imposed by the amended "Trading With the Enemy Act" upon any artificial "**person**" within the United States and "***subject to the jurisdiction thereof,***" i.e, "subject to the *de facto* Emergency War Powers jurisdiction thereof."

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20   M
BPA BOOK     32     PAGES  727
DEPUTY CLERK

## A Word for Word Comparison

## Between 50 USC App. Section 5(b) of the

## "The Trading With the Enemy Act" of October 6, 1917, 40 Stat. Law 411

## as Amended on March 28, 1918,  and Section 5(b) of the "Trading With the Enemy Act"

## "The Emergency Banking Relief Act" of March 9, 1933, 48 Stat. Law 1

This **Word for Word Comparison** is critical in understanding how "The Emergency Banking Relief Act" (1933) Amended "The Trading With the Enemy Act" (1917) as Amended in substance making "The Trading With the Enemy Act" the Law of the Land of the United States of America.

"The Trading With the Enemy Act" as Amended on March 9, 1933, imposed a *de facto* Emergency War Powers Military Government, while ousting *de jure* Civilian Constitutional Government.

All Courts, Federal and State, now impose a Martial Due Process instead of a Civilian Due Process on every *"Person Within the United States,"* Natural and Artificial.

### "Trading With the Enemy Act," Section 5(b), 40 Statute Law 411

1917—**"That the President may investigate, regulate, or prohibit,**

1933—"During time of war or during any other period of national emergency declared by the President, **the President may**, through any agency that he may designate, or otherwise, **investigate, regulate, or prohibit,**

**Change 1.** TWEA is now imposed inside the geographic United States during a declared state of national emergency.

**Change 2.** The President may now create agencies to "investigate, regulate or prohibit." These agencies will be created during the 1930s.  The Securities and Exchange Commission is created in 1933; its first director is Knight of Malta Joe Kennedy.  A host of other agencies will be created as a result of the Jesuit Order's Fabian Socialist New Deal.

1917—**"under such rules and regulations as he may prescribe, by means of licenses or**

1933—**"under such rules and regulations as he may prescribe, by means of licenses or**

1917—**"otherwise, any transactions in foreign exchange, export or ear-markings of gold**

1933—**"otherwise, any transactions in foreign exchange, transfers of credit between**

**Exhibit A**                                **Page 9 of 15**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014    AT    1:20 PM
BPA BOOK    32    PAGES 728

DEPUTY CLERK

or payments by banking institutions as defined by the President, and export,

hoarding, melting, or earmarking of gold

Change 3.  Banking institutions within the United States are totally regulated by Congress without limitation.  No "Individual" may "hoard" his gold.  All gold will be taken from *any person within the United States* on June 5, 1933, via HJR-192 [3].

1917—"or silver coin or bullion or currency, transfers of credit in any form (other than

credits relating solely to transactions to be executed wholly within the United

States), and transfers of evidences of indebtedness or of the ownership of

property between the United States and any foreign country, whether enemy,

ally of enemy or otherwise, or between residents of one or more foreign

countries, by any person within the United States;

1933—"or silver coin or bullion or currency, by any person within the United States

---

[3]     When the Emergency Banking Act of 1933 and the Gold Reserve Act of 1934 outlawed the use of gold, such contracts became sources of controversy. In the gold clause case *Norman vs. Baltimore & Ohio Railroad Co.*, 294 U.S. 240 (1935), the U.S. Supreme Court ruled that gold clauses were invalid. However, Congress later reinstated the option to use gold clauses for obligations (new contracts) issued after October 1977 in accordance with 31 U.S.C. § 5118(d)(2).
        **The United States Gold Reserve Act of January 30, 1934** required that all gold and gold certificates held by the Federal Reserve be surrendered and vested in the sole title of the United States Department of the Treasury.
        The Gold Reserve Act outlawed most private possession of gold, forcing individuals to sell it to the Treasury, after which it was stored in United States Bullion Depository at Fort Knox and other locations. The act also changed the nominal price of gold from $20.67 per troy ounce to $35.
        A year earlier, in 1933, Executive Order 6102 had made it a criminal offense for U.S. citizens to own or trade gold anywhere in the world, with exceptions for some jewelry and collector's coins. These prohibitions were relaxed starting in 1964 – gold certificates were again allowed for private investors on April 24, 1964, although the obligation to pay the certificate holder on demand in gold specie would not be honored. By 1975 Americans could again freely own and trade gold.
        The Gold Reserve Act authorized the Exchange Stabilization Fund to use such assets as were not needed for exchange market stabilization to deal in government securities.
        The Gold Reserve Act had economic ramifications far beyond national finance. At that time many contracts stipulated that their monetary terms could be demanded in gold. Such gold clauses were intended to protect against the United States devaluing the dollar. When the Emergency Banking Act of 1933 and the Gold Reserve Act of 1934 outlawed the use of gold, such contracts became sources of controversy. In the gold clause case *Norman vs. Baltimore & Ohio Railroad Co.*, 294 U.S. 240 (1935), the U.S. Supreme Court ruled that gold clauses were invalid. However, Congress later reinstated the option to use gold clauses for obligations (new contracts) issued after October 1977 in accordance with 31 U.S.C. § 5118(d)(2).
        The 2008 decision *216 Jamaica Avenue, LLC vs S&R Playhouse Realty Co.* established that a gold clause in contracts signed before 1933 was only suspended not erased, and under certain limited circumstances might be reactivated.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 2 9 2014   AT   1:20 P M
BPA BOOK____32____ PAGES 722

DEPUTY CLERK

<u>Change 4</u>.  The provision excluding the TWEA of October 6, 1917, as amended from regulating transactions executed wholly within the United States is eliminated.  All foreign and domestic transactions of *"any person within the United States"* is to be investigated, regulated or prohibited.

1917—"<u>and he</u> may require any such person engaged in any <u>such</u> transaction to furnish

1933—"or any place subject to the jurisdiction thereof; and the President may require any person engaged in any transaction referred to in this subdivision to furnish

<u>Change 5</u>.  The "new jurisdiction of the United States" established by the emergency war powers military government of the United States under Proclamation 2040 approved and confirmed by the EBRA amending the TWEA, now extends to all states and territories.

1917—"under oath, complete information relative thereto, including the production

1933—"under oath, complete information relative thereto, including the production

1917—"of any books of account, contracts, letters or other papers, in connection

1933—"of any books of account, contracts, letters or other papers, in connection

1917—"therewith in the custody or control of such person, either before or after

1933—"therewith in the custody or control of such person, either before or after

1917—"such transaction is completed.

1933—"such transaction is completed.

1917—[End of Statute]

1933—"Whoever willfully violates any of the provisions of this subdivision or of any

license, order, rule or regulation issued thereunder, shall, upon conviction, be

fined  not more than $10,000, or, if a natural person, may be imprisoned for not

more than ten years, or both; and any officer, director, or agent of any

corporation who knowingly participates in such violation may be punished by a

like fine, imprisonment, or both.  As used in this subdivision the term 'person'

means an individual, partnership, association, or corporation."  [End of Statute]

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20    M
BPA BOOK    32    PAGES
DEPUTY CLERK

**Change 6.**  New penalties are imposed for violating the amended TWEA extended into the United States affecting *"any person within the United States"* (natural or artificial) *"subject to the jurisdiction thereof,"* namely, to the newly imposed, non-civilian, emergency war powers, martial jurisdiction of the United States.

> Note:  **"Person"** as defined under the TWEA is identical to a **"Person"** defined in the EBRA. However, an individual natural **"Person"** under the TWEA was a Private Citizen of the United States under Section 1 of the 14th Amendment.  The natural **"Person"** under the EBRA amending the TWEA and thereby extending the TWEA into the United States is a Public **"U.S. citizen"** treated like a corporation in commercial privilege.

## CONCLUSION

### Citizenship Status and Jurisdiction of the United States

I.  Private Citizenship of the United States, Section 1, 14th Amendment

*"All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside."*

A.  An individual is a natural "*person*."

B.  That individual natural "*person*" is "*born or naturalized in the United States*" (the geographic "United States" composed of the states in union under the Constitution of the United States).

C.  That individual natural "*person*" is "*subject to the jurisdiction thereof*," the jurisdiction of the United States.

