United State District Court of the District of Columbia District

# 14-995

## Strunk and Van Allen v US Department of State et al

Motion for Judicial Notice of Order Dated July 9 2014 in another court (USCA-DCC 12-5414) in the motioned intervention of Van Allen in the appeal of the related case USDC-DCD 08-2234 "Strunk v US Department of State et al"

1:14-cv-00995-RJL STRUNK et al v. UNITED STATES DEPARTMENT OF STATE et al
Richard J. Leon, presiding
Date filed: 06/10/2014
Date terminated: 06/16/2014
Date of last filing: 06/30/2014

Associated Cases

Related Cases

Start Date

End Date

1:08-cv-02234-RJL STRUNK v. U.S. DEPARTMENT OF STATE   06/10/2014 06/16/2014

7/9/2014

Harold William Van Allen

Certification of Service July 9th 2014 on Christopher Strunk and USDOJ-DCD attorneys in related cases –
no DOJ appearances as of this date in USDC-DCD 14-995



RECEIVED
Mail Room

JUL 10 2014

Angela D. Caesar, Clerk of Court
U S District Court, District of Columbia

# United States Court of Appeals
### For The District of Columbia Circuit

**No. 12-5414**　　　　　　　　　　　　　　　**September Term, 2013**

1:08-cv-02234-RJL

Filed On: July 9, 2014

Christopher Earl Strunk,

　　　　Appellant

　　v.

United States Department of State and United
States Department of Homeland Security,

　　　　Appellees

## ORDER

Upon consideration of the motion of Harold William Van Allen for leave to intervene, it is

**ORDERED** that the motion be dismissed as moot. Appellant's motion for voluntary dismissal of this case was granted by order filed February 14, 2013.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　　Ken R. Meadows
　　　Deputy Clerk

USCA Case #12-5414   Document #1501498   Filed 07/08/2014   Page 1 of

United State Court of Appeals for the District of Columbia Circuit

**12-5414**

"Strunk v US Department of State et al"

Van Allen Motion to intervene based upon related case now pending reconsideration in

US District Court for the District of Columbia District:

USDC-DCD 14-995 "Strunk and Van Allen v US Department of State et al"

USCA-DCC 13-5160 "Van Allen v DVA et al"

Attached as exhibits USCA-DCC appellate and USDC-DCD district court related briefs and orders including:

08-2234 "Strunk v DOS et al"

and USCA-DCC 13-5160 "Van Allen v DVA et al"

Harold William Van Allen

Certification of Service upon Christopher Earl Strunk and US-DOJ attorney(s) of record -- this date: July 7, 2014

SANDBSAC  ASA
STEN      AUSA

General Docket
United States Court of Appeals for District of Columbia Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 12-5414<br>**Nature of Suit:** 2895 Freedom of Information Act of 1974<br>Christopher Strunk v. Department of State, et al<br>**Appeal From:** United States District Court for the District of Columbia<br>**Fee Status:** IFP | **Docketed:** 12/28/2012<br>**Termed:** 02/14/2013 |

**Case Type Information:**
  1) Civil US
  2) United States
  3)

**Originating Court Information:**
  **District:** 0090-1 : 1:08-cv-02234-RJL           **Lead:** 1:08-cv-02234-RJL
  **Trial Judge:** Richard J. Leon, U.S. District Judge
  **Date Filed:** 12/29/2008
  **Date Order/Judgment:**        **Date NOA Filed:**
  11/21/2012                      12/26/2012

**Prior Cases:**
  None

**Current Cases:**
  None

**Panel Assignment:**   Not available

---

| | |
|---|---|
| Christopher Earl Strunk<br>  Plaintiff - Appellant | Christopher Earl Strunk<br>Direct: 845-901-6767<br>[NTC Pro Se]<br>Firm: 212-307-4444<br>593 Vanderbilt Avenue<br>#281<br>Brooklyn, NY 11238 |
| v. | |
| United States Department of State<br>  Defendant - Appellee | Jeffrey Eric Sandberg, Attorney<br>Direct: 202-532-4453<br>Email: jeffrey.e.sandberg@usdoj.gov<br>Fax: 202-514-9405<br>[COR LD NTC Gvt Atty US DOJ]<br>U.S. Department of Justice<br>(DOJ) Civil Division, Appellate Staff<br>Room 7214<br>Firm: 202-514-2000<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>DOJ Appellate Counsel<br>Email: civil.appellate@usdoj.gov<br>[NTC Gvt Atty US DOJ]<br>U.S. Department of Justice<br>(DOJ) Civil Division, Appellate Staff<br>Firm: 202-514-2000<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>Mark B. Stern, Attorney<br>Email: mark.stern@usdoj.gov<br>[COR NTC Gvt Atty US DOJ]<br>U.S. Department of Justice<br>(DOJ) Civil Division, Appellate Staff<br>Firm: 202-514-2000<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| United States Department of Homeland Security<br>  Defendant - Appellee | Jeffrey Eric Sandberg, Attorney<br>Direct: 202-532-4453 |

|  | [COR LD NTC Gvt Atty US DOJ]<br>(see above)<br><br>DOJ Appellate Counsel<br>[NTC Gvt Atty US DOJ]<br>(see above)<br><br>Mark B. Stern, Attorney<br>[COR NTC Gvt Atty US DOJ]<br>(see above) |
|---|---|
| Harold W. Van Allen<br>        Movant-Intervenor |  |

Christopher Earl Strunk,

        Plaintiff - Appellant

   v.