D.  The "*jurisdiction thereof*" (jurisdiction of the United States) is the constitutionally-established, constitutionally-limited, *de jure*, civilian jurisdiction of the United States that began on March 4, 1789, and that ended on March 6, 1933, confirmed and approved on March 9, 1933, by the Emergency Banking Relief Act.

E.  The citizenship of the "citizen of the United States" is private, not public.

F.  Therefore, the Private "citizen of the United States" under Section 1 of the 14th Amendment is a "*person . . . subject to the jurisdiction of the United States*." That jurisdiction is a civilian jurisdiction.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 2 9 2014   AT   1: 20   M
BPA BOOK ___32___   PAGES ___731___
DEPUTY CLERK

II. Public Citizenship of the United States, Section 1, 14th Amendment

    A. A corporation is a "***person***" under Section 1, 14th Amendment.

    B. A corporation is a "***citizen***" under Section 1, 14th Amendment.

    C. A corporation is created by a state for the benefit of the public.

    D. A corporation is a public "***citizen of the United States***."

    E. By operation of law, the Certificate of Live Birth, on the day it was filed with a public office of the state of natural birth, created an individual corporate/trust entity, a Public "***citizen of the United States***," its property being the Private "***citizen of the United States***."

    F. On March 6, 1933 (approved and confirmed on March 9, 1933, via the EBRA), all registered property (land, labor and businesses) were seized as "booty of war" by Proclamation 2039 of President Franklin D. Roosevelt acting under the World War I statutory authority of the "Trading With the Enemy Act" of October 6, 1917, as amended 14 times up to and including March 10, 1930.

    G. On March 6, 1933 (approved and confirmed on March 9, 1933, via the EBRA), the constitutional, limited, *de jure*, civilian government of the United States was ousted and replaced with a statutory, unlimited, *de facto*, military government of the United States.

    H. On March 6, 1933 (approved and confirmed on March 9, 1933, via the EBRA), the civilian "***jurisdiction of the United States***" under Section 1 of the 14th Amendment was removed and replaced with the military "***jurisdiction of the United States***" under the "Emergency Banking Relief Act" now codified as 12 USC 95a based upon the military "Trading With the Enemy Act" now codified a 50 USC App. 5(b).

    I. Therefore, the Public "***citizen of the United States***" under Section 1 of the 14th Amendment is a "***person . . . subject to the jurisdiction of the United States***" under the "Emergency Banking Relief Act" (12 USC 95a) based upon the "Trading With the Enemy Act" (50 USC App. 5(b)). That jurisdiction is a military jurisdiction imposing martial process in every action, state and federal, civil and criminal.

### FINAL CONCLUSION

The <u>Private</u> "***citizen of the United States***" is a "***person***" subject to the constitutional, *de jure*, peacetime, jurisdiction of the United States under Section 1 of the 14th Amendment.

That peacetime jurisdiction of the United States is a **civilian jurisdiction** using **civilian process** to gain *in personam* jurisdiction.

**Exhibit A**                                   **Page 13 of 15**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 2 9 2014   AT   1 : 25 P M
BPA BOOK   32   PAGES 732

DEPUTY CLERK

On the other hand:

The <u>Public</u> "***citizen of the United States***" is a "***person***" subject to the statutory, *de facto*, wartime jurisdiction of the United States under the "Emergency Banking Relief Act" (codified as 12 USC 95a) based upon the military "Trading With the Enemy Act" (codified as 50 USC App. 5(b)).  All actions, federal and state, criminal and civil, using martial process to confer *in personam* jurisdiction of the emergency war powers courts are founded upon these **two statutes**.

That wartime jurisdiction of the United States is a **military jurisdiction** using **martial process** to gain *in personam* jurisdiction.

**You are either a Constitutional <u>Private</u> "citizen of the United States"**

Or

You are a Statutory <u>Public</u> "citizen of the United States"

---

**You are either a "*<u>person</u>*" under Section 1 of the 14<sup>th</sup> Amendment**

Or

You are a "*<u>person</u>*" under the <u>commercial</u> "Emergency Banking Relief Act" (1933)
(12 USC 95a)
Based upon the <u>martial</u> "Trading With the Enemy Act" (1917)
(50 USC App. 5(b))

---

**You are either subject to a <u>civilian</u> "*jurisdiction of the United States*"
Under Section 1 of the 14<sup>th</sup> Amendment**

Or

You are subject to a <u>martial</u> "*jurisdiction of the United States*"
Under the "Emergency Banking Relief Act" (1933) and
The "Trading With the Enemy Act" (1917)
(12 USC 95a and 50 USC App. 5(b))

---

**You are one of the <u>Sovereign People</u> of the United States of America**

Or

You are one of the <u>conquered people</u> of the United States of America

**The End**

LAMAR COUNTY GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014 AT 1:20 P M
BPA BOOK ____32____ PAGES 733
DEPUTY CLERK

That for the reasons expressed above, notwithstanding whether a natural person is born within a State of the United States of married citizen parents, the Executor and Beneficiaries of this EXPRESS DEED IN TRUST TO THE UNITED STATES OF AMERICA are of a singular class separate and apart from those who are either naturalized or born a citizen, and are unable to certify as eligible for POTUS one of the conquered people of the United States of America as long as the dejure citizen of the United States remains the surety-indenture for the Debtor trust with beneficial interest in the surety, for that natural person is the property of the United States and is a slave unable to fulfill the duties of POTUS.

Therefore, the Executor and Beneficiaries are bound by their registered status as private citizens of the United States with their bonafide status as a natural-born Citizen within the duties and obligations of this DEED in TRUST to only certify a candidate is eligible based upon the foregoing and shall seek equity relief of a chancellery court for attempt to USURP the POTUS to the contrary.

That the Beneficiaries for this DEED in TRUST are private citizens of the United States in respect to the debtor trust entity registered with the United States Secretary of the Treasury with acceptance confirmed for each respective package by Certified Mail with numbers for their account in regards to the period ending before the filing of this DEED in TRUST and that the undersigned Beneficiaries are certified natural-born Citizens capable of rendering a decision as to the status of a POTUS candidate.

That Executor and Settlor (SETTLOR), who privately is of equal beneficial interest to the Beneficiaries or any member of the class defined above in the execution of the obligations of this DEED in TRUST, is **Christopher Earl Strunk** in esse Sui juris private citizen of the United States, the secured beneficiary agent of the Debtor Trust transmitting utility ™CHRISTOPHER EARL STRUNK© as duly registered with the United States Secretary of the Treasury with account ▮▮▮▮▮ Accrual ▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮ and located at 593 Vanderbilt Avenue PMB 281 Brooklyn, New York zip code excepted 11238  Cell Phone: 845-901-6767 Email: chris@strunk.ws, who upon his acceptance will duly serve this Trust publicly without beneficial interest until further written notice unanimously approved by undersigned Beneficiaries and be reimbursed for his time and expense acceptable to the Beneficiaries.

**The undersigned Beneficiaries hereby enact this EXPRESS DEED IN TRUST and appoint the SETTLOR:**


▮▮▮▮▮▮▮▮▮▮▮ in esse Sui juris
private citizen of the United States,
the secured beneficiary agent of the Debtor Trust
transmitting utility ▮▮▮▮▮▮▮▮▮

Dated: _April 23 2014_

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014 AT    1:28 PM
BPA BOOK    32    PAGES 124

DEPUTY CLERK

## BENEFICIARY AMENDMENT TO THE EXPRESS DEED IN TRUST TO
## THE UNITED STATES OF AMERICA

### WITH BENEFICIARY DISCRETION FOR PRIVATE CITIZENS OF THE UNITED STATES WHO ARE TRUE *NATURAL-BORN CITIZENS* UNDER THE UNITED STATES CONSTITUTION ARTICLE 2 SECTION 1 CLAUSE 5 AND NOT SURETY-INDENTURES FOR THEIR RESPECTIVE DEBTOR TRUST ENTITY UNDER 12 USC 95 AND 50 USC APP. 5(b) MARTIAL GOVERNMENT WITH A CONTINUING NATIONAL EMERGENCY

**This is a Beneficiary Amendment to the Express Deed in Trust claim of beneficial interest in and over** all the public and private real, personal, tangible and intangible Property within THE UNITED STATES OF AMERICA geographic border to safeguard and secure for the posterity of WE the People of the United States of America in the nation given by GOD for securing each private Citizen's unalienable rights and beneficial interest in pursuit of life liberty and happiness in perpetuity, **and with the Executor and Beneficiaries duty to this Trust shall guarantee that all incumbents and future candidate(s) for the Office of President or Vice President of the United States (POTUS) shall be a bonafide *Natural-Born Citizen* (NBC) private citizen of the United States agent who is surety no more to the Debtor Trust Entity in compliance with the United States Constitution Article 2 Section 1 Clause 5, either under 12 USC 95 and 50 USC App. 5(b) with the Military Government authority of renewed annual National Emergency or otherwise (DEED in TRUST).**

That for the reasons expressed above, notwithstanding whether a natural person is born within a State of the United States of married citizen parents, the Executor and Beneficiaries of this EXPRESS DEED IN TRUST TO THE UNITED STATES OF AMERICA are of a singular class separate and apart from those who are either naturalized or born a citizen, and are unable to certify as eligible for POTUS one of the conquered people of the United States of America as long as the dejure citizen of the United States remains the surety-indenture for the Debtor trust with beneficial interest in the surety, for that natural person is the property of the United States and is a slave unable to fulfill the duties of POTUS.