United States Department of State; United States Department of Homeland Security,

        Defendants - Appellees

--------------------------------

Harold W. Van Allen,

        Movant-Intervenor

| | | |
|---|---|---|
| 12/28/2012 | ☐ | US CIVIL CASE docketed. [12-5414] |
| 12/28/2012 | ☐ ▤ 29 pg, 1.04 MB | NOTICE OF APPEAL filed [1413363] by Christopher Earl Strunk seeking review of a decision by the U.S. District Court in 1:08-cv-02234-RJL. Assigned USCA Case Number [12-5414] |
| 01/07/2013 | ☐ ▤ 2 pg, 47.18 KB | CLERK'S ORDER filed [1413705] directing party to file initial submissions: APPELLANT docketing statement due 02/06/2013. APPELLANT certificate as to parties, etc. due 02/06/2013. APPELLANT statement of issues due 02/06/2013. APPELLANT underlying decision due 02/06/2013. APPELLANT deferred appendix statement due 02/06/2013. APPELLANT notice of appearance due 02/06/2013. APPELLANT transcript status report due 02/06/2013. APPELLANT procedural motions due 02/06/2013. APPELLANT dispositive motions due 02/21/2013, Failure to respond shall result in dismissal of the case for lack of prosecution; directing party to file initial submissions: APPELLEE certificate as to parties, etc. due 02/06/2013. APPELLEE entry of appearance due 02/06/2013. APPELLEE procedural motions due 02/06/2013. APPELLEE dispositive motions due 02/21/2013; The Clerk is directed to mail this order to appellant by certified mail, return receipt requested and by 1st class mail. [12-5414] |
| 01/07/2013 | ☐ | FIRST CLASS MAIL SENT [1413708] of order [1413705-2] to appellant [12-5414] |
| 01/07/2013 | ☐ | CERTIFIED MAIL SENT [1413710] with return receipt requested [Receipt No.7007-0710-0004-7197-0385] of order [1413705-2]. Certified Mail Receipt due 02/06/2013 from Christopher Earl Strunk. [12-5414] |
| 01/11/2013 | ☐ | CERTIFIED MAIL RECEIPT [1415005] RECEIVED from "illegible" for order [1413710-2] sent to Appellant Christopher Earl Strunk [12-5414] |
| 01/18/2013 | ☐ ▤ 2 pg, 15.92 KB | ENTRY OF APPEARANCE filed [1416304] by Jeffrey E. Sandberg and co-counsel Mark B. Stern on behalf of Appellees DHS and DOS. [12-5414] (Sandberg, Jeffrey) |
| 01/18/2013 | ☐ ▤ 2 pg, 15.79 KB | CORRECTED ENTRY OF APPEARANCE filed [1416305] by Jeffrey E. Sandberg and co-counsel Mark B. Stern on behalf of Appellees DHS and DOS. [12-5414] (Sandberg, Jeffrey) |
| 02/06/2013 | ☐ ▤ 5 pg, 13.83 KB | CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES FILED [1419157] by DHS and DOS [Service Date: 02/06/2013 ] [12-5414] (Sandberg, Jeffrey) |
| 02/11/2013 | ☐ ▤ 2 pg, 126.52 KB | MOTION filed [1420574] by Christopher Earl Strunk to dismiss case (Response to Motion served by mail due on 02/22/2013) [Service Date: 02/06/2013 by US Mail] Pages: 1-10. [12-5414] |
| 02/14/2013 | ☐ ▤ 1 pg, 38.17 KB | CLERK'S ORDER filed [1420669] granting motion to dismiss case [1420574-2], dismissing case voluntarily, issuing mandate [12-5414] |
| 02/14/2013 | ☐ | MANDATE ISSUED to Clerk, District Court [12-5414] |
| 07/08/2014 | ☐ ▤ 143 pg, 12.56 MB | MOTION filed [1501498] by Harold W. Van Allen for leave to intervene [Disclosure Listing: Not Applicable to this Party] [Service Date: 07/07/2014 ] [12-5414] |
| 07/09/2014 | ☐ ▤ 1 pg, 38.37 KB | CLERK'S ORDER filed [SEE ORDER FOR DETAILS] [1501500] dismissing as moot motion for leave to intervene. [1501498-2] [12-5414] |