Therefore, the undersigned ▓▓▓▓▓▓▓▓▓▓▓▓ is bound to the rules and intent of this DEED in TRUST by the unanimous decision of the Executor SETTLOR Christopher Earl Strunk and Beneficiary ▓▓▓▓▓▓▓▓▓ have authorized me to become a DEED in TRUST Beneficiary based upon my registered status as private citizen of the United States with a bonafide natural-born Citizen status within the duties and obligations of this DEED in TRUST to only certify a candidate is eligible based upon the foregoing and shall seek equity relief of a chancellery court for any incumbent and or attempt to USURP the POTUS to the contrary.

1. ▓▓▓▓▓▓▓▓▓▓▓▓▓, the undersigned hereby accept the terms, conditions and duties as a Beneficiary to this EXPRESS DEED IN TRUST.

Dated: 25 April 2014

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in esse Sui juris
private citizen of the United States,
the secured beneficiary agent of the Debtor Trust
transmitting utility ▓▓▓▓▓▓▓▓▓▓▓▓

EXHIBIT A - 2

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014 AT 1:20 P M
BPA BOOK 52 PAGES 135
DEPUTY CLERK

## AFFIDAVIT OF TRUTH
### For a true and correct copy of the Original

I, **Christopher Earl Strunk**, in esse Sui juris, solemnly affirm, depose and declare under the penalties of perjury that the attached **NOTICE TO THE AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT RE: OFFER OF CONTRACT Received 20 January 2009 and received 21 January 2009 FOR THE RECORD RETURN and REDRAFT TIMELY WITHOUT DISHONOR WITH THE RESTRICTED SPECIAL-APPEARANCE NOT A CORPORATION The Living-Soul, with Attachments: *Oath of 20 January 2009 offer for contract /Returned & Redrafted, * Oath of 21 January 2009 offer for contract / Returned & Redrafted, * Notice to the Clerk of Records Judicial Notice (page 1 of 2),*Judicial Notice (page 2 of 2); along with the proof of service by registered mail,** and that on January 23, 2009, Affirmant privately did duly fire BARACK HUSSEIN OBAMA II, for being ineligible to POTUS and Commander-in-chief, and did duly serve notice upon he and his agents accordingly to no avail of law to date see the eight (8) page document marked by me as "**Exhibit B**" at the lower left hand corner of each of the pages is an exact, true and correct copy of the original.

Further Affiant Sayeth Not.

**Christopher Earl Strunk** in esse Sui juris secured
beneficiary agent of the Debtor Trust transmitting utility
™CHRISTOPHER EARL STRUNK©
Private Citizen of the United States of America
Private Citizen of the State of New York
Private Resident of the County of Kings
All Rights Reserved Without Prejudice

Acknowledgment:

**THE STATE OF NEW YORK  )**
                                                    }ss
**THE COUNTY OF KINGS     )**

**BEFORE ME**, on this day personally appeared **Christopher Earl Strunk** known to me to be the person described herein and who solemnly affirmed under the penalties of perjury that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Sworn before me on this ____ day of April, 2014.

KAMAL P. SONI
Notary Public, State of New York
No. 01SO0089949
Qualified in Kings County
Commission Expires March 31, 2015

Notary Public




Non-Domestic
In Care of:
593 Vanderbilt Avenue – 281
Brooklyn, New York
Zip Code exempt DMM 122-32
Christopher-Earl : Strunk ©
Not a corporation
Living-Soul
Declarant
No Third Parties

Barack Hussein Obama *in esse*,
a/k/a Barry Soetoro *in esse*,
a/k/a Barry Dunham *in esse*,
a/k/a Barry Durham *in esse*
DBA BARACK HUSSEIN OBAMA, INC.
SUPERVISOR(S), HEIR(S), AGENT(S),
ASSIGN(S)
In care of :
the AGENT IN CHARGE OF THE
UNITED STATES SECRET SERVICE
*Office of Government and Public Affairs*
245 Murray Drive,
Building 410,
Washington, DC 20223

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20P M
BPA BOOK ___32___ PAGES ___
DEPUTY CLERK

NOTICE TO THE AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL
IS NOTICE TO AGENT
RE: OFFER OF CONTRACT
Received 20 January 2009 and received 21 January 2009

### FOR THE RECORD
RETURN AND REDRAFT
TIMELY, WITHOUT DISHONOR
WITH THE RESTRICTED SPECIAL-APPEARANCE
NOT A CORPORATION
The Living-Soul

Attachments:

- Oath of 20 January 2009 offer for contract /Returned & Redrafted
- Oath of 21 January 2009 offer for contract /Returned & Redrafted
- Notice to the Clerk of Records
- Judicial Notice (page 1 of 2)
- Judicial Notice (page 2 of 2)

Under reserve with the copy-claim
without prejudice, without recourse

By
not a corporation
© in esse
Living-Soul

1 OF 6

**Exhibit B**

LA... COUNTY. GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20  M
BPA BOOK ___32___   PAGES _731_

DEPUTY CLERK

# Obama second oath... Congratulations again!

US pre... takes oath of office after inauguration mistake.

---

---

The ... Obama ... the oath of office after an inauguration stumble
... on Wednesday ... the House because a word was out
... would ... day.

It took ... between President Barack Obama and U.S. Chief
Justice John ...

Roberts: "I, Barack Hussein Obama do solemnly swear."

President Obama: "I, Barack... do solemnly swear."

Roberts: "That I will faithfully execute the office of President of the United States."

President Obama: "That I will faithfully execute ... of the United States."

Roberts: "And will to the best of my ability."

President Obama: "And will to the best of my ability."

Roberts: "Preserve, protect and defend the constitution of the United States."

President Obama: "Preserve, protect and defend the constitution of the United States."

Roberts: "So help me God."

President Obama: "So help me God."

Roberts: "Congratulations again!"

President Obama: "Thank you, sir!"

**Exhibit B**                    2 of 6

Under reserve with the copy-claim
without prejudice, without recourse

By _____   © in esse
not a corporation   Living-Soul

L....AR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20 P M
BPA BOOK ____ 52 ____ PAGES ____

DEPUTY CLERK

# Roberts, Obama stumble reciting 35-word oath

Video: Presidential Oath FOX News
Video: Barack Obama sworn in as President Reuters

Chief Justice John Roberts and President Barack Obama stumbled slightly over the words of the oath of office on Tuesday, creating a brief, awkward moment in an otherwise smooth transition of power.

Roberts said the oath without the aid of a text, and as he began, the president nodded his head, as if to comply with the wording, even though according to law, in which the president repeats the oath as contained in the US Constitution of 1787.

Obama then stumbled as he repeated the phrase "...that I will faithfully execute the office..." as he said "execute" before Roberts had completed the phrase. Roberts corrected himself, and after a brief pause, the two men completed the oath.

Roberts apparently started to say "...to the best of my ability..." but stopped, and without repeating the word "faithfully" in the next place, but went back and recited the word "faithfully" in the next place, and the men finished the oath.

Obama then was officially the 44th president of the United States, though by some accounts, roughly five minutes late. Technically, Obama was already president. The term of the incoming president begins at noon on Jan. 20.