# Bill Van Allen

| | |
|---|---|
| **From:** | Bill Van Allen <hvanallen@hvc.rr.com> |
| **Sent:** | Wednesday, July 9, 2014 1:08 PM |
| **To:** | Brigham.Bowen@usdoj.gov; jeffrey.e.sandberg@usdoj.gov; mark.stern@usdoj.gov; craig. lawrence (craig.lawrence@usdoj.gov); dionne.shy@usdoj.gov; Shrimpton Michael Esq (michael@mshrimpton.co.uk); "Christopher Earl Strunk (cestrunck@yahoo.com) |
| **Cc:** | pamelabarnett (pamelabarnett@hushmail.com); Chris Garvey (ChrisGarvey1@Verizon.net); Mario Apuzzo Esq. (apuzzo@erols.com); Kevin Richard Powell (kevinrichardpowell@yahoo.com); Carl Swennsson (phbr2014@gmail.com); David Hemenway (hemlexingway@comcast.net); John David Hemenway (johndhemenway@comcast.net); Margaret Hemenway (ducky4817@comcast.net); George Miller (microcapmaven@aol.com); Kenneth L Allen (kenandbetseyallen@msn.com); robertlaity@roadrunner.com; Douglas Vogt (Doug@vectorpub.com); Sharon Rondeau (art2pat35@hotmail.com); Walker Todd Esq (info@aier.org); Robert L Schulz (acta@logical.net); Dr. Orly Taitz Esq (orly.taitz@gmail.com); birtherreport@yahoo.com |
| **Subject:** | NOTICE OF MOTION of Judicial Notice USDC-DCD 14-995 n related case USDC-DCD 08-2234 USCA-DCC 12-5414 |
| **Attachments:** | USDC-DCD 14-995 Motion of Judicial Notice of an Order in related case USDC-DCD 08-2234 USCA-DCC 12-5414.pdf; USCA-DCC 12-5414 Strunk v DOS-DHS Order dated July 9 2014 re Van Allen intervention.pdf |

USDC-DCD 14-995 Motion for Judicial Notice in related case USDC-DCD 08-2234

1:14-cv-00995-RJL STRUNK et al v. UNITED STATES DEPARTMENT OF STATE et al Richard J. Leon, presiding Date filed: 06/10/2014 Date terminated: 06/16/2014 Date of last filing: 06/30/2014

Associated Cases

Related Cases

Start Date

End Date

1:08-cv-02234-RJL STRUNK v. U.S. DEPARTMENT OF STATE 06/10/2014 06/16/2014

-----Original Message-----
From: Bill Van Allen [mailto:hvanallen@hvc.rr.com]
Sent: Wednesday, July 9, 2014 12:30 PM
To: Brigham.Bowen@usdoj.gov; jeffrey.e.sandberg@usdoj.gov; mark.stern@usdoj.gov; craig. lawrence (craig.lawrence@usdoj.gov); dionne.shy@usdoj.gov; Shrimpton Michael Esq (michael@mshrimpton.co.uk); "Christopher Earl Strunk (cestrunck@yahoo.com)

1

Cc: pamelabarnett (pamelabarnett@hushmail.com); Chris Garvey (ChrisGarvey1@Verizon.net); Mario Apuzzo Esq. (apuzzo@erols.com); Kevin Richard Powell (kevinrichardpowell@yahoo.com); Carl Swennsson (phbr2014@gmail.com); David Hemenway (hemlexingway@comcast.net); John David Hemenway (johndhemenway@comcast.net); Margaret Hemenway (ducky4817@comcast.net); George Miller (microcapmaven@aol.com); Kenneth L Allen (kenandbetseyallen@msn.com); robertlaity@roadrunner.com; Douglas Vogt (Doug@vectorpub.com); Sharon Rondeau (art2pat35@hotmail.com); Walker Todd Esq (info@aier.org); Robert L Schulz (acta@logical.net); Dr. Orly Taitz Esq (orly.taitz@gmail.com); birtherreport@yahoo.com
Subject: USCA-DCC 12-5414 Strunk v DOS-DHS Order Dated July 9 2014 Re Van Allen Intervention of Van Allen

http://www.scribd.com/doc/233219661/USCA-DCC-12-5414-Strunk-v-DOS-DHS-Order-Dated-July-9-2014-Re-Van-Allen-Intervention

CE Strunk must initiate renewal of his appeal of the DOS/DHS Stanley Ann Dunham et al travel records destruction related FOIA at the Circuit level -- consolidating with recently filed USDC-DCD 14-995 Strunk and Van Allen v US-DOS et al civil action with M Shrimpton