## TRANSCRIPT OF OATH CEREMONY

CJ Roberts   Are you prepared to take the oath Senator?
BHO          "I am."
CJ Roberts   "I, Barack Hussein Obama, do solemnly swear..."
BHO          "I, Barack Hussein Obama do solemnly swear..."
CJ Roberts   "that I will execute the Office of President to the United States faithfully..."
BHO          "that I will execute..."
CJ Roberts   "faithfully... the Office of President of the United States..."
BHO          "the Office of President of the United States faithfully..."
CJ Roberts   "and I will to the best of my ability..."
BHO          "and I will to the best of my ability..."
CJ Roberts   "...preserve protect and defend the Constitution of the United States..."
BHO          "...preserve protect and defend the Constitution of the United States..."
CJ Roberts   "So help you God."
BHO          "So help me God."

U.S. Constitution Article 2 Section 1 Clause 8   I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and I will to the best of my ability preserve protect and defend the Constitution of the United States

Under reserve with the copy-claim
without prejudice, without recourse

By: _____   © in esse
not a corporation   Living-Soul

3 of 6

**Exhibit B**

... MAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20   M
BPA BOOK ___ 32 ___ PAGES 759

DEPUTY CLERK

#### NOTICE TO THE CLERK OF RECORDS

The minute you receive any record, document, paper, proceeding, map, book or other thing deposited with you, you are committing crimes against justice under Revised Statutes of the United States First Section 43 Congress. Sections 5403, 5407 and 5408 totaling up to $9,000 in fines and up to 12 years in prison per affidavit you fail to record. Title 18 USC Section 2071 also carries fines, imprisonment and disqualification of office. If your county attorney told you not to file any documents like mine, you are still responsible, as I do no accept any third-party-interveners. Any attorney, district attorney, or anyone from the lawyering craft are all third-parties and do not have a license to make a legal determination in this matter as they do not represent Me and You, the county clerk, do not have the authority to represent Me. Should You fail to uphold Your sworn oath and perform your duties I will have no choice but to record an Affidavit of Criminal Complaint against Your and send a copy to Your bonding company.

#### Title LXX.—CRIMES.—CH.4.  CRIMES AGAINST JUSTICE

SEC.5403. Every person who willfully destroys or attempts to destroy, or, with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than tree years, or both: [See § § 5408,5411,5414 1] Title LXX — CRIMES — CH.4 CRIMES AGAINST JUSTICE (Destroying, &c., public records.)

SEC.5407. If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of person, to the equal protection of the laws, each of such person shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. See § § 1977-1991, 20042010, 5506-5510.1 Title LXX. — CRIMES. — CH.4. CRIMES AGAINST JUSTICE (Conspiracy to defeat enforcement of the laws.)

SEC.5408. Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both, and shall moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States. (Destroying record by officer in charge.)

#### 18 USCS SECTION 2071 (2002)

Section 2071. Concealment, removal, or mutilation generally

(a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fines under this title or imprisoned not more than three years, or both

(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

Under reserve with the copy-claim
without prejudice, without recourse

By. _____   © in esse
not a corporation      Living-Soul

4 of 6

**Exhibit B**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014 AT 1:20 P M
BPA BOOK ____ 32 ____ PAGES 790
DEPUTY CLERK

## [JUDICIAL NOTICE]

[ While the misrepresentation of a material fact, past or present may constitute basis for an inference of legal "fraud," any act, omission or concealment which involves a breach of legal duty, trust or confidence, justly reposed and is injurious to another, or by which an undue advantage is taken of another, may become the foundation for inference of fraud, and when there is a duty to speak, the concealment of a material fact may be equally as wrongful as a positive misrepresentation. Tex. Civ. App. 1943, *Ruebeck v. Hunt. 171 SW2d 895, affirmed 176 SW2d 7382 142 Tex.167i 150 A.L.R. 775.* ]

[ Party having superior knowledge who takes advantage of another's ignorance of the law to deceive him by studied concealment or misrepresentation can be held responsible for that conduct. Tex. 1987. *Fina Supply, Inc. v. Abilene National Bank, 726 SW2d 537* ]

[ We (judges) have no more right to decline the exercise of jurisdiction which is given, (this will include the county court of record judge Victor Carillo) than to usurp that which is not given. The one or the other would be treason to the Constitution." *Cohen v. Virginia, 6 Wheat. 264, (1821); U.S. v. Will, 499 U.S. 200.* ]

[ "(When a government becomes a partner in any trading company, it divests itself, so far as concerns the transactions of that company, of its sovereign character, and takes that of a private citizen…It descends to a level with those with whom it associate itself, and takes the character which belongs to its associates and to the business which is to be transacted." *Bank of United States v. Planters' Bank of Georgia. 22 U.S. 904(1824).* ]

[ "The United States as drawee of commercial paper stands in no different light than any other drawee." "The United States does business on business terms. It is not exempted from the general rules governing the rights and duties of drawees by the largeness of its dealings and its having to employ agents to do what if done by a principal in person would leave no room for doubt." *Clearfield Trust Co. v. United States, 318 U.S. 363(1943).* ]

[ "Courts enforcing mere statutes do not act judicially, but ministerially, having no judicial immunity, and unlike Courts of Law, do not obtain jurisdiction by service of process nor even by Arrest and Compelled Appearance." *Boswell v. Otis, 9 Howard 336, 348.* ]

[ "Want of jurisdiction may not be cured by consent of the parties." *Industrial Addition Association v. C.I.R. 323 U.S. 310, 313.* ]

Under reserve with the copy-claim
without prejudice, without recourse

By _____

© in esse
not a corporation          Living-Soul

5 OF 6

**Exhibit B**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20 P M
BPA BOOK ___ 32 ___ PAGES 741

DEPUTY CLERK

[ Judicial Notice ]

1. ["A judgment rendered in violation of due process is void." *World Wide Volkswagon Woodsen*, 444 U.S. 286, 291; *National Bank v. Wiley*, 195 US 257; *Pennoyer v. Nef*, 95 US 714]

[ "... the requirements of due process must be met before the court can properly assert *in personam* jurisdiction." *Wells Fargo v. Wells Fargo*, 556 F2d 406, 416.]

[. Notification of legal responsibility is "the first essential of due process of law." *Connally v. General Construction Co.*, 269 US 385,391]

[. "A statute which either forbids or requires the doing of an act in terms so vague that men of common intelligence must necessarily guess at its meaning and differ as to its application, violates the first essential of due process of law." *Connally v. General Construction Co.*, 269 U.S. 385,391]

[. "Whenever it appears that the court lacks subject matter jurisdiction, the court is obliged to dismiss the action." *Willy v. Coastal Corp.*, 503 U.S. 131, 136-37; *U. S. v. Texas*, 252 F. Supp 234, 254]

[. "Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather should dismiss the action." *Melo v, U.S.*, 505 F.2d. 1026]

["There is no discretion to ignore lack of jurisdiction." *Joyce v. U.S.*, 474 F 2d 215]

Under reserve with the copy-claim
without prejudice, without recourse

By ~~~~~~~~~~
                                © in esse
not a corporation          Living-Soul

6 OF 6

**Exhibit B**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERKS OFFICE
APR 29 2014 AT 1:20 P M
BPA BOOK 32 PAGES 742
DEPUTY CLERK

 **UNITED STATES POSTAL SERVICE.**

Home | Help | Sign In

Track & Confirm     FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: RE40 0301 908U S
Status: Delivered

Your item was delivered at 8:07 AM on January 27, 2009 in
WASHINGTON, DC 20223.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

**Exhibit B**                     7 OF 8

L    AR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20 PM
BPA BOOK   32   PAGES 743

====================================
JAPERINT STREET WS T-1
NEW YORK, New York
101999004
3558250157-0097
01/23/2009 (212)330-2183 02:50:38 AM
====================================

========= Sales Receipt =========
| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WASHINGTON DC 20223 Zone-3 First-Class Letter 1.80 oz. | | | $0.59 |
| Return Rcpt (Green Card) | | | $2.20 |
| ** Registered | | | $10.00 |
| Insured Value : | | $0.00 | |
| Article Value : | | $0.00 | |
| Label #: | RE400301908US | | |
| Issue PVI: | | | $12.79 |
| Total: | | | $12.79 |

Paid by:
Cash                        $20.00
Change Due:                 -$7.21

-- Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our
website at
usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.

Bill#:1000300668752
Clerk:34

All sales final on stamps and
postage
Refunds for guaranteed services only
Thank you for your business
*************************************
*************************************
HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
*************************************



Registered No.
RE400301908US

**Date Stamp**

Reg. Fee $10.00                    0157

Handling Charge $0.00   Return Receipt $2.20    34

Postage $0.59   Restricted Delivery $0.00    01/23/09

Received by: BT

Customer Must Declare Full Value $90.00

OFFICIAL U...

FROM: % 593 VANDERBILT AVE - 287
BROOKLYN NEW YORK
ZIP CODE EXEMPT DNM 122-32

TO: CHRISTOPHER-E : STRUNK
BARACK HUSSEIN OBAMA IN GSSE
% THE AGENT IN CHARGE OF THE
US SECRET SERVICE - OFF OF GOV. V.P. & B
3US MURRAY DRIVE - BLDG 410
WASHINGTON DC 20223

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2007 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

**Exhibit B**                    8 OF 8





Non-Domestic
In Care of:
593 Vanderbilt Avenue – 281
Brooklyn, New York
Zip Code exempt DMM 122-32
Christopher-Earl: Strunk © in esse
Not a corporation
Living-Soul / Relator

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---------------------------------------------x

Christopher-Earl: Strunk © in esse,       )
                                          )
                              Plaintiff,  )
                                          )
v.                                        )
                                          )
U.S. DEPARTMENT OF STATE,   and           )
U.S. DEPARTMENT OF HOMELAND               )
SECURITY,                                 )
                              Defendant.  )

---------------------------------------------x

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014  AT  1:20 P  M
BPA BOOK    32    PAGES  794
DEPUTY CLERK                  LeBer

Civil Action No.: 08-2234 (RJL)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---------------------------------------------x

In the Quo Warranto matter of the
United States of America and ex relator
Christopher-Earl: Strunk © in esse

                    Plaintiff / Relator

v.

Barack Hussein Obama
(a/k/a Barry Soetoro) in esse

                    Defendant / Respondent.

---------------------------------------------x

**JUDICIAL NOTICE**

**PLEASE TAKE JUDICIAL NOTICE** that upon the annexed: (i) a copy of Relator's Replevin Demand of the Usurper Barack Hussein Obama with DCC Chapter 37 §16-3701[1]; (ii) a copy of Relator's Replevin Demand of Gary Faye Locke the Usurper's Secretary of the United States Department of

---

[1] DC Code Chapter 37 §16-3701- In an action of Replevin brought to recover personal property to which the plaintiff is entitled, that is alleged to have been wrongfully taken by or to be in the possession of and wrongfully detained by the defendant, it is not necessary to demand possession of the property before bringing the action; but the costs of the action may be awarded as the court orders.

EXHIBIT C - 1 OF 10

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 2 9 2014 AT 1:80 P M
BPA BOOK 32 PAGES 110

DEPUTY CLERK

Commerce with DCC Chapter 37 §16-3701 (iii) a copy of Relator's Replevin Demand of Timothy Franz Geithner the Usurper's Secretary of the United States Treasury with DCC Chapter 37 §16-3701.

That Relator Christopher-Earl : Strunk in esse, by Special-Appearance herein, declares and states under penalty of perjury with 28 USC §1746:

(1) that Plaintiff / Relator duly served the respective demand upon each Respondent / Debtor by Certified Return Receipt:
- Debtor - Barack Hussein Obama in esse ......Receipt No: 70092250000365685338
- Debtor - Gary Faye Locke in esse............. Receipt No: 70092250000365685277
- Debtor - Timothy Franz Geithner in esse......Receipt No: 70092250000365685345

(2) that Plaintiff / Relator duly serves hereby notice of the respective demand of each debtor named above upon the State of New York Secretary of State under the Uniform Commercial Code Section 9-501 that governs place of filing. Subsection (a) (2) the financing statement is filed as a fixture filing and the collateral is goods that are or are to become fixtures. Subsection (a) (2) provides that the office in which to file a financing statement to perfect a security interest is the office of the Secretary of State in all other cases. Pursuant to subsection (b) a fixture filing for a transmitting utility would also be filed with the Secretary of State.

(3) That the respective State of New York Secretary of State oversees the U.S. Treasury District that has authority over the property where Plaintiff is in esse dómicile resides.

(4) That a copy of this Notice is filed with the State of New York Secretary of State along with a Ten Dollar filing fee as there required.

Dated: November 10, 2009
Brooklyn New York

Christopher-Earl: Strunk ©in esse
593 Vanderbilt Avenue #281
Brooklyn, New York;
Email: uncasvotes2@yahoo.com,
Cell-845-901-6767

**Attachments**

cc:  Brigham John Bowen, AUSA
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530

Wynne P. Kelly, AUSA
Office of the U.S. Attorney for the
Washington District of Columbia
555 4th St., N.W.
Washington, D.C. 20530

Barack Hussein Obama in esse
c/o The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Daniel E. Shapiro
*First Deputy Secretary of State*
State of New York Department of State
One Commerce Plaza
99 Washington Ave,
Albany, NY 12231-0001
Cert R/R No: 70083230000005905998

EXHIBIT C - 2 OF 10





*WITH THE AUTHORIZATION FOR ASSOCIATION BY: Christopher E. Strunk in esse*

**Non-Domestic**
In Care of:
593 Vanderbilt Avenue – 281
Brooklyn, New York
Zip Code exempt DMM 122-32
Christopher-Earl: Strunk © in esse
Not a corporation
Living-Soul / Affiant
No Third Parties

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014 AT 1:20 P M
BPA BOOK 32 PAGES 746
DEPUTY CLERK

**Timothy Franz Geithner in esse**
**D/B/A: TIMOTHY FRANZ GEITHNER, INC.**
**D/B/A: THE UNITED STATES SECRETARY OF THE TREASURY,**
**SUPERVISOR(S), HEIRS(S), AGENT(S), ASSIGN(S)**

In care of:      **The United States Department of the Treasury**
                 **1500 Pennsylvania Avenue N.W.**
                 **Washington, DC 20220**

### NOTICE TO THE AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

## RE: <u>NOTICE OF REPLEVIN DEMAND</u>

## FOR THE RECORD WITH WASHINGTON DISTRICT OF COLUMBIA CODE CHAPTER 37 SECTION 16-3701: DEMAND PRIOR TO ACTION;

**COSTS -** In an action of replevin brought to recover personal property to which the plaintiff is entitled, that is alleged to have been wrongfully taken by or to be in the possession of and wrongfully detained by the defendant, it is not necessary to demand possession of the property before bringing the action; but the costs of the action may be awarded as the court orders.

### TIMELY WITHOUT DISHONOR WITH THE RESTRICTED SPECIAL-APPEARANCE NOT A CORPORATION -The Living Soul

Attachment:  **NOTICE OF REPLEVIN DEMAND FOR RETURN OF**
             **PROPERTY PENDING THE REPLEVIN COMPLAINT**
             **FILING affirmed November 9, 2009 ............Page 2 of 2**

Under reserve with the copy-claim
without prejudice, without recourse

By:                    © *in esse*
not a corporation      Living-Soul

EXHIBIT C – 3 OF 10                 **Page 1 of 2**

**STATE OF NEW YORK** )
               ) ss.:
**COUNTY OF KINGS** )

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014 AT 1:20 P M
BPA BOOK ____ 32 ____ PAGES 745

DEPUTY CLERK

Accordingly, I, Christopher –Earl: Strunk, being duly sworn, depose and say:

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA
-------------------------------------------
In the Replevin matter of
**Christopher-Earl : Strunk © in esse**

**Plaintiff / Claimant**

v.

**Barack Hussein Obama (a/k/a Barry Soetoro) in esse,**
**Gary F. Locke Secretary of the U.S. Department of Commerce, and**
**Timothy F. Geithner Secretary of the U.S. Treasury**

**Defendants / Respondents**
-------------------------------------------

### NOTICE OF REPLEVIN DEMAND FOR RETURN OF PROPERTY
### PENDING THE REPLEVIN COMPLAINT FILING

The Plaintiff sues the Defendants for unjustly detaining the Plaintiff's goods and chattels, as the Usurper, Barack Hussein Obama, is ineligible to be the President of the United States Trustee / Administrator over any United States Departments and Secretaries with fiduciary responsibilities and the Usurper having been denied use of Plaintiff's power of Attorney on January 23, 2009 has by Usurper's continued actions that are void ab initio, including the waivers issued as to Defendant Secretaries and others, pillage Plaintiff's personal property to wit:

A) the Plaintiff's Bond issued upon his birth certificate of CHRISTOPHER EARL STRUNK after the birth in New York City on January 23, 1947 in the amount of 19687.5 troy ounces of gold;

B) the Plaintiff's private account at the US Treasury is secured by the Plaintiff's numbered Bond kept at the U.S. Department of Commerce with the Bond number issued by the Social Security Administration; and

C) The interest accrued upon the Plaintiff's investment into commerce since the year of 1963 thru now calculated upon the record by the Social Security Earnings Statement compounded annually at the respective annual U.S. Treasury Bond Rate from 1963.

And the Plaintiff claims that the same be taken from the Defendants and delivered to Plaintiff; or, if they are eloigned, that Plaintiff may have judgment of their value and all mesne profits and damages, which he estimates at the present value of $21,656,250.00 dollars based upon the equivalent current market value of gold with a net present value of 5,817 troy ounces of gold, and 909 troy ounces of gold accumulated interest on Plaintiff's investment into commerce since 1963 besides costs.

Christopher-Earl: Strunk ©in esse
593 Vanderbilt Avenue #281
Brooklyn, New York
Zip Code exempt DMM 122-32
Email: chris@strunk.ws ; Ph- 631-745-6402

Sworn to before me this
the 9th day of November 2009

GEORGE ANDERSON
Notary Public, State of New York
No. 01AN5070990
Qualified in Kings County
Commission Expires Jan. 6, 2011

NOTARY PUBLIC

**Page 2 of 2**

Under reserve with the copy-claim
without prejudice, without recourse

By:
not a corporation

© in esse
Living-Soul

EXHIBIT C – 4 OF 10

  

*With the Authorization for cancellation ... E Ped in esse*
*By ...*

Non-Domestic
In Care of:
593 Vanderbilt Avenue – 281
Brooklyn, New York
Zip Code exempt DMM 122-32
Not a corporation
Living-Soul / Affiant
No Third Parties
Christopher-Earl: Strunk © in esse

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20 P M
BPA BOOK   32   PAGES   748
DEPUTY CLERK

**Gary Faye Locke in esse**
**a/k/a 駱家輝 (pronounced *Lok Gaa-Fai*)**
**D/B/A: GARY FAYE LOCKE, INC.**
**D/B/A: UNITED STATES SECRETARY OF THE DEPARTMENT OF**
**COMMERCE, SUPERVISOR(S), HEIRS(S), AGENT(S), ASSIGN(S)**

In care of:   The United States Department of Commerce
1401 Constitution Avenue N.W.
Washington, DC 20230

### NOTICE TO THE AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

## RE: <u>NOTICE OF REPLEVIN DEMAND</u>

## FOR THE RECORD WITH WASHINGTON DISTRICT OF COLUMBIA
## CODE CHAPTER 37 SECTION 16-3701: DEMAND PRIOR TO ACTION;
**COSTS -** In an action of replevin brought to recover personal property to which the plaintiff is entitled, that is alleged to have been wrongfully taken by or to be in the possession of and wrongfully detained by the defendant, it is not necessary to demand possession of the property before bringing the action; but the costs of the action may be awarded as the court orders.

### TIMELY WITHOUT DISHONOR WITH THE RESTRICTED SPECIAL-
### APPEARANCE NOT A CORPORATION -The Living Soul

Attachment:  **NOTICE OF REPLEVIN DEMAND FOR RETURN OF**
**PROPERTY PENDING THE REPLEVIN COMPLAINT**
**FILING affirmed November 9, 2009 ............Page 2 of 2**

Under reserve with the copy-claim
without prejudice, without recourse

By:
not a corporation          © in esse
Living-Soul

Page 1 of 2

EXHIBIT C - 5 OF 10

STATE OF NEW YORK )
                ) ss.:
COUNTY OF KINGS )

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20 PM
BPA BOOK ___32___ PAGES 74 __
DEPUTY CLERK

**Accordingly**, I, Christopher –Earl: Strunk, being duly sworn, depose and say:

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

------------------------------------------------

### In the Replevin matter of
### Christopher-Earl : Strunk © in esse

### Plaintiff / Claimant

v.

### Barack Hussein Obama (a/k/a Barry Soetoro) in esse,
### Gary F. Locke Secretary of the U.S. Department of Commerce, and
### Timothy F. Geithner Secretary of the U.S. Treasury

### Defendants / Respondents

------------------------------------------------

### NOTICE OF REPLEVIN DEMAND FOR RETURN OF PROPERTY
### PENDING THE REPLEVIN COMPLAINT FILING

The Plaintiff sues the Defendants for unjustly detaining the Plaintiff's goods and chattels, as the Usurper, Barack Hussein Obama, is ineligible to be the President of the United States Trustee / Administrator over any United States Departments and Secretaries with fiduciary responsibilities and the Usurper having been denied use of Plaintiff's power of Attorney on January 23, 2009 has by Usurper's continued actions that are void ab initio, including the waivers issued as to Defendant Secretaries and others, pillage Plaintiff's personal property to wit:

A) the Plaintiff's Bond issued upon his birth certificate of CHRISTOPHER EARL STRUNK after the birth in New York City on January 23, 1947 in the amount of 19687.5 troy ounces of gold;

B) the Plaintiff's private account at the US Treasury is secured by the Plaintiff's numbered Bond kept at the U.S. Department of Commerce with the Bond number issued by the Social Security Administration; and

C) The interest accrued upon the Plaintiff's investment into commerce since the year of 1963 thru now calculated upon the record by the Social Security Earnings Statement compounded annually at the respective annual U.S. Treasury Bond Rate from 1963.

And the Plaintiff claims that the same be taken from the Defendants and delivered to Plaintiff; or, if they are eloigned, that Plaintiff may have judgment of their value and all mesne profits and damages, which he estimates at the present value of $21,656,250.00 dollars based upon the equivalent current market value of gold with a net present value of 5,817 troy ounces of gold, and 909 troy ounces of gold accumulated interest on Plaintiff's investment into commerce since 1963 besides costs.

Christopher-Earl: Strunk ©in esse
593 Vanderbilt Avenue #281
Brooklyn, New York
Zip Code exempt DMM 122-32
Email: chris@strunk.ws ; Ph= 631-745-6402

Sworn to before me this
the 9th day of November 2009

GEORGE ANDERSON
Notary Public, State of New York
No. 01AN5070990
Qualified in Kings County
Commission Expires Jan. 6, 2011

Page 2 of 2

Under reserve with the copy-claim
without prejudice, without recourse

By: _____
not a corporation
© in esse
Living-Soul

EXHIBIT  C - 6 OF 10





WITH THE
AUTHORIZATION
FOR CANCELLATION
BY

**Non-Domestic**
**In Care of:**
**593 Vanderbilt Avenue – 281**
**Brooklyn, New York**
**Zip Code exempt DMM 122-32**
**Christopher-Earl: Strunk © in esse**
**Not a corporation**
**Living-Soul / Affiant**
**No Third Parties**

**Barack Hussein Obama in esse**
**a/k/a Barry Soetoro in esse,**
**a/k/a Barry Dunham in esse,**
**D/B/A: BARACK HUSSEIN OBAMA, INC.**
**SUPERVISOR(S), HEIRS(S), AGENT(S), ASSIGN(S)**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014 AT 1:20 P M
BPA BOOK 32 PAGES 750
DEPUTY CLERK

In care of:                         **The White House**
**1600 Pennsylvania Avenue NW**
**Washington, DC 20500**

### NOTICE TO THE AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

## RE: <u>NOTICE OF REPLEVIN DEMAND</u>

## FOR THE RECORD WITH WASHINGTON DISTRICT OF COLUMBIA CODE CHAPTER 37 SECTION 16-3701: DEMAND PRIOR TO ACTION;

**COSTS -** In an action of replevin brought to recover personal property to which the plaintiff is entitled, that is alleged to have been wrongfully taken by or to be in the possession of and wrongfully detained by the defendant, it is not necessary to demand possession of the property before bringing the action; but the costs of the action may be awarded as the court orders.

### TIMELY WITHOUT DISHONOR WITH THE RESTRICTED SPECIAL-APPEARANCE NOT A CORPORATION -The Living Soul

Attachment: **NOTICE OF REPLEVIN DEMAND FOR RETURN OF PROPERTY PENDING THE REPLEVIN COMPLAINT FILING affirmed November 9, 2009 ...........Page 2 of 2**

Under reserve with the copy-claim
without prejudice, without recourse

By: _____
not a corporation          © in esse
                          Living-Soul

EXHIBIT C – 7 OF 10

Page 1 of 2

**STATE OF NEW YORK** )
                      ) ss.:
**COUNTY OF KINGS** )

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20   M
BPA BOOK   32   PAGES  731

DEPUTY CLERK

<u>Accordingly</u>, I, **Christopher –Earl: Strunk**, being duly sworn, depose and say:

<div align="center">

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------

**In the Replevin matter of
Christopher-Earl : Strunk © in esse**

**Plaintiff / Claimant**

v.

**Barack Hussein Obama (a/k/a Barry Soetoro) in esse,
Gary F. Locke Secretary of the U.S. Department of Commerce, and
Timothy F. Geithner Secretary of the U.S. Treasury**

**Defendants / Respondents**

-------------------------------------------

**NOTICE OF REPLEVIN DEMAND FOR RETURN OF PROPERTY
PENDING THE REPLEVIN COMPLAINT FILING**

</div>

The Plaintiff sues the Defendants for unjustly detaining the Plaintiff's goods and chattels, as the Usurper, Barack Hussein Obama, is ineligible to be the President of the United States Trustee / Administrator over any United States Departments and Secretaries with fiduciary responsibilities and the Usurper having been denied use of Plaintiff's power of Attorney on January 23, 2009 has by Usurper's continued actions that are void ab initio, including the waivers issued as to Defendant Secretaries and others, pillage Plaintiff's personal property to wit:

A) the Plaintiff's Bond issued upon his birth certificate of CHRISTOPHER EARL STRUNK after the birth in New York City on January 23, 1947 in the amount of 19687.5 troy ounces of gold;

B) the Plaintiff's private account at the US Treasury is secured by the Plaintiff's numbered Bond kept at the U.S. Department of Commerce with the Bond number issued by the Social Security Administration; and

C) The interest accrued upon the Plaintiff's investment into commerce since the year of 1963 thru now calculated upon the record by the Social Security Earnings Statement compounded annually at the respective annual U.S. Treasury Bond Rate from 1963.

And the Plaintiff claims that the same be taken from the Defendants and delivered to Plaintiff; or, if they are eloigned, that Plaintiff may have judgment of their value and all mesne profits and damages, which he estimates at the present value of $21,656,250.00 dollars based upon the equivalent current market value of gold with a net present value of 5,817 troy ounces of gold, and 909 troy ounces of gold accumulated interest on Plaintiff's investment into commerce since 1963 besides costs.

**Christopher-Earl: Strunk © in esse**
**593 Vanderbilt Avenue #281**
**Brooklyn, New York**
**Zip Code exempt DMM 122-32**
**Email: chris@strunk.ws ; Ph- 631-745-6402**

Sworn to before me this
the __9th__ day of November 2009

GEORGE ANDERSON
Notary Public, State of New York
No. 01AN5070990
Qualified in Kings County
Commission Expires Jan. 6, 2011

Under reserve with the copy-claim
without prejudice, without recourse

By: _____   © in esse

not a corporation   Living-Soul

**Page 2 of 2**

EXHIBIT  C – 8 OF 10

MAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20 P M
BPA BOOK ___ 32 ___ PAGES 752

```
      OVINGTON STATION
      BROOKLYN, New York
         112205313
      3568880337-0097
11/10/2009 (718)748-0665 12:02:20 PM
========================================
      ==== Sales Receipt ====
Product        Sale  Unit     Final
Description     Qty  Price     Price

WASHINGTON DC 20230          $0.44
Zone-3 First-Class
Letter
  0.70 oz.
Return Rcpt (Green           $2.30
Card)
Certified                    $2.80
Label #:    70092250000365685277
                           ========
Issue PVI:                   $5.54

WASHINGTON DC 20500          $0.44
Zone-3 First-Class
Letter
  0.70 oz.
Return Rcpt (Green           $2.30
Card)
Certified                    $2.80
Label #:    70092250000365685338
                           ========
Issue PVI:                   $5.54

WASHINGTON DC 20220          $0.44
Zone-3 First-Class
Letter
  0.70 oz.

Return Rcpt (Green           $2.30
Card)
Certified                    $2.80
Label #:   70092250000365685345
                           ========
Issue PVI:                   $5.54

$1 Wisdom     4   $1.00      $4.00
PSA
                           ========
Total:                      $20.62

Paid by:
Cash                        $20.62

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.

Bill#:1000300896682
Clerk:04
```

EXHIBIT C- 9 of 10

---

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

WASHINGTON DC 20220

| | | |
|---|---|---|
| Postage | $ $0.44 | 0337 |
| Certified Fee | $2.80 | 04 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.54 | 11/10/2009 |

Sent To   Timothy Franz Geithner in esse
D/B/A: THE UNITED STATES SECRETARY
Street,   OF THE TREASURY, SUPERVISOR(S),
or PO B   HEIRS(S), AGENT(S), ASSIGN(S) In care of:
City, St   The United States Department of the Treasury
          1500 Pennsylvania Avenue N.W.
          Washington, DC 20220

---

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only. No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

WASHINGTON DC 20230

| | | |
|---|---|---|
| Postage | $ $0.44 | 0337 |
| Certified Fee | $2.80 | 04 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.54 | 11/10/2009 |

Ser   Gary Faye Locke in esse
Stro  D/B/A: UNITED STATES SECRETARY
or /  OF THE DEPARTMENT OF COMMERCE,
City  SUPERVISOR(S), HEIRS(S), AGENT(S),
      ASSIGN(S) In care of:
             U.S. Department of Commerce
             1401 Constitution Avenue N.W.
             Washington, DC 20230

---

**U.S. Postal Service...**
**CERTIFIED MAIL. RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

WASHINGTON DC 20500

| | | |
|---|---|---|
| Postage | $ $0.44 | 0337 |
| Certified Fee | $2.80 | 04 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.54 | 11/10/2009 |

Sent To   Barack Hussein Obama in esse
D/B/A: BARACK HUSSEIN OBAMA, INC.
Street, Ap   SUPERVISOR(S), HEIRS(S), AGENT(S),
or PO Box   ASSIGN(S) In care of:   The White House
City, State,   1600 Pennsylvania Avenue NW

AR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014    AT   1:20 P M
BPA BOOK _____ 52 _____ PAGES 759
DEPUTY CLERK

U.S. District Court for the District of Columbia
in re Strunk v. U.S. Department of State et al.,  08-cv-2234 (RJL)

### CERTIFICATE OF SERVICE

On November 10, 2009, I, Christopher Earl Strunk, under penalty of perjury pursuant to 28 USC 1746,

Am the petitioner herein being pro se without being an attorney caused the service of three (3) complete sets of the Attachments annexed to **JUDICIAL NOTICE** declared November 10, 2009 , and did place a complete set in a sealed folder properly addressed with proper postage to be served by USPS mail upon:

Wynne P. Kelly, AUSA
Office of the U.S. Attorney for the
Washington District of Columbia
555 4th St., N.W.
Washington, D.C. 20530

Brigham John Bowen, AUSA
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530

Barack Hussein Obama in esse
c/o The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Daniel E. Shapiro
*First Deputy Secretary of State*
State of New York Department of State
One Commerce Plaza
99 Washington Ave,
Albany, NY 12231-0001
Cert R/R No: 70083230000005905998

I do declare and certify under penalty of perjury:

Dated: November 10 , 2009
Brooklyn, New York

Christopher-Earl: Strunk
593 Vanderbilt Avenue - #281
Brooklyn, New York 11238

EXHIBIT C- 10 OF 10

LA~~. \_ ~~ COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20 P   M
BPA BOOK _____ 32 _____ PAGES 754

DEPUTY CLERK

## Supreme Court of the State of New York
## Appellate Division: Second Judicial Department

M170416
E/sl

PETER B. SKELOS, J.P.
THOMAS A. DICKERSON
JOHN M. LEVENTHAL
L. PRISCILLA HALL, JJ.

2012-05515, 2013-06335, 2014-00297                    DECISION & ORDER ON MOTION

Christopher-Earl Strunk, appellant,
v New York State Board of Elections,
et al., respondents.

(Index No. 6500/11)

       Motion by the appellant pro se, inter alia, "for civilian due process of law" on appeals from three orders of the Supreme Court, Kings County, dated April 11, 2012, March 29, 2013, and December 9, 2013, respectively.

       Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is

       ORDERED that the motion is denied; and it is further,

       ORDERED that on the Court's own motion, the appellant's time to perfect the appeal from the order dated March 29, 2013 (Appellate Division Docket No. 2013-06335), is enlarged until May 5, 2014, and the record or appendix and the appellant's brief must be served and filed on or before that date.

SKELOS, J.P., DICKERSON, LEVENTHAL and HALL, JJ., concur.

ENTER:

Aprilanne Agostino
Clerk of the Court

March 4, 2014

STRUNK v NEW YORK STATE BOARD OF ELECTIONS

**EXHIBIT D**

| Subject: | Fw: NOTICE OF INTENT TO FILE: USDOJ new case filing USDC-DCD OSC June 10, 2014 in matters related to US-DOS and pending appeals USCA-DCC and SCOTUS |
| --- | --- |
| From: | Christopher-Earl: Strunk in esse Sui juris agent (cestrunck@yahoo.com) |
| To: | Brigham.Bowen@usdoj.gov; |
| Cc: | hvanallen@hvc.rr.com; michael@mshrimpton.co.uk; paulireysecret@gmail.com; |
| Bcc: | nycjohn123@msn.com; jnsampson@netecin.net; jrlc@optonline.net; ForexJon@comcast.net; tweety@fastmail.us; leoyoung1999@yahoo.com; unpopularwisdom@gmail.com; jjforjone@hotmail.com; orly.taitz@gmail.com; pamelabarnett@hushmail.com; jonlevy@hargray.com; apuzzo@erols.com; marco@enktesis.com; aprelle@hush.com; |
| Date: | Monday, June 9, 2014 1:49 PM |

Dear Mr. Bowen,

This is notice of our intent to apply for an order to show cause before the Honorable Richard J. Leon USDJ as we have matters related to the FOIA case 08-cv-2234 tomorrow morning at 11:30 AM Tuesday or as soon as counsel may be heard in the early afternoon for Petitioners wish for the above aforementioned reasons, this Court should Mandate and Order the U.S. Department of State to provide a non-immigrant visa, US Copyright Office release the actual certified copy of the 1995 copyright of "Dreams From My Father" and or agencies under its control to release documents proving ultra vires acts of defendants and or their agents to spoliate conceal and destroy records and interfere with the conduct of judicial proceedings and provision of justice; and that this court take supplemental jurisdiction over the NYS BOE to immediately order the turn-over of the documents referred to above regarding the outrageous use of the "born a citizen" term rather than the Constitutionally mandated use of the "natural-born Citizen" term of art to be used exclusively as to the eligibility of a "natural-born Citizen" private citizen of the United States for POTUS and who is no longer surety-indenture of the debtor owned by the United States in service of the creditors to the United States' debt under the provision of martial process with 12 USC 95 and 50 USC App. 5(b) and related law, and that the expert testimony by MICHAEL SHRIMPTON  and PAUL EDWARD IREY be scheduled for hearing in regards to a preliminary injunction and for further and different equity relief.


**Christopher-Earl: Strunk** in esse Sui juris
secured beneficiary agent of the Debtor Trust
transmitting utility ᵀᴹCHRISTOPHER EARL STRUNK©
Plaintiff in NYS SC Kings Cty Index Nos.: 29642-2008,
6500-2011, 21948-2012, the **Executor and Settlor** for
_the Express Deed In Trust To The United States Of America_,
located at 593 Vanderbilt Avenue - PMB 281
Brooklyn, New York Zipcode excepted 11238
Cell: 845-901-6767 Email: chris@strunk.ws
"SURETY NO MORE" WEBSITE:
http://associationforsovereignhomerulewithin.org/


On Friday, June 6, 2014 3:32 PM, Orly Taitz <orly.taitz@gmail.com> wrote:


Please, see attached.
United Kingdom is one of 38 countries for which US visas are not required at all. So, I am questioning why Mr. Shrimpton would state that he was denied US visa, if visas are not required for the British citizens

        search button

Set Locationgraphic

Set Nationalitygraphic

**Create a profile to customize visa information for temporary visitors to the United States.**

**Where will you apply for a nonimmigrant visa?**

**What country/authority issued your passport?**

| SAVE & CLOSE | Clear Form

Close **X**

Print

Email

# Visa Waiver Program

### *Chile Joins Visa Waiver Program*

Beginning March 31, 2014, Chileans meeting the criteria of the Visa Waiver Program may travel to the United States for business or tourism, for up to 90 days, without a visa.

The Visa Waiver Program (VWP) allows citizens of participating countries* to travel to the United States without a visa for stays of 90 days or less, when they meet all requirements explained below. Travelers must be eligible to use the VWP and have a valid Electronic System for Travel Authorization (ESTA)approval prior to travel.

If you are eligible to travel on the VWP, but prefer to have a visa in your passport, you may still apply for a visitor (B) visa.

## Requirements for using the Visa Waiver Program (VWP)

You must meet **all** of the following requirements to travel to the United States on the VWP:

Expand All

**Travel Purpose Must be Permitted on a Visitor (B) Visa**

On Thu, Jun 5, 2014 at 3:32 AM, Bill Van Allen <hvanallen@hvc.rr.com> wrote:

RE: http://www.scribd.com/doc/224589500/USCA-DCC-13-5160-Van-Allen-v-DVA-Et-Al-Date-Stamped-Filed-Motion-of-Additional-Expansion-of-Time-to-File-en-Banc-Brief

Dear DOJ – USA Office for the District of Columbia

·       This is NOTICE OF INTENT to jointly file along with Christopher Earl Strunk SRL a new federal district court case with an Order to Show Cause in US District Court for the District of Columbia District as early as next Tuesday June 10 2014.

·       In the matter of US Department of State refusing to grant a visa to Michael Shrimpton – British Barrister -- to travel to the United States for the purpose of appearing as an expert witness in NYSUCS Kings Civil Supreme (Strunk v Paterson and related state cases).

·       Regarding British and international immigration law adjudication including immigration court use of DNA evidence to establish citizenship familiar relationship and specifically related to the legal probability and the current and intense federal and state constitutional controversies involving DOS, DOD and DVA and regarding the constitutional vetting of current CINC/POTUS.

/s/

Harold William (Bill) Van Allen
351 North Road
Hurley, NY 12443
845 389 4366
hvanallen@hvc.rr.com

--

Dr Orly TaitzESQ
29839 Santa Margarita pkwy, ste 100
Rancho Santa Margarita, CA 92688
ph 949-683-5411 fax 949-766-7603
orlytaitzesq.com

**Business:**

**Tourism:**

**Travel Purposes Not Permitted on Visa Waiver Program =**
**Examples:**

**Citizen or National of a VWP Designated Country** *

You must be a citizen or national of VWP-participant country*. The following 38 countries * are Visa Waiver Program participants:

| | H | P |
|---|---|---|
| Flag of Andorra Andorra | Flag of Hungary Hungary | Flag of Portugal Portugal |
| Flag of Australia Australia | | |
| Flag of Austria Austria | I | S |
| | Flag of Iceland Iceland | Flag of San Marino San Marino |
| B | Flag of Ireland Ireland | |
| Flag of Belgium Belgium | Flag of Italy Italy | Flag of Singapore Singapore |
| Flag of Brunei Brunei | | Flag of Slovakia Slovakia |
| | J | Flag of Slovenia Slovenia |
| | Flag of Japan Japan | Flag of South Korea South Korea |
| D | | Flag of Spain Spain |
| | L | Flag of Sweden Sweden |
| | Flag of Latvia Latvia | Flag of Switzerland Switzerland |
| | Flag of Liechtenstein Liechtenstein | |
| Flag of Denmark Denmark | Flag of Lithuania Lithuania | T |
| | Flag of Lithuania Luxembourg | Flag of Taiwan Taiwan |
| E | | |
| Flag of Estonia Estonia | M | U |
| | Flag of Malta Malta | Flag of United Kingdom United Kingdom |
| F | Flag of Monaco Monaco | |
| Flag of Finland Finland | | |
| Flag of France France | N | |
| | Flag of Netherlands Netherlands | |
| G | Flag of New Zealand New Zealand | |
| Flag of Germany Germany | Flag of Norway Norway | |
| Flag of Greece Greece | | |